| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Barry, Maryanne T. | 2. Court or Organization<br><br>US Court of Appeals 3rdCircuit | 3. Date of Report<br><br>10/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>**to**<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>USPO & Courthouse Bldg<br>Newark, NJ 07101 | *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. Co-Trustee | Trust #2 |
| 3. Co-Trustee | Trust #3 |
| 4. Co-Trustee | Trust #6 |
| 5. Co-Trustee | Trust #7 |
| 6. Co-Trustee | Trust #19 |
| 7. Trustee | Trust #26 |
| 8. Trustee | Trust #28 |
| 9. Trustee | Trust #29 |
| 10. Trustee | Trust #30 |
| 11. Trustee | Trust #31 |
| 12. Trustee | Trust #32 |
| 13. Trustee | Trust #33 |
| 14. | |
| 15. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #2 Brooklyn, NY | E | Rent | J | U | | | | | |
| 2. Rental Property #16 Brooklyn, NY | D | Rent | J | U | | | | | |
| 3. Rental Property #17 Brooklyn, NY | C | Rent | J | U | | | | | |
| 4. Rental Property #22 Brooklyn, NY | D | Rent | J | U | | | | | |
| 5. Rental Property #11 Brooklyn, NY | A | Rent | L | U | | | | | |
| 6. Rental Property #10 Brooklyn, NY | A | Rent | J | U | | | | | |
| 7. ▒ Trust #6 - List of Assets | E | Int./Div. | P1 | T | | | | | |
| 8. - CAPITAL INCOME BUILDER CL F2 | | | | | Sold (part) | 1/25/12 | J | | |
| 9. | | | | | Sold (part) | 4/25/12 | J | | |
| 10. | | | | | Sold (part) | 10/15/12 | J | | |
| 11. - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 12. ▒ Trust #7 - List of assets: | B | Interest | P1 | T | | | | | |
| 13. -CASH JP MORGAN CHASE | | | | | | | | | |
| 14. ▒ Trust #15 - List of assets: | D | Int./Div. | N | T | | | | | |
| 15. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 16. - JPMORGAN MID CAP VALUE FUND | | | | | Sold (part) | 2/16/12 | J | B | |
| 17. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - JPMORGAN SMALL CAP CORE FUND | | | | | | | | | |
| 19. - JPMORGAN TAX AWARE REAL RETURN FUND | | | | | Sold (part) | 3/8/12 | J | A | |
| 20. | | | | | Sold | 6/14/12 | J | A | |
| 21. - MATTHEWS PACIFIC TIGER FUND | | | | | | | | | |
| 22. - DODGE & COX INT'L STOCK | | | | | | | | | |
| 23. - THE OSTERWEIS FUND | | | | | Sold | 6/14/12 | K | B | |
| 24. - FMI FDS INC | | | | | | | | | |
| 25. - JPMORGAN US LARGE CAP CORE PLUS FUND | | | | | Sold (part) | 3/8/12 | J | A | |
| 26. - MANNING & NAPIER FUND INC | | | | | Sold | 12/14/12 | K | B | |
| 27. - JP MORGAN INT'L CURRENCY | | | | | Sold (part) | 6/14/12 | J | | |
| 28. - PAYDEN HIGH INCOME FD | | | | | Sold | 5/15/12 | K | A | |
| 29. - JP MORGAN STRATEGIC INCOME | | | | | Sold (part) | 3/8/12 | J | | |
| 30. | | | | | Sold (part) | 5/15/12 | J | A | |
| 31. - ARTISAN INTL VALUE FUND- INV | | | | | Buy (add'l) | 6/14/12 | J | | |
| 32. - HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Sold (part) | 5/15/12 | J | | |
| 33. | | | | | Sold (part) | 6/14/12 | J | A | |
| 34. - DREYFUS/LAUREL FDS | | | | | Sold (part) | 6/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - EATON VANCE MUT FDS FLT RT | | | | | Sold<br>(part) | 5/17/12 | K | A | |
| 36. | | | | | Buy<br>(add'l) | 5/17/12 | J | | |
| 37. - EATON VANCE MUT FDS GLOBAL<br>MACRO 1 | | | | | Sold<br>(part) | 6/14/12 | J | | |
| 38. | | | | | Buy<br>(add'l) | 5/15/12 | J | | |
| 39. - ABERDEEN ASIA PACIFIC EX JAPAN | | | | | | | | | |
| 40. - VANGUARD EMERGING MARKET | | | | | | | | | |
| 41. - ARBITRAGE FUNDS | | | | | Sold | 5/15/12 | J | | |
| 42. - ISHARES S&P MIDCAP 400 INDEX<br>FUND | | | | | Sold | 2/16/12 | J | A | |
| 43. - ISHARES RUSSELL 1000 GROWTH<br>INDEX FUND | | | | | Sold | 2/6/12 | K | B | |
| 44. - JP MORGAN TR 1 GROWTH<br>ADVANTAGE FUND | | | | | | | | | |
| 45. - JPM INTERMEDIATE TAX FREE BD<br>FD | | | | | Buy<br>(add'l) | 3/8/12 | J | | |
| 46. | | | | | Buy<br>(add'l) | 5/15/12 | J | | |
| 47. - JPM US REAL ESTATE FD | | | | | Buy | 5/15/12 | J | | |
| 48. | | | | | Sold<br>(part) | 6/14/12 | J | | |
| 49. | | | | | Sold | 11/29/12 | J | | |
| 50. - ISHARES MSCI JAPAN INDEX FUND | | | | | Buy | 3/8/12 | J | | |
| 51. | | | | | Sold | 9/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -JPM LARGE CAP GROWTH FD | | | | | Buy | 2/8/12 | K | | |
| 53. -ASTON FDS ASTN R DYNEQ | | | | | Buy | 2/16/12 | K | | |
| 54. -RIDGEWORTH FDS SEIX FLRT HI | | | | | Buy | 5/15/12 | J | | |
| 55. -BLACKROCK HIGH YIELD BOND | | | | | Buy | 5/15/12 | J | | |
| 56. -PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD | | | | | Buy | 6/14/12 | K | | |
| 57. -DOUBLELINE FDS TR TTL RTN BD | | | | | Buy | 6/14/12 | K | | |
| 58. -CULLEN HIGH DIVIDEND EQUITY FUND | | | | | Buy | 6/14/12 | J | | |
| 59. -VANGUARD MSCI EUROPE | | | | | Buy | 10/2/12 | J | | |
| 60. -JPM REALTY INCOME FD - INSTL FUND | | | | | Buy | 11/29/12 | J | | |
| 61. -NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | | | | | Buy | 12/14/12 | K | | |
| 62. ☐ Trust #16 - List of assets: | D | Int./Div. | N | T | | | | | |
| 63. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 64. - JPMORGAN MID CAP VALUE FUND | | | | | Sold (part) | 2/16/12 | J | B | |
| 65. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | Sold (part) | 3/8/12 | J | A | |
| 66. - JPMORGAN SMALL CAP CORE | | | | | | | | | |
| 67. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | Sold | 6/14/12 | J | A | |
| 68. -MATTHEWS PACIFIC TIGER FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -DODGE & COX INT'L STOCK | | | | | | | | | |
| 70. -MANNING & NAPIER FUND | | | | | Sold (part) | 3/8/12 | J | A | |
| 71. | | | | | Sold | 12/14/12 | J | B | |
| 72. -JPMORGAN US LARGE CAP CORE PLUS FUND | | | | | Sold (part) | 3/9/12 | J | A | |
| 73. -FMI FDS INC | | | | | | | | | |
| 74. -THE OSTERWEIS FUND | | | | | Sold (part) | 3/8/12 | J | A | |
| 75. | | | | | Sold | 6/14/12 | J | B | |
| 76. -JP MORGAN INT'L CURRENCY | | | | | Buy (add'l) | 3/8/12 | J | | |
| 77. | | | | | Sold (part) | 6/14/12 | J | | |
| 78. -PAYDEN HIGH INCOME FD | | | | | Sold | 5/15/12 | J | A | |
| 79. -JP MORGAN STRATEGIC INCOME | | | | | Sold (part) | 3/8/12 | J | | |
| 80. | | | | | Sold (part) | 5/15/12 | J | A | |
| 81. -ARTISAN INTL VALUE FUND- INV | | | | | Buy (add'l) | 6/14/12 | J | | |
| 82. -HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Sold (part) | 5/15/12 | J | A | |
| 83. | | | | | Sold (part) | 6/14/12 | J | A | |
| 84. -DREYFUS/LAUREL FDS | | | | | Buy (add'l) | 3/8/12 | J | | |
| 85. | | | | | Sold (part) | 6/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -EATON VANCE MUT FDS FLT RT | | | | | Buy (add'l) | 5/17/12 | J | | |
| 87. | | | | | Sold (part) | 5/17/12 | J | A | |
| 88. | | | | | Sold (part) | 6/14/12 | J | | |
| 89. -EATON VANCE MUT FDS- GLOBAL MACRO | | | | | Sold (part) | 5/15/12 | J | | |
| 90. -ABERDEEN ASIA PACIFIC EX JAPAN | | | | | | | | | |
| 91. -VANGUARD EMERGING MARKET | | | | | | | | | |
| 92. -ARBITRAGE FUNDS | | | | | Sold | 5/15/12 | J | | |
| 93. -JPMORGAN TR I GROWTH ADVANTAGE FUND SELECT | | | | | | | | | |
| 94. -ISHARES RUSSEL 1000 GROWTH INDEX FUND | | | | | Sold | 2/6/12 | J | A | |
| 95. -JPM INTERMEDIATE TAX FREE BD | | | | | Buy (add'l) | 3/8/12 | J | | |
| 96. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 97. -ISHARES S&P MIDCAP 400 INDEX FUND | | | | | Sold | 2/16/12 | J | A | |
| 98. -JPM LARGE CAP GROWTH FD | | | | | Buy | 2/8/12 | J | | |
| 99. -ASTON FDS | | | | | Buy | 2/16/12 | J | | |
| 100. -ISHARES MSCI JAPAN INDEX FUND | | | | | Buy | 3/8/12 | J | | |
| 101. | | | | | Sold | 9/14/12 | J | | |
| 102. -JPM US REAL ESTATE FD | | | | | Buy | 5/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 6/15/12 | J | | |
| 104. | | | | | Sold | 11/29/12 | J | | |
| 105.  -RIDGEWORTH FDS SEIX FLRT HI I | | | | | Buy | 5/15/12 | J | | |
| 106.  -BLACKROCK HIGH YIELD BOND | | | | | Buy | 5/15/12 | J | | |
| 107.  -PRIMECAP ODYSSEY FUNDS | | | | | Buy | 6/14/12 | J | | |
| 108.  -DOUBLELINE FDS TR TTL RTN BD I | | | | | Buy | 6/14/12 | J | | |
| 109.  -CULLEN HIGH DIVIDEND EQUITY FUND | | | | | Buy | 6/14/12 | J | | |
| 110.  -VANGUARD MSCI EUROPE ETF | | | | | Buy | 10/2/12 | J | | |
| 111.  -JPM REALTY INCOME FD | | | | | Buy | 11/29/12 | J | | |
| 112.  -NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | | | | | Buy | 12/14/12 | J | | |
| 113.  Trust #17 - List of assets: | E | Int./Div. | P1 | T | | | | | |
| 114.  - Cash JPMorgan Tax Free Money Market | | | | | | | | | |
| 115.  - JPMorgan Tax Aware US Equity Fund | | | | | Sold | 3/8/12 | K | D | |
| 116.  - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 117.  -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | Sold | 6/14/12 | K | B | |
| 118.  -MATTHEWS PACIFIC TIGER FUND | | | | | | | | | |
| 119.  -FMI FDS INC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -JPMORGAN US LARGE CAP CORE | | | | | | | | | |
| 121. -MANNING & NAPIER FUNDS | | | | | Sold | 12/14/12 | L | D | |
| 122. -THE OSTERWEIS FUND | | | | | Sold | 6/14/12 | L | D | |
| 123. -JP MORGAN INT'L CURRENCY | | | | | Sold | 6/14/12 | K | A | |
| 124. -PAYDEN HIGH INCOME FD | | | | | Sold | 5/15/12 | L | C | |
| 125. -JP MORGAN STRATEGIC INCOME | | | | | Sold (part) | 3/8/12 | J | | |
| 126. | | | | | Sold (part) | 5/15/12 | K | A | |
| 127. -ABERDEEN ASIA PACIFIC EX JAPAN | | | | | | | | | |
| 128. -ARTISAN INTL VALUE FUND | | | | | Buy (add'l) | 3/8/12 | J | | |
| 129. | | | | | Buy (add'l) | 6/14/12 | K | | |
| 130. -HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Sold (part) | 3/8/12 | J | B | |
| 131. -DREYFUS/LAUREL FDS | | | | | Sold | 6/14/12 | K | | |
| 132. -EATON VANCE MUT FDS FLT RT | | | | | Sold (part) | 5/17/12 | M | A | |
| 133. | | | | | Buy (add'l) | 5/17/12 | K | | |
| 134. -EATON VANCE MUT FDS- GLOBAL MACRO | | | | | Sold (part) | 5/15/12 | J | | |
| 135. | | | | | Sold (part) | 6/14/12 | J | | |
| 136. -VANGUARD EMERGING MARKET | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -ARBITRAGE FUNDS | | | | | Sold | 5/15/12 | J | | |
| 138. -JPMORGAN TR 1 | | | | | | | | | |
| 139. -ISHARES S&P MIDCAP 400 INDEX FUND | | | | | Sold | 2/16/12 | L | D | |
| 140. -ISHARES RUSSELL 1000 GROWTH INDEX | | | | | Sold | 2/6/12 | L | D | |
| 141. -BARC BREN EAFE 2/23/12 | | | | | Redeemed | 2/23/12 | K | | |
| 142. -BARC CONT BUFF EEQ SPX 7/5/12 | | | | | Redeemed | 7/5/12 | K | B | |
| 143. -GS BREN EAFE 3/21/12 | | | | | Redeemed | 3/21/12 | K | | |
| 144. -GS BREN EAFE 6/20/12 | | | | | Redeemed | 6/20/12 | K | | |
| 145. -HSBC BREN ASIA BASKET 4/4/12 | | | | | Buy (add'l) | 3/30/12 | K | | |
| 146. | | | | | Redeemed | 4/4/12 | K | A | |
| 147. -SG BREN EAFE 4/18/12 10% | | | | | Redeemed | 4/18/12 | K | | |
| 148. -DB REN SPX 4/25/12 8/65% | | | | | Redeemed | 4/25/12 | K | C | |
| 149. -DB REN SPX 5/16/12 | | | | | Redeemed | 5/16/12 | K | A | |
| 150. -JPM INTERMEDIATE TAX FREE BD | | | | | Buy (add'l) | 3/8/12 | K | | |
| 151. | | | | | Buy (add'l) | 5/15/12 | L | | |
| 152. -DB 95% PPN FX BASKET 2/1/13 LNKED TO MXN INR | | | | | | | | | |
| 153. -MS MARKET PLUS SPX 2/14/13 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -BARC 93% PPN BRIC BASKET 9/13/13 | | | | | | | | | |
| 155. -HSBC CONT BUFF EQ SPX 10/17/12 | | | | | Redeemed | 10/17/12 | K | D | |
| 156. -GS MARKET PLUS GOLD NOTE 10/22/12 | | | | | Redeemed | 10/22/12 | K | A | |
| 157. -GS BREN EEM 11/5/12 10% BUFFER | | | | | Redeemed | 11/7/12 | K | B | |
| 158. -BARC BREN COMMODITY BSKT 12/19/13 | | | | | | | | | |
| 159. -CS AUTOCALL BRENT CRUDE NOTE 7/25/12 | | | | | Buy | 1/20/12 | K | | |
| 160. | | | | | Redeemed | 4/25/12 | K | B | |
| 161. -JPM LARGE CAP GROWTH FD | | | | | Buy | 2/8/12 | L | | |
| 162. -ASTON FDS | | | | | Buy | 2/16/12 | L | | |
| 163. -HSBC BREN EAFE 3/6/13 | | | | | Buy | 2/17/12 | K | | |
| 164. -HSBC BREN EAFE 4/4/13 | | | | | Buy | 3/16/12 | K | | |
| 165. -ISHARES MSCI JAPAN INDEX FUND | | | | | Buy | 3/8/12 | K | | |
| 166. | | | | | Sold | 9/14/12 | K | | |
| 167. -BARC BREN ASIA BASKET 4/17/13 | | | | | Buy | 3/30/12 | K | | |
| 168. -HSBC BREN EAFE 5/1/13 | | | | | Buy | 4/13/12 | K | | |
| 169. -DB BRENT CBEN 10/25/12 | | | | | Buy | 4/20/12 | K | | |
| 170. | | | | | Redeemed | 10/25/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -BNP CONT BUFF EQ SPX 5/30/13 | | | | | Buy | 5/11/12 | K | | |
| 172. -RIDGEWORTH FDS SEIX FLRT HI I | | | | | Buy | 5/15/12 | K | | |
| 173. -BLACKROCK HIGH YIELD BOND | | | | | Buy | 5/15/12 | L | | |
| 174. -PRIMECAP ODYSSEY FUNDS | | | | | Buy | 6/14/12 | L | | |
| 175. -DOUBLELINE FDS TR TTL RTN | | | | | Buy | 6/14/12 | L | | |
| 176. -CULLEN HIGH DIVIDEND EQUITY FUND | | | | | Buy | 6/14/12 | L | | |
| 177. -BNP BREN EFA 7/10/13 | | | | | Buy | 6/22/12 | K | | |
| 178. -BNP REN SPX 7/31/13 | | | | | Buy | 7/31/12 | K | | |
| 179. -DB MARKET PLUS SX5E 3/19/14 | | | | | Buy | 9/14/12 | K | | |
| 180. -UBS PARTICIPATING GOLD NOTE 10/31/13 | | | | | Buy | 10/19/12 | K | | |
| 181. -SG BRENT CBEN 11/01/13 | | | | | Buy | 10/19/12 | K | | |
| 182. -NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | | | | | Buy | 12/14/12 | L | | |
| 183. Trust #1 - List of assets: | D | Int./Div. | N | T | | | | | |
| 184. -Capital Core Bond Fund | | | | | Sold (part) | 1/24/12 | J | A | |
| 185. | | | | | Sold (part) | 4/26/12 | J | A | |
| 186. | | | | | Sold (part) | 7/24/12 | J | A | |
| 187. | | | | | Sold (part) | 10/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - SSGA US Gov Money Market Fund | | | | | | | | | |
| 189.　　Trust #2 - List of assets: | D | Int./Div. | O | T | | | | | |
| 190. -Capital Core Bond Fund | | | | | Sold (part) | 1/24/12 | J | A | |
| 191. | | | | | Sold (part) | 4/23/12 | J | A | |
| 192. | | | | | Sold (part) | 7/24/12 | J | A | |
| 193. -SSGA US GOV MONEY MARKET FUND | | | | | | | | A | |
| 194.　　Trust #3 - List of assets: | C | Interest | P1 | T | | | | | |
| 195. -CASH JP MORGAN CHASE | | | | | | | | | |
| 196. CASH JP MORGAN CHASE | B | Interest | P1 | T | | | | | |
| 197. CAPITAL GUARDIAN: | | | | | | | | | |
| 198. -Sun Hung Kai Prop (X) | A | Dividend | K | T | | | | | |
| 199. -Nestle SA (X) | | None | M | T | | | | | |
| 200. -Richemont Cie Fin (X) | A | Dividend | M | T | | | | | |
| 201. -Samsung Elec Gds (X) | A | Dividend | M | T | | | | | |
| 202. -Bouygues (X) | | None | | | Sold (part) | 8/30/12 | J | | |
| 203. | | | | | Sold | 8/31/12 | J | | |
| 204. -L'Air Liquide (X) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -HSBC HOLDINGS PLC ADR SPON NEW (X) | A | Dividend | K | T | | | | | |
| 206.  -LI & Fung (X) | A | Dividend | | | Sold | 9/26/12 | K | | |
| 207.  -RECKITT BENCKISER (X) | A | Dividend | K | T | | | | | |
| 208.  -AMERICA MOVIL (X) | | None | | | | | | | |
| 209.  -STANDARD CHARTERED (X) | A | Dividend | M | T | Sold (part) | 10/29/12 | J | A | |
| 210.  -ESSILOR INTL (X) | | None | L | T | | | | | |
| 211.  -KONINKLIJKE KPN NV (Y) | | None | | | | | | | |
| 212.  -KONINKLIJKE DSM NV | | None | K | T | Buy | 10/19/12 | J | | |
| 213. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 214.  -BNP PARIBAS (X) | | None | L | T | | | | | |
| 215.  -EMERSON ELECTRIC (X) | A | Dividend | K | T | | | | | |
| 216.  -ILLINOIS TOOL WORKS (X) | A | Dividend | J | T | | | | | |
| 217.  -SCHLUMBERGER LTD (X) | A | Dividend | M | T | | | | | |
| 218.  -UNION PACIFIC CORP (X) | A | Dividend | L | T | | | | | |
| 219.  -AIR PRODUCTS & CHEMICALS (X) | A | Dividend | L | T | | | | | |
| 220.  -MICROSOFT CORP (X) | A | Dividend | L | T | | | | | |
| 221.  -ROYAL DUTCH SHELL (X) | C | Dividend | M | T | Sold (part) | 9/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 11/6/12 | K | A | |
| 223. | | | | | Sold (part) | 11/12/12 | K | A | |
| 224. | | | | | Sold (part) | 11/14/12 | L | B | |
| 225. | | | | | Sold (part) | 11/29/12 | J | A | |
| 226. -UNITED TECHNOLOGIES (X) | B | Dividend | M | T | | | | | |
| 227. -FEDEX CORP (X) | A | Dividend | K | T | | | | | |
| 228. -ALLERGAN INC (X) | A | Dividend | M | T | Sold (part) | 7/11/12 | J | B | |
| 229. -RIO TINTO (X) | A | Dividend | M | T | Sold (part) | 8/28/12 | J | | |
| 230. -SAP AG (X) | | None | J | T | | | | | |
| 231. -COMCAST CORP CL A (NEW) (X) | A | Dividend | M | T | | | | | |
| 232. -CANON (X) | A | Dividend | | | Sold (part) | 11/12/12 | K | | |
| 233. | | | | | Sold (part) | 11/29/12 | J | A | |
| 234. | | | | | Sold | 11/30/12 | J | | |
| 235. -HONG KONG/ CHINA GAS (X) | A | Dividend | L | T | | | | | |
| 236. -BHP BILLITON LTD (X) | A | Dividend | L | T | | | | | |
| 237. -DAVITA (X) | | None | K | T | | | | | |
| 238. -FANUC CO (X) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -AGILENT TECHNOLOGIES INC (X) | A | Dividend | K | T | | | | | |
| 240. -COCA-COLA AMATIL LTD (X) | | None | K | T | Buy (add'l) | 12/19/12 | K | | |
| 241. -L'OREAL (X) | | None | K | T | | | | | |
| 242. -NATIONAL INSTRUMENTS CORP (X) | A | Dividend | K | T | | | | | |
| 243. -BAYER AG (X) | | None | M | T | | | | | |
| 244. -TREND MICRO (X) | | None | K | T | | | | | |
| 245. -DANAHER CORP (X) | A | Dividend | L | T | | | | | |
| 246. -NEWCREST MINING NPV (X) | A | Dividend | K | T | | | | | |
| 247. -BARRICK GOLD CORP C$ (X) | A | Dividend | L | T | | | | | |
| 248. -NY ST TWY AU AMBAC 5% 4/1/2019 | E | Interest | N | T | | | | | |
| 249. -PORT AUTH NY/NJ SER 163 5.0% 7/15/21 | E | Interest | N | T | | | | | |
| 250. -SOFTBANK CORP (X) | A | Dividend | M | T | | | | | |
| 251. -The Walt Disney Co (X) | A | Dividend | L | T | | | | | |
| 252. -TARGET CORP (X) | A | Dividend | L | T | | | | | |
| 253. -CAMECO CORP (X) | | None | | | | | | | |
| 254. - CAE (X) | A | Dividend | L | T | Sold (part) | 11/15/12 | J | | |
| 255. | | | | | Sold (part) | 11/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 11/16/12 | J | | |
| 257. | | | | | Sold (part) | 11/20/12 | J | | |
| 258. | | | | | Sold (part) | 11/20/12 | J | | |
| 259. -CERNER CORP (X) | | None | M | T | | | | | |
| 260. -SWIRE PROPERTIES LTD (X) | | None | L | T | Buy | 12/3/12 | L | | |
| 261. - BARCLAYS PLC (X) | A | Dividend | K | T | | | | | |
| 262. -SAP AG Spon ADR (X) | | None | K | T | | | | | |
| 263. -Progressive Corp Ohio (X) | C | Dividend | L | T | | | | | |
| 264. -Google Inc (X) | | None | M | T | Sold (part) | 9/6/12 | L | D | |
| 265. -Boeing Co (X) | A | Dividend | K | T | | | | | |
| 266. -Genpact LTD (X) | C | Dividend | L | T | | | | | |
| 267. -Allegheny Tech (X) | A | Dividend | K | T | | | | | |
| 268. -Pernod Ricard SA (X) | B | Dividend | M | T | | | | | |
| 269. -NORDSTROM INC (X) | A | Dividend | K | T | | | | | |
| 270. -CARNIVAL CORP COMMON PAIRED STOCK (X) | C | Dividend | M | T | | | | | |
| 271. -GOLDMAN SACHS GROUP INC (X) | A | Dividend | M | T | | | | | |
| 272. -NYC TFA B 5.0% 8/1/2021 | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -IMPERIAL TOBACCO PLC (X) | A | Dividend | L | T | | | | | |
| 274.  -AMERICAN TOWER CORP (X) | A | Dividend | M | T | | | | | |
| 275.  -PHILIP MORRIS INT'L (X) | A | Dividend | L | T | | | | | |
| 276.  -APPLE INC (X) | A | Dividend | M | T | | | | | |
| 277.  -BG GROUP PLC (X) | A | Dividend | K | T | Sold (part) | 8/6/12 | J | A | |
| 278. | | | | | Sold (part) | 8/6/12 | J | A | |
| 279. | | | | | Sold (part) | 11/12/12 | J | | |
| 280. | | | | | Sold (part) | 11/14/12 | J | | |
| 281. | | | | | Sold (part) | 11/16/12 | J | | |
| 282. | | | | | Sold (part) | 11/20/12 | J | | |
| 283.  -BROADCOM CORP (X) | A | Dividend | M | T | | | | | |
| 284.  -ECOLAB INC (X) | A | Dividend | L | T | Sold (part) | 7/27/12 | J | C | |
| 285.  -INTERNATIONAL BUSINESS MACHINES CORP (X) | B | Dividend | M | T | Sold (part) | 10/19/12 | K | C | |
| 286.  -IRON MOUNTAIN INC (X) | D | Dividend | K | T | Sold (part) | 11/30/12 | J | | |
| 287. | | | | | Sold (part) | 12/18/12 | K | D | |
| 288. | | | | | Sold (part) | 12/18/12 | J | | |
| 289.  -KEYENCE CORP (X) | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -MAXIM INTEGRATED PRODS INC (X) | | None | | | Sold (part) | 1/3/12 | J | C | |
| 291. | | | | | Sold (part) | 1/4/12 | J | B | |
| 292. | | | | | Sold (part) | 1/5/12 | J | C | |
| 293. | | | | | Sold (part) | 1/6/12 | J | C | |
| 294. | | | | | Sold (part) | 1/9/12 | J | C | |
| 295. | | | | | Sold (part) | 1/10/12 | J | C | |
| 296. | | | | | Sold (part) | 1/11/12 | J | C | |
| 297. | | | | | Sold (part) | 1/12/12 | J | B | |
| 298. | | | | | Sold (part) | 1/12/12 | J | B | |
| 299. | | | | | Sold (part) | 1/12/12 | J | B | |
| 300. | | | | | Sold (part) | 1/17/12 | J | B | |
| 301. | | | | | Sold | 1/18/12 | J | D | |
| 302.  -MUENCHENER RUECK NAMEN VINK (X) | | None | J | T | | | | | |
| 303.  -NUCOR CORP (X) | A | Dividend | K | T | | | | | |
| 304.  -QUALCOMM INC (X) | A | Dividend | L | T | | | | | |
| 305.  -SHIRE PLC (X) | A | Dividend | | | Sold (part) | 9/26/12 | J | B | |
| 306. | | | | | Sold (part) | 9/27/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 9/28/12 | J | B | |
| 308. | | | | | Sold (part) | 10/1/12 | K | D | |
| 309. | | | | | Sold (part) | 10/2/12 | J | C | |
| 310. | | | | | Sold (part) | 10/3/12 | J | C | |
| 311. | | | | | Sold (part) | 10/4/12 | J | B | |
| 312. | | | | | Sold (part) | 10/19/12 | J | B | |
| 313. | | | | | Sold (part) | 10/22/12 | J | B | |
| 314. | | | | | Sold | 10/23/12 | J | A | |
| 315. -SMC CORP (X) | A | Dividend | M | T | | | | | |
| 316. -BANK OF EAST ASIA (X) | A | Dividend | | | Sold (part) | 9/6/12 | J | A | |
| 317. | | | | | Sold (part) | 9/10/12 | J | A | |
| 318. | | | | | Sold (part) | 9/11/12 | J | A | |
| 319. | | | | | Sold | 9/12/12 | J | A | |
| 320. -DANONE (X) | | None | L | T | Sold (part) | 11/22/12 | K | | |
| 321. | | | | | Sold (part) | 12/13/12 | K | A | |
| 322. -MONSANTO CO NEW COM (X) | A | Dividend | M | T | Buy (add'l) | 8/17/12 | J | | |
| 323. -SCHWAB CHARLES NEW (X) | A | Dividend | K | T | Sold (part) | 11/9/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 11/12/12 | J | A | |
| 325. | | | | | Sold (part) | 11/13/12 | J | A | |
| 326. | | | | | Sold (part) | 11/13/12 | J | A | |
| 327. -WESTPAC BANKING CORP (X) | | None | | | | | | | |
| 328. -SONOVA HOLDING AG (X) | | None | K | T | | | | | |
| 329. -SWISSCOM AG REG (X) | | None | K | T | | | | | |
| 330. -NOVO NORDISK (X) | | None | L | T | | | | | |
| 331. -MURATA MANUFACTURING (X) | A | Dividend | L | T | Buy (add'l) | 7/17/12 | J | | |
| 332. -ALLSTATE CORP (X) | A | Dividend | | | Sold (part) | 9/25/12 | J | B | |
| 333. | | | | | Sold (part) | 9/26/12 | J | B | |
| 334. | | | | | Sold | 9/27/12 | J | B | |
| 335. -CHEVRON CORP (X) | A | Dividend | L | T | | | | | |
| 336. -NORFOLK SOUTHERN CORP (X) | A | Dividend | L | T | Buy (add'l) | 9/26/12 | J | | |
| 337. -UNITEDHEALTH GROUP INC (X) | A | Dividend | L | T | | | | | |
| 338. -VISA INC CL (X) | A | Dividend | L | T | | | | | |
| 339. -SES FDR CL A (PARIS) (X) | | None | M | T | Buy (add'l) | 9/20/12 | J | | |
| 340. | | | | | Buy (add'l) | 9/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 342. | | | | | Buy (add'l) | 9/27/12 | J | | |
| 343. -DIAGEO PLC (X) | A | Dividend | M | T | Buy (add'l) | 7/13/12 | K | | |
| 344. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 345. -NATIONAL GRID (X) | | None | L | T | Buy (add'l) | 7/16/12 | J | | |
| 346. -HENNES & MAURITZ AB (X) | | None | M | T | | | | | |
| 347. -CENOVUS ENERGY INC C$ (X) | A | Dividend | L | T | | | | | |
| 348. -CENOVUS ENERGY INC US$ (X) | A | Dividend | K | T | | | | | |
| 349. -PENGROWTH ENERGY CORP C$ (X) | A | Dividend | J | T | | | | | |
| 350. -CHINA SHENHUA ENERGY (X) | | None | K | T | Buy (add'l) | 9/6/12 | J | | |
| 351. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 352. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 353. -STANLEY BLACK & DECKER (X) | A | Dividend | L | T | | | | | |
| 354. -ICICI BANK LTD SPON (X) | | None | M | T | | | | | |
| 355. -BRISTOL-MYERS SQUIBB CO (X) | B | Dividend | M | T | Buy (add'l) | 9/18/12 | K | | |
| 356. | | | | | Sold (part) | 11/23/12 | J | | |
| 357. | | | | | Sold (part) | 11/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -3M COMPANY (X) | A | Dividend | J | T | Sold (part) | 11/13/12 | K | D | |
| 359. -SCRIPPS NETWORKS INTERACTIVE (X) | A | Dividend | L | T | | | | | |
| 360. -NY ST ENVIRON FAC CLEAN WTR 5.25% 6/15/12 | D | Interest | | | Sold | 6/15/12 | N | | |
| 361. -NY ST HSG PIT REV 5.0% 9/15/2025 | C | Interest | M | T | | | | | |
| 362. -NY ST THRUWAY (2ND BRDGE & HWY) 12A 5.0% 4/1/20 | D | Interest | N | T | Buy | 3/15/12 | M | | |
| 363. -NY ST DORM SUNY 11A 5.0% 7-01-17 | D | Interest | N | T | | | | | |
| 364. -NY LGAC 5.0% 4/1/2013 | D | Interest | N | T | | | | | |
| 365. -NY ST DORM AUTH ST UNIV MBIA 5.0% 7/1/15 | D | Interest | N | T | | | | | |
| 366. -DC WTR & SWR REV SER A SF 4.80% 10/1/2024 | E | Interest | N | T | | | | | |
| 367. -NY CITY MUNI WTR AUTH 09EE 5.0% 6/15/18 | E | Interest | O | T | | | | | |
| 368. -NY MTA TRIBOROUGH B&T SER A 5% 11/15/16 | E | Interest | N | T | Sold (part) | 3/27/12 | N | E | |
| 369. -MTA NY (P) 5% 11/15/23 | E | Interest | | | Sold | 11/15/12 | N | | |
| 370. -MTA NY TRANSRT REV SER 11C 5.0% 11/15/19 (X) | D | Interest | M | T | | | | | |
| 371. NY SALES TAX REC MBIA 5.0% 10/15/21 | D | Interest | N | T | | | | | |
| 372. NY ST DORM AUTH PERS INC TAX 5% 3/15/18 | E | Interest | O | T | | | | | |
| 373. -NY ST THRUWAY (2ND BRG & HWY) 5.0% 4/1/22 | C | Interest | M | T | | | | | |
| 374. -LI PWR AUTH NY 2010A 5.0% 5/1/2014 | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -NY ST EGY PCR NYSEG B (MPT) 3.0% 2/1/29 6/3/13 | D | Interest | M | T | | | | | |
| 376. -PR ELEC PWR AUTH NN PREFER 5.5% 7/1/18 | D | Interest | M | T | | | | | |
| 377. -NY DORM AUTH MT SINAI HOSP 5.0% 7/1/14 | D | Interest | M | T | | | | | |
| 378. -NYC HLTH AND HOSP 5.0% 2/15/20 | E | Interest | N | T | | | | | |
| 379. -MONROE CO NY UNITY HOSP ROCHESTER FHA 5.0% 2/15/15 | C | Interest | M | T | | | | | |
| 380. -MONROE CO NY UNITY HOSP ROCHESTER FHA 5.0% 2/15/17 | C | Interest | M | T | | | | | |
| 381. -ARIZON A HEALTH FACS AUTH HOSP SYS REV VAR 2/1/2042 (X) | A | Interest | M | T | | | | | |
| 382. -ATLANTA GA ARPT 10C 5.0% 1/1/09 | B | Interest | M | T | | | | | |
| 383. -ASML HOLDING NV (X) | | None | L | T | Sold (part) | 11/26/12 | K | D | |
| 384. | | | | | Sold (part) | 12/12/12 | J | A | |
| 385. -BOC HONG KONG HOLDINGS LTD (X) | A | Dividend | K | T | | | | | |
| 386. -BANK OF CHINA LTD (X) | | None | L | T | | | | | |
| 387. -JGC CORP (X) | | None | O | T | | | | | |
| 388. - AIA GROUP (X) | A | Dividend | M | T | | | | | |
| 389. -AON PLC (X) | A | Dividend | K | T | | | | | |
| 390. -HALLIBURTON CO (X) | A | Dividend | M | T | Buy (add'l) | 7/18/12 | J | | |
| 391. | | | | | Buy (add'l) | 7/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -TIME WARNER CABLE INC (X) | A | Dividend | L | T | | | | | |
| 393. -COACH (X) | A | Dividend | L | T | Buy (add'l) | 9/5/12 | J | | |
| 394. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 395. -INMET MINING CORP C$ (X) | A | Dividend | L | T | | | | | |
| 396. -TELUS CORPORATION (X) | A | Dividend | K | T | | | | | |
| 397. -NOVARTIS AG NAMEN (X) | | None | M | T | | | | | |
| 398. -MET TRANS AUTH NY 4.0% 11/15/14 | D | Interest | M | T | | | | | |
| 399. -MET TRANS AUTH NY MBIA 5% 11/15/2015 | E | Interest | N | T | | | | | |
| 400. -TIFFANY & CO NEW | A | Dividend | M | T | Buy | 12/18/12 | J | | |
| 401. -NEW YORK CITY GO 5.0% 8/1/18 | E | Interest | M | T | Sold (part) | 3/27/12 | O | E | |
| 402. -NOBLE ENERGY INC (X) | A | Dividend | M | T | | | | | |
| 403. -ORACLE CORP (X) | B | Dividend | M | T | | | | | |
| 404. -KLA-TENCOR CORP (X) | B | Dividend | L | T | Sold (part) | 9/6/12 | K | D | |
| 405. -SSGA US GOV MONEY MARKET FUND | A | Dividend | P1 | T | | | | | |
| 406. - CATERPILLAR INC (X) | B | Dividend | L | T | Buy (add'l) | 7/13/12 | J | | |
| 407. | | | | | Buy (add'l) | 7/26/12 | J | | |
| 408. | | | | | Buy (add'l) | 7/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - COLGATE-PALMOLIVE (X) | A | Dividend | | | Sold | 7/27/12 | K | D | |
| 410. - Home Depot Inc (X) | B | Dividend | M | T | | | | | |
| 411. - INTERNATIONAL GAME TECHNOLOGY (X) | A | Dividend | | | Sold (part) | 10/19/12 | J | | |
| 412. | | | | | Sold (part) | 10/22/12 | J | | |
| 413. | | | | | Sold (part) | 10/23/12 | J | | |
| 414. | | | | | Sold (part) | 10/25/12 | J | | |
| 415. | | | | | Sold | 10/26/12 | J | | |
| 416. - JACK HENRY & ASSOC (X) | A | Dividend | L | T | Buy (add'l) | 10/1/12 | J | | |
| 417. | | | | | Buy (add'l) | 10/2/12 | J | | |
| 418. - MARSH & MCLENNAN COS INC (X) | A | Dividend | L | T | Buy (add'l) | 10/19/12 | J | | |
| 419. - NIKE INC CL B (X) | A | Dividend | K | T | | | | | |
| 420. - Republic Services (X) | A | Dividend | K | T | Sold (part) | 11/16/12 | K | | |
| 421. - Signet Jewelers Ltd (X) | A | Dividend | L | T | | | | | |
| 422. - AJINOMOTO CO (X) | A | Dividend | L | T | | | | | |
| 423. - ENCANA (X) | B | Dividend | M | T | Buy (add'l) | 8/15/12 | J | | |
| 424. - HITACHI (X) | A | Dividend | M | T | Buy (add'l) | 9/6/12 | J | | |
| 425. | | | | | Buy (add'l) | 12/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  - LVMH MOET HENNESSY LOUIS (X) VUITTON | A | Dividend | L | T | | | | | |
| 427.  - Mitsubishi Corp (X) | A | Dividend | J | T | | | | | |
| 428.  - Premier Farnell (X) | A | Dividend | K | T | | | | | |
| 429.  - Seadrill Ltd (X) | C | Dividend | L | T | | | | | |
| 430.  - Sysmex Corp (X) | A | Dividend | L | T | | | | | |
| 431.  - TE CONNECTIVITY LTD US $ (X) | A | Dividend | K | T | | | | | |
| 432.  -NY DORM MEMORIAL SLOAN-KETTERING 7-1-21 (X) | B | Interest | M | T | | | | | |
| 433.  -NY DORM LONG ISLAND 11A 4.00% 5/1/18 (X) | D | Interest | M | T | | | | | |
| 434.  -NY TOBACCO SETTLE CORP 11A 5.0% 6/1/17 (X) | C | Interest | M | T | | | | | |
| 435.  -ANDRITZ AG (X) | | None | K | T | | | | | |
| 436.  -ASSA ABLOY AB B (X) | | None | L | T | Buy | 9/7/12 | J | | |
| 437.  -BLACKROCK INC (X) | B | Dividend | L | T | | | | | |
| 438.  -BMW AG (X) | | None | L | T | | | | | |
| 439.  -COBALT INTERNATIONAL ENERGY (X) | | None | K | T | | | | | |
| 440.  -DENSO CORP (X) | A | Dividend | K | T | | | | | |
| 441.  -DISCOVERY COMMUNICATIONS INC CL A (X) | | None | | | Sold (part) | 12/19/12 | J | B | |
| 442. | | | | | Sold | 12/19/12 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. -DOW CHEMICAL CO (X) | A | Dividend | K | T | | | | | |
| 444. -DRIL-QUIP INC (X) | | None | K | T | | | | | |
| 445. -EATON CORP (X) | A | Dividend | M | T | Buy | 7/16/12 | J | | |
| 446. | | | | | Buy<br>(add'l) | 10/18/12 | J | | |
| 447. | | | | | Buy<br>(add'l) | 10/19/12 | J | | |
| 448. | | | | | Buy<br>(add'l) | 10/22/12 | J | | |
| 449. | | | | | Sold<br>(part) | 12/3/12 | M | D | |
| 450. -ENSCO PLC-CL A (X) | A | Dividend | L | T | Buy<br>(add'l) | 10/19/12 | J | | |
| 451. -EXPRESS SCRIPTS HOLDING CO (X) | | None | M | T | Buy | 12/26/12 | K | | |
| 452. -FIRSTGROUP PLC (X) | A | Dividend | | | Sold<br>(part) | 11/23/12 | J | | |
| 453. | | | | | Sold<br>(part) | 11/30/12 | J | | |
| 454. | | | | | Sold<br>(part) | 12/6/12 | J | | |
| 455. | | | | | Sold<br>(part) | 12/7/12 | J | | |
| 456. | | | | | Sold<br>(part) | 12/13/12 | J | | |
| 457. | | | | | Sold | 12/18/12 | J | | |
| 458. -FUGRO NV (X) | | None | K | T | | | | | |
| 459. -GEMALTO NV (X) | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -GENTING SINGAPORE PLC (X) | | None | J | T | Sold (part) | 12/12/12 | J | | |
| 461. -GILEAD SCIENCES INC (X) | | None | N | T | Buy | 7/9/12 | J | | |
| 462. | | | | | Buy (add'l) | 9/21/12 | K | | |
| 463. -HAMAMATSU PHOTONIC KK (X) | A | Dividend | L | T | Buy | 12/19/12 | K | | |
| 464. -HSBC HOLDINGS PLC UKP (X) | B | Dividend | M | T | | | | | |
| 465. -JABIL CIRCUIT INC (X) | A | Distribution | K | T | Buy | 10/19/12 | J | | |
| 466. -JPMORGAN CHASE & CO (X) | A | Dividend | K | T | | | | | |
| 467. -LINDE AG (X) | | None | L | T | | | | | |
| 468. -NIELSEN HOLDINGS NV US$ (X) | | None | M | T | | | | | |
| 469. -OI SA PN ADR (X) | B | Dividend | J | T | | | | | |
| 470. -OI SA ON ADR (X) | A | Dividend | L | T | | | | | |
| 471. -ROCHE HOLDING AG GENUSSCHEIN (X) | | None | K | T | | | | | |
| 472. -SAMPO OYJ CL A (X) | | None | M | T | | | | | |
| 473. -SCHNEIDER ELECTRIC SA (X) | | None | M | T | | | | | |
| 474. -SEATTLE GENETICS INC (X) | | None | M | T | | | | | |
| 475. -SYNGENTA AG (X) | | None | L | T | | | | | |
| 476. -WHITBREAD PLC (X) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  -ACCENTURE PLC US$ (X) | A | Dividend | K | T | Sold (part) | 8/17/12 | J | A | |
| 478.  -ACE LTD | A | Dividend | K | T | Buy | 9/25/12 | J | | |
| 479.  -AFLAC INC (X) | A | Dividend | K | T | | | | | |
| 480.  -DBS GROUP HOLDINGS LTD | A | Dividend | M | T | Buy | 9/6/12 | J | | |
| 481. | | | | | Buy (add'l) | 9/28/12 | K | | |
| 482. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 483.  -NYC TR FOR CULT JUILLIARD SCH 12B (MPT) VAR 01-01-36 (X) | C | Interest | M | T | Buy | 6/22/12 | M | | |
| 484.  -NY DORM AUTH ST JOHNS UNIV 12A 5% 7/1/18 (X) | D | Interest | M | T | Buy | 7/19/12 | N | | |
| 485.  -NY DORM AUTH MIRIAM OSBORN 2.75% 7/1/19 (X) | D | Interest | N | T | Buy | 8/27/12 | N | | |
| 486.  -MTA NY TRANSPORT REV 12F 5.0% 11/15/19 | B | Interest | N | T | Buy | 9/20/12 | N | | |
| 487.  -CME GROUP INC | C | Dividend | M | T | Buy | 8/29/12 | J | | |
| 488. | | | | | Buy (add'l) | 8/30/12 | J | | |
| 489. | | | | | Buy (add'l) | 8/31/12 | J | | |
| 490. | | | | | Buy (add'l) | 9/5/12 | J | | |
| 491. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 492. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 493. | | | | | Buy (add'l) | 9/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 495. | | | | | Buy (add'l) | 9/18/12 | J | | |
| 496. | | | | | Buy (add'l) | 10/2/12 | J | | |
| 497. | | | | | Buy (add'l) | 10/9/12 | J | | |
| 498. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 499. -MOSAIC CO/THE (X) | A | Dividend | K | T | Buy | 10/18/12 | J | | |
| 500. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 501. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 502. -SINGAPORE TELECOMM (X) | | None | L | T | Buy | 11/20/12 | K | | |
| 503. - ORL & ORNG FL EXPWY 12B 5.0% 7-1/20 | | None | M | T | Buy | 12/14/12 | M | | |
| 504. -MTA NY DEDICATED TAX 08B-3A SIFMA+40BP FRN SF (MPT) VAR | A | Interest | N | T | Buy | 10/24/12 | N | | |
| 505. -CHESAPEAKE VA TOLL RD 12A 4.0% 01/15/19 | | None | N | T | Buy | 10/26/12 | M | | |
| 506. -TRIBOROUGH B/T NY 12A 4.0% 11-15-20 | D | Interest | M | T | Buy | 11/07/12 | M | | |
| 507. -BEAM INC | | None | M | T | Buy | 11/19/12 | J | | |
| 508. | | | | | Buy (add'l) | 11/20/12 | K | | |
| 509. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 510. | | | | | Buy (add'l) | 11/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 11/27/12 | K | | |
| 512.  -KINDER MORGAN INC | None | K | T | | Buy | 11/30/12 | K | | |
| 513.  -NEWELL RUBBERMAID INC | None | M | T | | Buy | 11/30/12 | J | | |
| 514. | | | | | Buy (add'l) | 12/3/12 | J | | |
| 515. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 516. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 517. | | | | | Buy (add'l) | 12/6/12 | J | | |
| 518. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 519. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 520. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 521. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 522. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 523. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 524. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 525. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 526. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 527. | | | | | Buy (add'l) | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 529. -IDEX CORP | | None | K | T | Buy | 12/3/12 | J | | |
| 530. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 531. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 532. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 533. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 534. -STARBUCKS CORP | | None | K | T | Buy | 12/6/12 | K | | |
| 535. -DASNY ROCHESTER INST OF TECH 5.0% 7-1-21 | E | Interest | N | T | Buy | 11/21/12 | N | | |
| 536. -LI PWR AUTH NY 12B (LIPA) 5.0% 09-01-22 | D | Interest | M | T | Buy | 12/10/12 | M | | |
| 537. -CORNELL UNIV NY DORMS 08B 5.0% 7/1/24 | D | Interest | N | T | Buy | 12/20/12 | N | | |
| 538. Rental Property #14, Norfolk,VA | D | Rent | M | U | | | | | |
| 539. Rental Property #15, Norfolk,VA | F | Rent | N | U | | | | | |
| 540. AMERICAN FUNDS IRA - LIST OF ASSETS | E | Int./Div. | M | T | | | | | |
| 541. -EUROPACIFIC GROWTH | | | | | | | | | |
| 542. -THE GROWTH FUND OF AMERICA | | | | | | | | | |
| 543. -CAPITAL INCOME BUILDER | | | | | | | | | |
| 544.  Trust #19 - List of Assets: | H1 | Int./Div. | P3 | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -MAXIM INTEGRATED PRODS INC (Y) | | | | | | | | | |
| 546. -Capital Core Bond Fund | | | | | | | | | |
| 547. - Sonova Holding AG | | | | | | | | | |
| 548. -MURATA MANUFACTURING | | | | | Buy (add'l) | 7/17/12 | J | | |
| 549. -DBS GROUP HOLDINGS | | | | | Buy (add'l) | 9/6/12 | K | | |
| 550. | | | | | Buy (add'l) | 9/28/12 | L | | |
| 551. | | | | | Buy (add'l) | 10/1/12 | K | | |
| 552. -FIRST SOLAR INC | | | | | Sold (part) | 2/8/12 | J | | |
| 553. | | | | | Sold | 2/9/12 | K | | |
| 554. -RICHEMONT AG | | | | | Buy (add'l) | 1/13/12 | K | | |
| 555. | | | | | Sold (part) | 10/19/12 | K | D | |
| 556. -SWISSCOM AG REG | | | | | | | | | |
| 557. -HDFC BANK LTD | | | | | Sold (part) | 1/12/12 | K | D | |
| 558. | | | | | Sold (part) | 1/13/12 | J | D | |
| 559. | | | | | Sold (part) | 1/17/12 | K | D | |
| 560. | | | | | Sold | 1/18/12 | J | D | |
| 561. -KEYENCE CORP | | | | | Buy (add'l) | 1/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - LI & FUNG | | | | | Sold | 9/26/12 | M | | |
| 563. -JPMORGAN CHASE | | | | | | | | | |
| 564. -MICROSOFT | | | | | | | | | |
| 565. -NUCOR CORP | | | | | | | | | |
| 566. -PHILIP MORRIS INT'L INC | | | | | | | | | |
| 567. -QUALCOMM INC | | | | | | | | | |
| 568. -UNION PACIFIC | | | | | | | | | |
| 569. -TIME WARNER CABLE INC | | | | | | | | | |
| 570. -SCRIPPS NETWORKS INTERACTIVE CL A | | | | | | | | | |
| 571. -RICHEMONT CIE FIN (X) | | | | | Sold (part) | 10/19/12 | K | D | |
| 572. -SAP | | | | | | | | | |
| 573. - HONG KONG/CHINA GAS | | | | | Sold (part) | 2/9/12 | L | D | |
| 574. | | | | | Sold (part) | 6/27/12 | J | A | |
| 575. - IBM | | | | | | | | | |
| 576. - NESTLE SA | | | | | | | | | |
| 577. -NOVO NORDISK | | | | | Sold (part) | 1/23/12 | K | D | |
| 578. | | | | | Sold (part) | 5/1/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 5/2/12 | L | E | |
| 580.  -HSBC HLDGS | | | | | Sold (part) | 1/26/12 | J | | |
| 581. | | | | | Buy (add'l) | 1/10/12 | K | | |
| 582. | | | | | Buy (add'l) | 1/27/12 | M | | |
| 583.  - BHP BILLITON | | | | | | | | | |
| 584.  - RIO TINTO | | | | | Buy (add'l) | 1/16/12 | J | | |
| 585. | | | | | Sold (part) | 8/28/12 | L | | |
| 586. | | | | | Sold (part) | 8/28/12 | J | | |
| 587.  - ROYAL DUTCH SHELL | | | | | Buy (add'l) | 1/9/12 | J | | |
| 588. | | | | | Buy (add'l) | 1/10/12 | K | | |
| 589. | | | | | Sold (part) | 9/24/12 | K | | |
| 590. | | | | | Sold (part) | 9/24/12 | J | B | |
| 591. | | | | | Sold (part) | 11/6/12 | L | D | |
| 592. | | | | | Sold (part) | 11/12/12 | K | C | |
| 593. | | | | | Sold (part) | 11/14/12 | M | D | |
| 594. | | | | | Sold (part) | 11/29/12 | K | B | |
| 595.  - TESCO | | | | | Buy (add'l) | 1/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 2/17/12 | K | | |
| 597. -NATIONAL GRID PLC | | | | | | | | | |
| 598. - L'AIR LIQUIDE BEARER (Y) | | | | | | | | | |
| 599. -DIAGEO | | | | | Buy (add'l) | 3/7/12 | K | | |
| 600. | | | | | Buy (add'l) | 7/13/12 | L | | |
| 601. | | | | | Buy (add'l) | 9/28/12 | K | | |
| 602. - AGILENT TECH | | | | | Sold (part) | 1/19/12 | J | D | |
| 603. | | | | | Sold (part) | 1/20/12 | K | D | |
| 604. - SUNCOR ENERGY | | | | | Sold | 1/4/12 | K | D | |
| 605. - BNP PARIBAS | | | | | Buy (add'l) | 1/23/12 | J | | |
| 606. - CANON | | | | | Sold (part) | 11/12/12 | L | | |
| 607. | | | | | Sold (part) | 11/29/12 | J | A | |
| 608. | | | | | Sold | 11/30/12 | J | A | |
| 609. -WAL MART DE MEXICO | | | | | Sold (part) | 1/4/12 | J | C | |
| 610. | | | | | Sold (part) | 1/5/12 | J | D | |
| 611. | | | | | Sold (part) | 1/11/12 | J | D | |
| 612. | | | | | Sold (part) | 1/12/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold | 1/13/12 | J | C | |
| 614.  -SHIRE PLC | | | | | Sold (part) | 9/26/12 | K | D | |
| 615. | | | | | Sold (part) | 9/27/12 | K | D | |
| 616. | | | | | Sold (part) | 9/28/12 | K | E | |
| 617. | | | | | Sold (part) | 10/1/12 | L | E | |
| 618. | | | | | Sold (part) | 10/2/12 | K | E | |
| 619. | | | | | Sold (part) | 10/3/12 | K | E | |
| 620. | | | | | Sold (part) | 10/4/12 | J | D | |
| 621. | | | | | Sold (part) | 10/19/12 | K | E | |
| 622. | | | | | Sold (part) | 10/22/12 | J | D | |
| 623. | | | | | Sold | 10/23/12 | J | D | |
| 624.  -TELSTRA CORP | | | | | Sold | 3/30/12 | M | E | |
| 625.  -ALLERGAN | | | | | | | | | |
| 626.  - FLUOR CORP | | | | | Sold | 1/18/12 | K | E | |
| 627.  - L'OREAL | | | | | | | | | |
| 628.  -NY ST AUTH PIT 10E 5.0% 2-15-18 | | | | | Buy | 10/1/12 | N | | |
| 629.  - NYS DORM 5.25% 11/15/26 | | | | | Sold | 5/15/12 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  - NYS ENVIRON 5.25% 6/15/12 | | | | | Matured | 6/15/12 | O | | |
| 631.  - NY ST DORM 5.25% 3/15/16 | | | | | | | | | |
| 632.  - NY ST ENVIR 4.25% 11/15/19 | | | | | | | | | |
| 633.  - NY SALES TAX 5% 10/15/21 | | | | | | | | | |
| 634.  -NYC HDC MFH K 2.05% 5/1/13 | | | | | | | | | |
| 635.  - NY ST EGY PCR NYSEG B (MPT) 3.0% 2/1/29 | | | | | | | | | |
| 636.  - NATIONAL INST | | | | | | | | | |
| 637.  - SAMSUNG | | | | | | | | | |
| 638.  - FANUC | | | | | | | | | |
| 639.  - KONINKLIJKE DSM (FORMERLY KPN) | | | | | Sold (part) | 2/17/12 | K | | |
| 640. | | | | | Sold (part) | 7/24/12 | K | A | |
| 641. | | | | | Buy (add'l) | 10/19/12 | K | | |
| 642. | | | | | Buy (add'l) | 10/22/12 | K | | |
| 643. | | | | | Sold (part) | 12/17/12 | J | | |
| 644.  - ESSILOR | | | | | | | | | |
| 645.  - SUN HUNG KAI | | | | | Sold (part) | 3/30/12 | L | D | |
| 646.  -TINGYI HOLDING CORP | | | | | Sold (part) | 5/25/12 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 5/28/12 | J | A | |
| 648. | | | | | Sold | 5/29/12 | K | C | |
| 649. -BANK OF EAST ASIA | | | | | Sold (part) | 9/6/12 | K | B | |
| 650. | | | | | Sold (part) | 9/7/12 | J | B | |
| 651. | | | | | Sold (part) | 9/10/12 | J | B | |
| 652. | | | | | Sold (part) | 9/11/12 | J | B | |
| 653. | | | | | Sold | 9/12/12 | J | A | |
| 654. -BANK OF CHINA LTD | | | | | Buy (add'l) | 1/19/12 | L | | |
| 655. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 656. - STANDARD CHARTERED | | | | | Buy (add'l) | 1/23/12 | K | | |
| 657. | | | | | Buy (add'l) | 12/12/12 | K | | |
| 658. | | | | | Sold (part) | 10/29/12 | J | | |
| 659. - TREND MICRO | | | | | Sold (part) | 6/15/12 | K | | |
| 660. -NEWCREST MINING NPV | | | | | Sold (part) | 5/25/12 | J | B | |
| 661. | | | | | Sold (part) | 5/25/12 | J | | |
| 662. | | | | | Sold (part) | 5/28/12 | K | C | |
| 663. | | | | | Sold (part) | 6/21/12 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -BARRICK GOLD CORP C$ | | | | | Buy (add'l) | 1/31/12 | K | | |
| 665. | | | | | Buy (add'l) | 2/2/12 | K | | |
| 666. | | | | | Sold (part) | 3/30/12 | L | | |
| 667. | | | | | Sold (part) | 5/24/12 | K | | |
| 668. -SOFTBANK CORP | | | | | Buy (add'l) | 5/30/12 | K | | |
| 669. | | | | | Buy (add'l) | 6/15/12 | K | | |
| 670. | | | | | Sold (part) | 10/24/12 | K | C | |
| 671. -HENNES & MAURITZ | | | | | Buy (add'l) | 1/23/12 | K | | |
| 672. -LI POWER AUTH NY (LIPA) NATL RE 5.0% 5/1/16 | | | | | | | | | |
| 673. -TORONTO-DOMINION BANK | | | | | Sold | 1/5/12 | L | E | |
| 674. -AMAZON.COM | | | | | Sold | 1/6/12 | K | E | |
| 675. -NY ST DORM 5% 3/15/18 | | | | | | | | | |
| 676. -EMERGING MARKETS GROWTH FUND INC | | | | | | | | | |
| 677. -PERNOD RICARD SA | | | | | Buy (add'l) | 1/10/12 | K | | |
| 678. -SES FDR CL A (PARIS) | | | | | Buy (add'l) | 9/20/12 | K | | |
| 679. | | | | | Buy (add'l) | 9/21/12 | J | | |
| 680. | | | | | Buy (add'l) | 9/24/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 9/25/12 | K | | |
| 682. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 683. | | | | | Buy (add'l) | 9/27/12 | K | | |
| 684. -DANONE | | | | | Sold (part) | 2/6/12 | J | | |
| 685. | | | | | Sold (part) | 11/22/12 | L | A | |
| 686. | | | | | Sold (part) | 12/13/12 | L | | |
| 687. -SWIRE PACIFIC LTD CL A | | | | | Sold | 1/5/12 | L | | |
| 688. -SWIRE PROPERITES LTD (X) | | | | | Sold | 2/1/12 | J | C | |
| 689. | | | | | Buy | 11/22/12 | K | | |
| 690. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 691. | | | | | Buy (add'l) | 11/26/12 | K | | |
| 692. | | | | | Buy (add'l) | 11/29/12 | K | | |
| 693. | | | | | Buy (add'l) | 11/30/12 | K | | |
| 694. -POLYCOM INC | | | | | Sold (part) | 1/4/12 | J | A | |
| 695. | | | | | Sold (part) | 1/4/12 | J | B | |
| 696. | | | | | Sold (part) | 1/5/12 | K | D | |
| 697. | | | | | Sold | 1/5/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -SPECTRA ENERGY CORP | | | | | Sold (part) | 1/10/12 | J | C | |
| 699. | | | | | Sold | 1/11/12 | J | C | |
| 700. - Bayer AG | | | | | | | | | |
| 701. -NORDSTROM INC | | | | | Buy (add'l) | 1/24/12 | K | | |
| 702. -MTA NY 5% 11/15/23 | | | | | Sold | 12/1/12 | N | | |
| 703. -ERIE CO IDA FSA 5% 5/1/12 | | | | | Matured | 5/1/12 | N | | |
| 704. -NY CITY TFA 5.0% 8/1/2021 | | | | | | | | | |
| 705. -IMPERIAL TOBACCO PLC | | | | | Buy (add'l) | 2/2/12 | J | | |
| 706. -RECKITT BENCKISER GROUP PLC | | | | | | | | | |
| 707. -JGC CORP | | | | | | | | | |
| 708. -SMC CORP | | | | | | | | | |
| 709. -TRIBOROUGH 5% 11/15/27 | | | | | | | | | |
| 710. -BG GROUP PLC | | | | | Sold (part) | 8/3/12 | J | B | |
| 711. | | | | | Sold (part) | 8/6/12 | J | B | |
| 712. | | | | | Sold (part) | 11/12/12 | K | E | |
| 713. | | | | | Sold (part) | 11/14/12 | K | C | |
| 714. | | | | | Sold (part) | 11/16/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold (part) | 11/20/12 | J | B | |
| 716. -SHANGRI-LA ASIA | | | | | Sold | 1/5/12 | K | D | |
| 717. -MASS GO SER A 5.0% 9/1/2014 | | | | | | | | | |
| 718. -PALM BEACH SOLID WASTE 5.5% 10/1/25 | | | | | | | | | |
| 719. -SAN ANTONIO 5.0% 2/1/18 | | | | | | | | | |
| 720. -NY CITY MUNI WTR 5.375% 6/15/25 | | | | | | | | | |
| 721. -CA ED POMONA COLLEGE 09A 5.0% | | | | | | | | | |
| 722. - NY ST Thruway (2nd Brdge & Hwy) 5.0% 4/1/13 | | | | | Sold | 3/19/12 | N | C | |
| 723. - NY City Muni Wtr Auth FF 5.0% 6/15/16 | | | | | | | | | |
| 724. -NJ EDA PRINCETON UNIV 4.75% 7/1/23 | | | | | | | | | |
| 725. -SSGA MONEY MARKET FD | | | | | | | | | |
| 726. -GOLDMAN SACHS FINANCIAL SQUARE TREASURY (Y) | | | | | | | | | |
| 727. -UTAH ST 5.8% 7/1/15 | | | | | | | | | |
| 728. -Cenovus Energy Inc C$ | | | | | Sold (part) | 1/24/12 | J | A | |
| 729. | | | | | Sold (part) | 1/25/12 | J | A | |
| 730. | | | | | Sold (part) | 4/16/12 | K | C | |
| 731. | | | | | Sold (part) | 4/17/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 4/17/12 | K | C | |
| 733. | | | | | Sold (part) | 4/18/12 | J | B | |
| 734. | | | | | Sold (part) | 4/18/12 | J | A | |
| 735.  -Cenovus Energy Inc US$ | | | | | | | | | |
| 736.  - China Shenhua Energy | | | | | Buy (add'l) | 9/6/12 | K | | |
| 737. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 738. | | | | | Buy (add'l) | 9/10/12 | K | | |
| 739. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 740.  - Bristol-Myers Squibb Co | | | | | Buy (add'l) | 1/10/12 | L | | |
| 741. | | | | | Buy (add'l) | 4/13/12 | L | | |
| 742. | | | | | Buy (add'l) | 4/16/12 | K | | |
| 743. | | | | | Buy (add'l) | 4/17/12 | K | | |
| 744. | | | | | Buy (add'l) | 4/18/12 | K | | |
| 745. | | | | | Buy (add'l) | 6/20/12 | K | | |
| 746. | | | | | Buy (add'l) | 9/18/12 | K | | |
| 747. | | | | | Sold (part) | 11/23/12 | L | | |
| 748. | | | | | Sold (part) | 11/26/12 | K | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Icici Bank LTD Spon ADR | | | | | Buy (add'l) | 1/18/12 | K | | |
| 750. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 751. - ASML Holding NV | | | | | Sold (part) | 11/26/12 | K | D | |
| 752. | | | | | Sold (part) | 12/12/12 | J | A | |
| 753. - BOC Hong Kong Holdings LTD | | | | | Buy (add'l) | 1/16/12 | K | | |
| 754. - Kurita Water Industries Ltd | | | | | Sold (part) | 3/7/12 | J | | |
| 755. | | | | | Sold (part) | 3/8/12 | J | | |
| 756. | | | | | Sold (part) | 3/9/12 | K | | |
| 757. | | | | | Sold (part) | 3/12/12 | J | | |
| 758. | | | | | Sold (part) | 3/13/12 | J | | |
| 759. | | | | | Sold (part) | 3/14/12 | J | | |
| 760. | | | | | Sold (part) | 3/15/12 | J | | |
| 761. | | | | | Sold (part) | 3/21/12 | J | | |
| 762. | | | | | Sold (part) | 3/27/12 | J | | |
| 763. | | | | | Sold (part) | 3/28/12 | J | | |
| 764. | | | | | Sold (part) | 4/13/12 | J | | |
| 765. | | | | | Sold (part) | 4/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 4/19/12 | J | | |
| 767. | | | | | Sold (part) | 4/20/12 | J | | |
| 768. | | | | | Sold (part) | 4/24/12 | J | | |
| 769. | | | | | Sold (part) | 4/25/12 | J | | |
| 770. | | | | | Sold (part) | 4/26/12 | J | | |
| 771. | | | | | Sold (part) | 4/27/12 | J | | |
| 772. | | | | | Sold (part) | 5/1/12 | J | | |
| 773. | | | | | Sold (part) | 5/8/12 | J | | |
| 774. | | | | | Sold (part) | 5/10/12 | J | | |
| 775. | | | | | Sold (part) | 5/24/12 | J | | |
| 776. | | | | | Sold | 5/25/12 | J | | |
| 777. - Cornell Univ NY Dorms 5.0% 7/1/18 | | | | | | | | | |
| 778. - PR Elec Pwr Auth NN Preref 5.5% 7/1/18 | | | | | | | | | |
| 779. - NY DORM Auth Mt Sinai Hosp 5.0% 7/1/14 | | | | | | | | | |
| 780. - Inmet Mining Corp C$ | | | | | Buy (add'l) | 2/3/12 | J | | |
| 781. - Telus Corporation Non Vote | | | | | | | | | |
| 782. - Novartis AG Namen | | | | | Buy (add'l) | 1/19/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - Port Auth NY/NJ Ser 163 5.0% 7/15/21 | | | | | | | | | |
| 784. - New York City GO 5.0% 8/1/18 | | | | | | | | | |
| 785. - Syngenta AG | | | | | | | | | |
| 786. - Television Broadcast | | | | | Sold (part) | 1/5/12 | J | A | |
| 787. | | | | | Sold | 1/6/12 | L | C | |
| 788. - Seadrill LTD | | | | | | | | | |
| 789. - International Game Technology | | | | | Sold (part) | 10/19/12 | J | | |
| 790. | | | | | Sold (part) | 10/22/12 | J | | |
| 791. | | | | | Sold (part) | 10/23/12 | J | | |
| 792. | | | | | Sold (part) | 10/24/12 | J | | |
| 793. | | | | | Sold (part) | 10/25/12 | J | | |
| 794. | | | | | Sold | 10/26/12 | J | | |
| 795. - Encana Corp | | | | | Buy (add'l) | 1/20/12 | J | | |
| 796. | | | | | Buy (add'l) | 1/25/12 | L | | |
| 797. | | | | | Buy (add'l) | 1/26/12 | K | | |
| 798. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 799. | | | | | Buy (add'l) | 2/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 2/28/12 | K | | |
| 801. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 802. | | | | | Buy (add'l) | 8/15/12 | K | | |
| 803. - L'air Liquide (L) | | | | | Sold (part) | 2/6/12 | K | B | |
| 804. | | | | | Sold (part) | 7/5/12 | J | A | |
| 805. - CRH PLC | | | | | Sold (part) | 1/11/12 | K | A | |
| 806. | | | | | Sold | 1/12/12 | J | | |
| 807. - Linde AG | | | | | | | | | |
| 808. - Schneider Electronic SA | | | | | Buy (add'l) | 1/12/12 | K | | |
| 809. | | | | | Buy (add'l) | 1/20/12 | K | | |
| 810. - Premier Farnell PLC | | | | | Buy (add'l) | 2/8/12 | J | | |
| 811. | | | | | Buy (add'l) | 2/9/12 | J | | |
| 812. | | | | | Buy (add'l) | 2/15/12 | J | | |
| 813. | | | | | Buy (add'l) | 2/16/12 | J | | |
| 814. | | | | | Buy (add'l) | 2/21/12 | J | | |
| 815. - AIA GROUP LTD | | | | | | | | | |
| 816. - Sysmex Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  - Ajinomoto Co Inc | | | | | Buy (add'l) | 3/14/12 | J | | |
| 818.  - Hitachi | | | | | Buy (add'l) | 3/30/12 | L | | |
| 819. | | | | | Buy (add'l) | 9/6/12 | K | | |
| 820. | | | | | Buy (add'l) | 11/29/12 | K | | |
| 821.  - American Tower Corp CL A | | | | | Sold (part) | 2/1/12 | K | D | |
| 822.  - Cae Inc | | | | | Buy (add'l) | 1/19/12 | J | | |
| 823. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 824. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 825. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 826. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 827. | | | | | Sold (part) | 11/15/12 | K | | |
| 828. | | | | | Sold (part) | 11/16/12 | J | | |
| 829. | | | | | Sold (part) | 11/19/12 | J | | |
| 830. | | | | | Sold (part) | 11/20/12 | K | | |
| 831.  - Roche Holding AG Genusschein | | | | | Buy (add'l) | 1/18/12 | J | | |
| 832.  - BMW AG | | | | | | | | | |
| 833.  - Sampo OYJ CL A | | | | | Buy (add'l) | 1/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 835. | | | | | Buy (add'l) | 4/23/12 | K | | |
| 836. - Firstgroup PLC | | | | | Sold (part) | 11/23/12 | J | | |
| 837. | | | | | Sold (part) | 11/30/12 | K | | |
| 838. | | | | | Sold (part) | 12/5/12 | J | | |
| 839. | | | | | Sold (part) | 12/7/12 | J | | |
| 840. | | | | | Sold | 12/17/12 | J | | |
| 841. - NYC TFA FUT TAX SEC SUB 11E 5% | | | | | | | | | |
| 842. - Seattle Genetics Inc | | | | | Buy (add'l) | 1/23/12 | J | | |
| 843. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 844. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 845. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 846. - Tele Norte Leste Part ADR (Y) | | | | | Buy (add'l) | 1/3/12 | J | | |
| 847. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 848. | | | | | Buy (add'l) | 1/5/12 | K | | |
| 849. | | | | | Buy (add'l) | 1/6/12 | J | | |
| 850. | | | | | Buy (add'l) | 1/9/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  - Fugro NV | | | | | | | | | |
| 852.  - Andritz AG | | | | | | | | | |
| 853.  - NY ST DORM SUNY 11A 5.0% | | | | | | | | | |
| 854.  - NY TOBACCO SETTLE CORP 11A 5.0% | | | | | | | | | |
| 855.  - Nike Inc Cl B | | | | | | | | | |
| 856.  - Caterpillar | | | | | Buy (add'l) | 7/13/12 | K | | |
| 857. | | | | | Buy (add'l) | 7/26/12 | K | | |
| 858. | | | | | Buy (add'l) | 7/27/12 | J | | |
| 859. | | | | | Buy (add'l) | 7/30/12 | K | | |
| 860.  - Carnival Corp Common Paired Stock | | | | | Buy (add'l) | 1/19/12 | K | | |
| 861. | | | | | Buy (add'l) | 1/20/12 | L | | |
| 862. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 863.  - Dril-Quip Inc | | | | | | | | | |
| 864.  - Marsh & Mclennan Cos Inc | | | | | Buy (add'l) | 10/19/12 | K | | |
| 865. | | | | | Buy (add'l) | 11/6/12 | K | | |
| 866.  -PG&E Corp | | | | | Sold (part) | 4/4/12 | J | A | |
| 867. | | | | | Sold (part) | 4/5/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Sold | 4/9/12 | J | A | |
| 869. - Home Depot Inc | | | | | | | | | |
| 870. - LVMH Moet Hennessy Louis Vuitton SA | | | | | | | | | |
| 871. - Whitbread PLC | | | | | | | | | |
| 872. - Assa Abloy AB A | | | | | Buy (add'l) | 1/30/12 | K | | |
| 873. | | | | | Buy (add'l) | 1/31/12 | K | | |
| 874. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 875. | | | | | Buy (add'l) | 9/7/12 | K | | |
| 876. - Pharmasset Inc | | | | | Sold | 1/13/12 | M | F | |
| 877. - NY DORM LONG ISLAND 11A 4.0% | | | | | | | | | |
| 878. - Signet Jewelers Ltd | | | | | Buy (add'l) | 2/3/12 | K | | |
| 879. - Ace Ltd | | | | | Buy (add'l) | 9/25/12 | K | | |
| 880. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 881. - MTA NY TRANSRT REV SER 11C 5.0% | | | | | | | | | |
| 882. - Aflac Inc | | | | | | | | | |
| 883. - Express Scripts Inc | | | | | Buy (add'l) | 12/26/12 | L | | |
| 884. - NY CITY TFA 03 C DFRN 3.48% | | | | | Sold | 12/1/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  -PENGROWTH ENERGY CORP C$ | | | | | Buy | 1/23/12 | J | | |
| 886. | | | | | Buy (add'l) | 1/24/12 | K | | |
| 887. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 888. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 889. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 890.  -BROADCOM (X) | | | | | | | | | |
| 891.  -BOUYGUES | | | | | Buy | 2/2/12 | J | | |
| 892. | | | | | Buy (add'l) | 2/3/12 | K | | |
| 893. | | | | | Buy (add'l) | 2/6/12 | K | | |
| 894. | | | | | Buy (add'l) | 2/7/12 | K | | |
| 895. | | | | | Sold (part) | 4/13/12 | J | | |
| 896. | | | | | Sold (part) | 8/30/12 | K | | |
| 897. | | | | | Sold | 8/31/12 | J | | |
| 898.  -BARCLAYS PLC | | | | | Buy | 3/12/12 | K | | |
| 899.  -MITSUBISHI CORP | | | | | Buy | 2/3/12 | K | | |
| 900.  -DENSO CORP | | | | | Buy | 2/9/12 | L | | |
| 901.  -HAMAMATSU PHOTONIC KK | | | | | Buy | 3/9/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Buy (add'l) | 3/12/12 | J | | |
| 903. | | | | | Buy (add'l) | 3/13/12 | J | | |
| 904. | | | | | Buy (add'l) | 3/14/12 | J | | |
| 905. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 906. | | | | | Buy (add'l) | 3/21/12 | J | | |
| 907. | | | | | Buy (add'l) | 3/22/12 | J | | |
| 908. | | | | | Buy (add'l) | 3/23/12 | J | | |
| 909. | | | | | Buy (add'l) | 3/30/12 | J | | |
| 910. | | | | | Buy (add'l) | 4/3/12 | J | | |
| 911. | | | | | Buy (add'l) | 4/4/12 | J | | |
| 912. | | | | | Buy (add'l) | 4/5/12 | J | | |
| 913. | | | | | Buy (add'l) | 4/6/12 | J | | |
| 914. | | | | | Buy (add'l) | 4/11/12 | J | | |
| 915. | | | | | Buy (add'l) | 4/12/12 | J | | |
| 916. | | | | | Buy (add'l) | 4/13/12 | J | | |
| 917. | | | | | Buy (add'l) | 4/27/12 | J | | |
| 918. | | | | | Buy (add'l) | 5/1/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. | | | | | Buy (add'l) | 5/7/12 | J | | |
| 920. | | | | | Buy (add'l) | 5/8/12 | J | | |
| 921. | | | | | Buy (add'l) | 5/9/12 | J | | |
| 922. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 923. | | | | | Buy (add'l) | 5/23/12 | J | | |
| 924. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 925. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 926. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 927. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 928. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 929. -DOW CHEMICAL CO | | | | | Buy | 1/3/12 | K | | |
| 930. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 931. -EATON CORP | | | | | Buy | 1/10/12 | J | | |
| 932. | | | | | Buy (add'l) | 1/11/12 | J | | |
| 933. | | | | | Buy (add'l) | 1/12/12 | J | | |
| 934. | | | | | Buy (add'l) | 1/13/12 | J | | |
| 935. | | | | | Buy (add'l) | 1/17/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 1/18/12 | K | | |
| 937. | | | | | Buy (add'l) | 1/19/12 | K | | |
| 938. | | | | | Buy (add'l) | 1/20/12 | K | | |
| 939. | | | | | Buy (add'l) | 2/27/12 | J | | |
| 940. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 941. | | | | | Buy (add'l) | 2/29/12 | K | | |
| 942. | | | | | Buy (add'l) | 3/1/12 | J | | |
| 943. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 944. | | | | | Buy (add'l) | 7/16/12 | K | | |
| 945. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 946. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 947. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 948. | | | | | Sold (part) | 12/3/12 | N | E | |
| 949. -ORACLE CORP | | | | | Buy | 1/11/12 | K | | |
| 950. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 951. | | | | | Sold (part) | 5/21/12 | J | | |
| 952. -REPUBLIC SERVICES INC | | | | | Buy | 1/11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Sold (part) | 11/16/12 | K | | |
| 954. | | | | | Sold (part) | 12/12/12 | J | | |
| 955. -UNITED TECHNOLOGIES CORP | | | | | Buy | 1/11/12 | K | | |
| 956. -ACCENTURE PLC US$ | | | | | Buy | 1/12/12 | K | | |
| 957. | | | | | Buy (add'l) | 1/13/12 | J | | |
| 958. | | | | | Buy (add'l) | 1/17/12 | K | | |
| 959. | | | | | Buy (add'l) | 1/18/12 | J | | |
| 960. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 961. | | | | | Sold (part) | 8/17/12 | K | B | |
| 962. | | | | | Sold (part) | 8/20/12 | K | B | |
| 963. -NEW YORK TIMES CO CL A | | | | | Buy | 1/12/12 | J | | |
| 964. | | | | | Buy (add'l) | 1/13/12 | J | | |
| 965. -IRON MOUNTAIN INC | | | | | Buy | 1/13/12 | J | | |
| 966. | | | | | Buy (add'l) | 1/17/12 | J | | |
| 967. | | | | | Buy (add'l) | 1/18/12 | J | | |
| 968. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 969. | | | | | Buy (add'l) | 1/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy (add'l) | 2/24/12 | K | | |
| 971. | | | | | Sold (part) | 11/30/12 | J | | |
| 972. -APPLE INC | | | | | | | | | |
| 973. -CHEVRON | | | | | | | | | |
| 974. -TARGET CORP | | | | | Buy | 1/13/12 | K | | |
| 975. | | | | | Sold (part) | 2/14/12 | K | | |
| 976. -HALLIBURTON CO | | | | | Buy | 1/17/12 | K | | |
| 977. | | | | | Buy (add'l) | 7/18/12 | J | | |
| 978. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 979. -GILEAD SCIENCES INC | | | | | Buy | 1/19/12 | K | | |
| 980. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 981. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 982. | | | | | Buy (add'l) | 1/23/12 | K | | |
| 983. | | | | | Buy (add'l) | 1/23/12 | J | | |
| 984. | | | | | Buy (add'l) | 1/24/12 | K | | |
| 985. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 986. | | | | | Buy (add'l) | 1/25/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 988. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 989. | | | | | Buy (add'l) | 1/20/12 | K | | |
| 990. | | | | | Buy (add'l) | 1/31/12 | K | | |
| 991. | | | | | Buy (add'l) | 2/1/12 | K | | |
| 992. | | | | | Buy (add'l) | 2/2/12 | K | | |
| 993. | | | | | Buy (add'l) | 2/29/12 | K | | |
| 994. | | | | | Buy (add'l) | 6/15/12 | L | | |
| 995. | | | | | Buy (add'l) | 6/20/12 | K | | |
| 996. | | | | | Buy (add'l) | 7/9/12 | J | | |
| 997. | | | | | Buy (add'l) | 7/10/12 | J | | |
| 998. | | | | | Buy (add'l) | 9/21/12 | L | | |
| 999. -GOLDMAN SACHS GROUP INC | | | | | Buy | 1/20/12 | K | | |
| 1000. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 1001. | | | | | Sold (part) | 5/24/12 | L | | |
| 1002. -TIFFANY & CO NEW | | | | | Buy | 1/20/12 | K | | |
| 1003. | | | | | Buy (add'l) | 1/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 1005. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 1006. | | | | | Buy (add'l) | 5/11/12 | J | | |
| 1007. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 1008. | | | | | Buy (add'l) | 7/18/12 | K | | |
| 1009. | | | | | Buy (add'l) | 7/31/12 | K | | |
| 1010. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 1011. -FEDEX CORP | | | | | Buy | 1/24/12 | K | | |
| 1012. | | | | | Sold (part) | 6/14/12 | L | D | |
| 1013. | | | | | Sold (part) | 6/15/12 | J | C | |
| 1014. -STANLEY BLACK & DECKER INC | | | | | Buy | 1/27/12 | K | | |
| 1015. -BLACKROCK INC | | | | | Buy | 2/2/12 | K | | |
| 1016. | | | | | Buy (add'l) | 2/3/12 | K | | |
| 1017. | | | | | Buy (add'l) | 2/6/12 | K | | |
| 1018. | | | | | Buy (add'l) | 2/14/12 | K | | |
| 1019. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 1020. | | | | | Buy (add'l) | 3/6/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Buy (add'l) | 5/23/12 | K | | |
| 1022. -BOEING CO | | | | | Buy | 2/2/12 | L | | |
| 1023. -NIELSEN HOLDINGS NV US$ | | | | | Buy | 2/2/12 | J | | |
| 1024. | | | | | Buy (add'l) | 2/3/12 | K | | |
| 1025. | | | | | Buy (add'l) | 2/6/12 | J | | |
| 1026. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 1027. -GENPACT LTD | | | | | Buy | 2/3/12 | K | | |
| 1028. | | | | | Buy (add'l) | 2/6/12 | K | | |
| 1029. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 1030. | | | | | Buy (add'l) | 2/8/12 | J | | |
| 1031. | | | | | Buy (add'l) | 2/9/12 | J | | |
| 1032. -NOBLE ENERGY INC | | | | | Buy | 2/3/12 | L | | |
| 1033. | | | | | Buy (add'l) | 11/5/12 | K | | |
| 1034. -JABIL CIRCUIT INC | | | | | Buy | 2/9/12 | K | | |
| 1035. | | | | | Buy (add'l) | 2/10/12 | K | | |
| 1036. | | | | | Buy (add'l) | 2/13/12 | K | | |
| 1037. | | | | | Buy (add'l) | 10/19/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Buy (add'l) | 10/24/12 | J | | |
| 1039. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 1040. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 1041. | | | | | Buy (add'l) | 11/6/12 | J | | |
| 1042. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 1043. | | | | | Buy (add'l) | 11/8/12 | J | | |
| 1044. -NY DORM MEMORIAL SLOAN-KETTERING 7-1-21 | | | | | Buy | 1/27/12 | N | | |
| 1045. -ENSCO PLC ADR | | | | | Buy | 2/16/12 | J | | |
| 1046. | | | | | Buy (add'l) | 2/17/12 | K | | |
| 1047. | | | | | Buy (add'l) | 2/21/12 | K | | |
| 1048. | | | | | Buy (add'l) | 2/22/12 | J | | |
| 1049. | | | | | Buy (add'l) | 2/23/12 | J | | |
| 1050. | | | | | Buy (add'l) | 2/24/12 | J | | |
| 1051. | | | | | Buy (add'l) | 2/27/12 | K | | |
| 1052. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 1053. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 1054. | | | | | Buy (add'l) | 3/1/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. | | | | | Buy (add'l) | 3/2/12 | J | | |
| 1056. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 1057. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 1058. | | | | | Buy (add'l) | 3/7/12 | J | | |
| 1059. | | | | | Buy (add'l) | 3/8/12 | J | | |
| 1060. | | | | | Buy (add'l) | 3/12/12 | J | | |
| 1061. -ENSCO PLC-CL A | | | | | Buy | 10/19/12 | K | | |
| 1062. -COBALT INTERNATIONAL ENERGY | | | | | Buy | 3/2/12 | K | | |
| 1063. | | | | | Buy (add'l) | 3/5/12 | K | | |
| 1064. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 1065. | | | | | Buy (add'l) | 3/7/12 | J | | |
| 1066. -NY ST THRUWAY (2ND BRDGE & HWY) 12A 5/0% 4/1/20 | | | | | Buy | 3/15/12 | N | | |
| 1067. -NORFOLK SOUTHERN CORP | | | | | Buy | 3/27/12 | L | | |
| 1068. | | | | | Buy (add'l) | 9/26/12 | K | | |
| 1069. -ALLEGHENY TECHNOLOGIES INC | | | | | Sold (part) | 1/18/12 | K | D | |
| 1070. | | | | | Sold (part) | 1/18/12 | K | | |
| 1071. | | | | | Sold (part) | 1/19/12 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Sold (part) | 5/24/12 | K | | |
| 1073. | | | | | Sold (part) | 5/25/12 | J | | |
| 1074. | | | | | Sold (part) | 5/29/12 | J | | |
| 1075. | | | | | Sold (part) | 5/29/12 | J | B | |
| 1076. | | | | | Sold (part) | 5/30/12 | J | A | |
| 1077. | | | | | Sold (part) | 5/31/12 | K | A | |
| 1078. | | | | | Sold (part) | 6/1/12 | J | | |
| 1079. | | | | | Sold (part) | 6/4/12 | J | | |
| 1080. | | | | | Sold (part) | 6/5/12 | J | | |
| 1081. -CERNER CORP | | | | | Sold (part) | 1/20/12 | K | D | |
| 1082. | | | | | Sold (part) | 1/23/12 | J | C | |
| 1083. | | | | | Sold (part) | 1/24/12 | K | D | |
| 1084. -COMCAST CORP CL A (NEW) | | | | | Sold (part) | 1/24/12 | L | D | |
| 1085. -COSTCO WHOLESALE CORP | | | | | Sold (part) | 1/6/12 | K | D | |
| 1086. | | | | | Sold | 1/9/12 | K | D | |
| 1087. -DANAHER CORP | | | | | Sold (part) | 1/24/12 | J | | |
| 1088. -DAVITA INC | | | | | Sold (part) | 1/20/12 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Sold (part) | 1/23/12 | K | D | |
| 1090. | | | | | Sold (part) | 6/4/12 | K | E | |
| 1091. -EBAY INC | | | | | Sold | 1/6/12 | K | E | |
| 1092. -EDISON INTERNATIONAL | | | | | Sold | 1/6/12 | K | D | |
| 1093. -EMERSON ELECTRIC CO | | | | | Sold (part) | 3/1/12 | K | D | |
| 1094. | | | | | Sold (part) | 3/2/12 | J | B | |
| 1095. -GENERAL MILLS INC | | | | | Sold | 1/18/12 | K | D | |
| 1096. -GENERAL ELECTRIC (X) | | | | | | | | | |
| 1097. -GOOGLE INC | | | | | | | | | |
| 1098. -RICHEMONT CIE FIN | | | | | Sold (part) | 10/19/12 | K | D | |
| 1099. -ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 1/23/12 | K | B | |
| 1100. | | | | | Sold (part) | 2/28/12 | K | C | |
| 1101. | | | | | Sold (part) | 2/29/12 | K | D | |
| 1102. -MICROCHIP TECHNOLOGY INC | | | | | Sold (part) | 2/7/12 | J | A | |
| 1103. | | | | | Sold (part) | 2/8/12 | K | C | |
| 1104. | | | | | Sold (part) | 2/9/12 | J | A | |
| 1105. | | | | | Sold (part) | 5/4/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Sold (part) | 5/4/12 | J | A | |
| 1107. | | | | | Sold (part) | 5/7/12 | J | A | |
| 1108. | | | | | Sold (part) | 5/8/12 | J | A | |
| 1109. | | | | | Sold (part) | 5/9/12 | J | B | |
| 1110. | | | | | Sold (part) | 5/10/12 | J | C | |
| 1111. | | | | | Sold (part) | 5/10/12 | J | C | |
| 1112. | | | | | Sold | 5/11/12 | J | C | |
| 1113. -OMNICOM GROUP INC | | | | | Sold (part) | 1/10/12 | J | A | |
| 1114. | | | | | Sold (part) | 1/11/12 | J | B | |
| 1115. | | | | | Sold | 1/12/12 | J | B | |
| 1116. -PEPSICO INC. | | | | | Sold (part) | 1/27/12 | L | E | |
| 1117. | | | | | Sold (part) | 1/30/12 | L | D | |
| 1118. | | | | | Sold | 2/2/12 | K | D | |
| 1119. -PROGRESSIVE CORP OHIO | | | | | Sold (part) | 1/23/12 | J | A | |
| 1120. | | | | | Sold (part) | 1/23/12 | K | B | |
| 1121. -SCHWAB CHARLES NEW | | | | | Sold (part) | 2/7/12 | J | | |
| 1122. | | | | | Sold (part) | 2/8/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. | | | | | Sold (part) | 2/9/12 | J | | |
| 1124. | | | | | Sold (part) | 2/10/12 | J | | |
| 1125. | | | | | Sold (part) | 11/9/12 | J | A | |
| 1126. | | | | | Sold (part) | 11/12/12 | K | A | |
| 1127. | | | | | Sold (part) | 11/14/12 | K | A | |
| 1128. -THE WALT DISNEY CO | | | | | Sold (part) | 1/23/12 | J | B | |
| 1129. -UNITED PARCEL SERVICE INC CL B | | | | | Sold (part) | 1/10/12 | J | A | |
| 1130. | | | | | Sold | 1/10/12 | K | C | |
| 1131. -URBAN OUTFITTERS INC | | | | | Sold (part) | 1/11/12 | L | D | |
| 1132. | | | | | Sold | 1/12/12 | J | D | |
| 1133. -VERIZON COMMUNICATIONS | | | | | Sold (part) | 1/10/12 | K | D | |
| 1134. | | | | | Sold | 1/11/12 | J | A | |
| 1135. -VISA INC CL A | | | | | Sold (part) | 1/13/12 | K | D | |
| 1136. | | | | | Sold (part) | 1/17/12 | L | E | |
| 1137. | | | | | Sold (part) | 1/18/12 | K | D | |
| 1138. -GEMALTO NV | | | | | Buy | 4/16/12 | K | | |
| 1139. | | | | | Buy (add'l) | 4/17/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. | | | | | Buy (add'l) | 4/18/12 | K | | |
| 1141. | | | | | Buy (add'l) | 4/20/12 | K | | |
| 1142. | | | | | Buy (add'l) | 4/27/12 | J | | |
| 1143. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 1144. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 1145. -GENTING SINGAPORE PLC | | | | | Buy | 4/13/12 | L | | |
| 1146. | | | | | Sold (part) | 12/12/12 | K | | |
| 1147. -OI SA ON ADR | | | | | Spinoff (from line 846) | 4/9/12 | J | | |
| 1148. | | | | | Sold (part) | 4/9/12 | J | | |
| 1149. -OI SA PN ADR | | | | | Spinoff (from line 846) | 4/9/12 | J | | |
| 1150. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 1151. | | | | | Buy (add'l) | 4/19/12 | J | | |
| 1152. | | | | | Buy (add'l) | 4/20/12 | J | | |
| 1153. | | | | | Buy (add'l) | 4/23/12 | J | | |
| 1154. | | | | | Buy (add'l) | 4/24/12 | J | | |
| 1155. | | | | | Buy (add'l) | 4/25/12 | J | | |
| 1156. | | | | | Buy (add'l) | 4/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Buy (add'l) | 5/1/12 | J | | |
| 1158. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 1159. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 1160. | | | | | Buy (add'l) | 5/4/12 | J | | |
| 1161. | | | | | Buy (add'l) | 5/8/12 | J | | |
| 1162. | | | | | Buy (add'l) | 5/9/12 | J | | |
| 1163. | | | | | Buy (add'l) | 5/10/12 | J | | |
| 1164. | | | | | Sold (part) | 4/9/12 | J | A | |
| 1165. -FACEBOOK INC-A | | | | | Buy | 5/17/12 | L | | |
| 1166. | | | | | Buy (add'l) | 5/21/12 | J | | |
| 1167. | | | | | Buy (add'l) | 5/22/12 | K | | |
| 1168. | | | | | Sold | 6/25/12 | M | | |
| 1169. -AON CORP | | | | | Sold (part) | 4/2/12 | K | D | |
| 1170. -KRAFT FOODS INC CL A | | | | | Sold | 4/16/12 | K | C | |
| 1171. -MCDONALDS CORP | | | | | Sold | 5/10/12 | K | D | |
| 1172. -UNITEDHEALTH GROUP INC | | | | | Sold (part) | 4/16/12 | K | E | |
| 1173. -NYC TR FOR CULT JUILLIARD SCH 12B (MPT) VAR 1-1-36/8-1-17 | | | | | Buy | 6/22/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

see pp. 34-60 of filing instructions.

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. -SCHLUMBERGER LTD | | | | | Buy | 7/18/12 | J | | |
| 1175. -MONSANTO CO NEW COM | | | | | Buy | 8/17/12 | K | | |
| 1176. -CME GROUP INC | | | | | Buy | 8/29/12 | J | | |
| 1177. | | | | | Buy (add'l) | 8/30/12 | J | | |
| 1178. | | | | | Buy (add'l) | 8/31/12 | J | | |
| 1179. | | | | | Buy (add'l) | 9/4/12 | J | | |
| 1180. | | | | | Buy (add'l) | 9/5/12 | J | | |
| 1181. | | | | | Buy (add'l) | 9/6/12 | J | | |
| 1182. | | | | | Buy (add'l) | 9/7/12 | K | | |
| 1183. | | | | | Buy (add'l) | 9/10/12 | K | | |
| 1184. | | | | | Buy (add'l) | 9/11/12 | K | | |
| 1185. | | | | | Buy (add'l) | 9/12/12 | J | | |
| 1186. | | | | | Buy (add'l) | 9/13/12 | J | | |
| 1187. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 1188. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 1189. | | | | | Buy (add'l) | 9/18/12 | K | | |
| 1190. | | | | | Buy (add'l) | 9/19/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. | | | | | Buy (add'l) | 9/24/12 | J | | |
| 1192. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 1193. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 1194. | | | | | Buy (add'l) | 9/27/12 | J | | |
| 1195. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 1196. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 1197. | | | | | Buy (add'l) | 10/2/12 | J | | |
| 1198. | | | | | Buy (add'l) | 10/9/12 | J | | |
| 1199. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 1200. -COACH INC | | | | | Buy | 9/5/12 | K | | |
| 1201. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 1202. | | | | | Buy (add'l) | 9/10/12 | K | | |
| 1203. -NY DORM AUTH MIRIAM OSBORN 3% 7/1/20 325,000 PAR VALUE | | | | | Buy | 8/27/12 | N | | |
| 1204. -ALLSTATE CORP (THE) | | | | | Sold (part) | 9/25/12 | J | C | |
| 1205. | | | | | Sold (part) | 9/26/12 | J | C | |
| 1206. | | | | | Sold (part) | 9/27/12 | J | B | |
| 1207. | | | | | Sold | 9/27/12 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. -COLGATE-PALMOLIVE CO | | | | | Sold | 7/27/12 | L | E | |
| 1209. -ECOLAB INC | | | | | Sold (part) | 7/27/12 | K | D | |
| 1210. -KLA-TENCOR CORP | | | | | Sold (part) | 9/6/12 | L | E | |
| 1211. -COCA-COLA AMATIL LTD | | | | | Buy | 12/7/12 | L | | |
| 1212. -SINGAPORE TELECOMM | | | | | Buy | 11/14/12 | L | | |
| 1213. | | | | | Buy (add'l) | 12/3/12 | K | | |
| 1214. -JACK HENRY & ASSOC INC | | | | | Buy | 10/1/12 | J | | |
| 1215. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 1216. | | | | | Buy (add'l) | 10/2/12 | K | | |
| 1217. -MOSAIC CO/THE | | | | | Buy | 10/18/12 | J | | |
| 1218. | | | | | Buy (add'l) | 10/19/12 | K | | |
| 1219. | | | | | Buy (add'l) | 10/22/12 | K | | |
| 1220. | | | | | Buy (add'l) | 11/1/12 | J | | |
| 1221. | | | | | Buy (add'l) | 11/2/12 | K | | |
| 1222. | | | | | Buy (add'l) | 11/5/12 | K | | |
| 1223. -AIR PRODUCTS & CHEMICALS INC | | | | | Buy | 10/19/12 | K | | |
| 1224. -BEAM INC | | | | | Buy | 11/9/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. | | | | | Buy (add'l) | 11/12/12 | K | | |
| 1226. | | | | | Buy (add'l) | 11/13/12 | K | | |
| 1227. | | | | | Buy (add'l) | 11/14/12 | K | | |
| 1228. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 1229. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 1230. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 1231. | | | | | Buy (add'l) | 11/20/12 | K | | |
| 1232. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 1233. | | | | | Buy (add'l) | 11/26/12 | K | | |
| 1234. | | | | | Buy (add'l) | 11/27/12 | K | | |
| 1235. -NEWELL RUBBERMAID INC | | | | | Buy | 11/12/12 | K | | |
| 1236. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 1237. | | | | | Buy (add'l) | 11/14/12 | K | | |
| 1238. | | | | | Buy (add'l) | 11/15/12 | K | | |
| 1239. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 1240. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 1241. | | | | | Buy (add'l) | 11/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 1243. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 1244. | | | | | Buy (add'l) | 11/27/12 | J | | |
| 1245. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 1246. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 1247. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 1248. | | | | | Buy (add'l) | 12/3/12 | J | | |
| 1249. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 1250. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 1251. | | | | | Buy (add'l) | 12/6/12 | J | | |
| 1252. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 1253. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 1254. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 1255. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 1256. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 1257. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 1258. | | | | | Buy (add'l) | 12/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 1260. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 1261. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 1262. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 1263. -IDEX CORP | | | | | Buy | 11/16/12 | J | | |
| 1264. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 1265. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 1266. | | | | | Buy (add'l) | 11/27/12 | J | | |
| 1267. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 1268. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 1269. | | | | | Buy (add'l) | 12/3/12 | J | | |
| 1270. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 1271. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 1272. | | | | | Buy (add'l) | 12/6/12 | J | | |
| 1273. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 1274. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 1275. -STARBUCKS CORP | | | | | Buy | 11/28/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. | | | | | Buy (add'l) | 11/29/12 | K | | |
| 1277. -KINDER MORGAN INC | | | | | Buy | 11/30/12 | L | | |
| 1278. | | | | | Buy (add'l) | 12/11/12 | K | | |
| 1279. -DASNY ROCHESTER INST OF TECH 5.0% 7-1-20 | | | | | Buy | 11/21/12 | N | | |
| 1280. -3M COMPANY | | | | | Sold (part) | 11/13/12 | L | D | |
| 1281. -DISCOVERY COMMUNICATIONS INC CL A | | | | | Sold (part) | 12/19/12 | J | C | |
| 1282. | | | | | Sold | 12/19/12 | K | D | |
| 1283. -INTERNATIONAL BUSINESS MACHINES | | | | | Sold (part) | 10/19/12 | K | C | |
| 1284. | | | | | Sold (part) | 10/22/12 | K | C | |
| 1285. -TE Connectivity | | | | | | | | | |
| 1286. - Rental Property #24, Brooklyn NY | E | Rent | J | U | | | | | |
| 1287. ▨ Business #3 | A | Int./Div. | M | U | | | | | |
| 1288. ▨ Trust #26 - List of Assets | E | Int./Div. | P1 | T | | | | | |
| 1289. - SSGA US GOV MONEY MARKET FUND (X) | | | | | | | | | |
| 1290. -CAPITAL GLOBAL EQUITY FUND | | | | | Buy | 7/20/12 | P1 | | |
| 1291. - BRISTOL-MYERS SQUIBB CO | | | | | Buy (add'l) | 1/10/12 | K | | |
| 1292. | | | | | Buy (add'l) | 4/13/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. | | | | | Buy (add'l) | 4/16/12 | J | | |
| 1294. | | | | | Buy (add'l) | 4/17/12 | J | | |
| 1295. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 1296. | | | | | Buy (add'l) | 6/20/12 | J | | |
| 1297. | | | | | Sold | 7/3/12 | K | C | |
| 1298. -EMERGING MARKETS GROWTH FUND | | | | | | | | | |
| 1299. -ENCANA CORP | | | | | Buy | 1/20/12 | J | | |
| 1300. | | | | | Buy (add'l) | 1/25/12 | K | | |
| 1301. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 1302. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 1303. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 1304. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 1305. | | | | | Sold | 7/3/12 | J | B | |
| 1306. - CAE INC | | | | | Buy (add'l) | 1/31/12 | J | | |
| 1307. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 1308. | | | | | Sold | 7/3/12 | J | | |
| 1309. - SAMPO OYJ CL A | | | | | Buy (add'l) | 1/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 1311. | | | | | Buy (add'l) | 4/23/12 | J | | |
| 1312. | | | | | Sold | 7/3/12 | J | A | |
| 1313. - FIRSTGROUP PLC | | | | | Sold | 7/3/12 | J | | |
| 1314. - FUGRO NV | | | | | Sold | 7/6/12 | J | A | |
| 1315. - ANDRITZ AG | | | | | Sold | 7/6/12 | J | A | |
| 1316. - NIKE INC CL B (Y) | | | | | | | | | |
| 1317. - CATERPILLAR INC | | | | | Sold | 7/3/12 | J | | |
| 1318. -CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy | 1/19/12 | J | | |
| 1319. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 1320. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 1321. | | | | | Sold | 7/3/12 | J | A | |
| 1322. - VIRGIN MEDIA (Y) | | | | | | | | | |
| 1323. - DRIL-QUIP INC (Y) | | | | | | | | | |
| 1324. - MARSH & MCLENNAN COS INC | | | | | Sold | 7/3/12 | J | A | |
| 1325. - PG&E CORP | | | | | Sold (part) | 4/5/12 | J | A | |
| 1326. | | | | | Sold | 4/9/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. - HOME DEPOT INC | | | | | Sold | 7/3/12 | J | C | |
| 1328. - LMVH MOET HENNESSY LOUIS VUITTON SA | | | | | Sold | 7/3/12 | J | A | |
| 1329. - WHITBREAD PLC (Y) | | | | | | | | | |
| 1330. - ASSA ABLOY AB B | | | | | Buy (add'l) | 1/30/12 | J | | |
| 1331. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 1332. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 1333. | | | | | Sold | 7/3/12 | J | A | |
| 1334. - PHARMASSET INC | | | | | Sold | 1/13/12 | K | D | |
| 1335. - SIGNET JEWELERS LTD | | | | | Buy | 2/3/12 | J | | |
| 1336. | | | | | Sold | 7/3/12 | J | A | |
| 1337. - ACE LTD (Y) | | | | | | | | | |
| 1338. - AFLAC INC (Y) | | | | | | | | | |
| 1339. - EXPRESS SCRIPTS INC | | | | | Sold | 7/5/12 | J | A | |
| 1340. -PENGROWTH ENERGY CORP C$ | | | | | Buy | 1/23/12 | J | | |
| 1341. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 1342. | | | | | Sold | 7/3/12 | J | | |
| 1343. -BARRICK GOLD CORP C$ | | | | | Buy | 1/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. | | | | | Buy (add'l) | 2/2/12 | J | | |
| 1345. | | | | | Sold (part) | 3/30/12 | K | | |
| 1346. | | | | | Sold (part) | 5/24/12 | J | | |
| 1347. | | | | | Sold | 7/3/12 | J | | |
| 1348. -INMET MINING CORP C$ | | | | | Buy | 2/3/12 | J | | |
| 1349. | | | | | Sold | 7/3/12 | J | | |
| 1350. -RICHEMONT CIE FIN | | | | | Buy | 1/13/12 | J | | |
| 1351. | | | | | Sold | 7/3/12 | J | A | |
| 1352. -ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy | 1/18/12 | J | | |
| 1353. | | | | | Sold | 7/3/12 | J | A | |
| 1354. -NOVARTIS AG NAMEN | | | | | Buy | 1/19/12 | J | | |
| 1355. | | | | | Sold | 7/3/12 | J | | |
| 1356. -PERNOD RICARD SA | | | | | Buy | 1/10/12 | J | | |
| 1357. | | | | | Sold | 7/3/12 | J | B | |
| 1358. -BAYER AG | | | | | Buy | 1/12/12 | K | | |
| 1359. | | | | | Sold | 7/3/12 | J | A | |
| 1360. -SCHNEIDER ELECTRIC SA | | | | | Buy | 1/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 1362. | | | | | Sold | 7/3/12 | J | A | |
| 1363. -ASML HOLDING NV | | | | | Buy | 1/20/12 | J | | |
| 1364. | | | | | Sold | 7/3/12 | J | B | |
| 1365. -BNP PARIBAS | | | | | Buy | 1/23/12 | J | | |
| 1366. | | | | | Sold | 7/6/12 | J | | |
| 1367. -BOUYGUES | | | | | Buy | 2/3/12 | J | | |
| 1368. | | | | | Buy (add'l) | 2/6/12 | J | | |
| 1369. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 1370. | | | | | Sold (part) | 4/13/12 | J | | |
| 1371. | | | | | Sold | 7/3/12 | J | | |
| 1372. -HSBC HOLDINGS PLC UKP | | | | | Buy | 1/10/12 | J | | |
| 1373. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 1374. | | | | | Sold (part) | 1/26/12 | J | | |
| 1375. | | | | | Sold | 7/3/12 | K | B | |
| 1376. -TESCO PLC | | | | | Buy | 1/12/12 | J | | |
| 1377. | | | | | Sold (part) | 2/17/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. | | | | | Sold | 5/24/12 | J | | |
| 1379. -STANDARD CHARTERED | | | | | Buy | 1/23/12 | J | | |
| 1380. | | | | | Sold | 7/3/12 | J | C | |
| 1381. -IMPERIAL TOBACCO PLC | | | | | Buy | 2/2/12 | J | | |
| 1382. | | | | | Sold | 7/3/12 | J | A | |
| 1383. -PREMIER FARNELL PLC | | | | | Buy | 2/21/12 | J | | |
| 1384. | | | | | Sold | 7/3/12 | J | | |
| 1385. -DIAGEO PLC | | | | | Buy | 3/7/12 | J | | |
| 1386. | | | | | Sold | 7/3/12 | J | A | |
| 1387. -BARCLAYS PLC | | | | | Buy | 3/12/12 | J | | |
| 1388. | | | | | Sold | 7/3/12 | J | | |
| 1389. -BOC HONG KONG HOLDINGS LTD | | | | | Buy | 1/16/12 | J | | |
| 1390. | | | | | Sold | 7/3/12 | J | A | |
| 1391. -BANK OF CHINA LTD H | | | | | Buy | 1/19/12 | K | | |
| 1392. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 1393. | | | | | Sold | 7/3/12 | J | | |
| 1394. -KEYENCE CORP | | | | | Buy | 1/11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. | | | | | Sold | 7/6/12 | K | B | |
| 1396. -SMC CORP (Y) | | | | | Buy | 1/13/12 | K | | |
| 1397. | | | | | Sold (part) | 7/3/12 | K | B | |
| 1398. -MITSUBISHI CORP | | | | | Buy | 1/13/12 | J | | |
| 1399. | | | | | Sold | 7/3/12 | J | | |
| 1400. -DENSO CORP | | | | | Buy | 2/9/12 | K | | |
| 1401. | | | | | Sold | 7/3/12 | J | A | |
| 1402. -AJINOMOTO CO INC (Y) | | | | | Buy | 3/14/12 | J | | |
| 1403. -HAMAMATSU PHOTONIC KK | | | | | Buy | 3/15/12 | J | | |
| 1404. | | | | | Buy (add'l) | 4/12/12 | J | | |
| 1405. | | | | | Buy (add'l) | 5/1/12 | J | | |
| 1406. | | | | | Buy (add'l) | 5/8/12 | J | | |
| 1407. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 1408. | | | | | Buy (add'l) | 5/23/12 | J | | |
| 1409. | | | | | Sold | 7/3/12 | J | | |
| 1410. -HENNES & MAURITZ AB | | | | | Buy | 1/23/12 | J | | |
| 1411. | | | | | Sold | 7/3/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. -TELE NORTE LESTE PART ADR (Y) | | | | | Buy | 1/1/12 | J | | |
| 1413. | | | | | Buy (add'l) | 1/1/12 | J | | |
| 1414. | | | | | Buy (add'l) | 1/3/12 | J | | |
| 1415. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 1416. | | | | | Buy (add'l) | 1/5/12 | J | | |
| 1417. | | | | | Buy (add'l) | 1/6/12 | J | | |
| 1418. | | | | | Buy (add'l) | 1/6/12 | J | | |
| 1419. | | | | | Buy (add'l) | 1/9/12 | J | | |
| 1420. -DOW CHEMICAL CO | | | | | Buy | 1/3/12 | J | | |
| 1421. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 1422. | | | | | Sold | 7/3/12 | J | A | |
| 1423. -ROYAL DUTCH SHELL CL A ADR | | | | | Buy (add'l) | 1/9/12 | J | | |
| 1424. | | | | | Buy (add'l) | 1/10/12 | J | | |
| 1425. | | | | | Sold | 7/3/12 | K | D | |
| 1426. -EATON CORP | | | | | Buy | 1/11/12 | J | | |
| 1427. | | | | | Buy (add'l) | 1/17/12 | J | | |
| 1428. | | | | | Buy (add'l) | 1/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 1430. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 1431. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 1432. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 1433. | | | | | Sold | 7/3/12 | J | | |
| 1434. -ORACLE CORP | | | | | Buy | 1/11/12 | J | | |
| 1435. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 1436. | | | | | Sold (part) | 5/21/12 | J | | |
| 1437. | | | | | Sold | 7/3/12 | J | A | |
| 1438. -REPUBLIC SERVICES INC | | | | | Buy | 1/11/12 | J | | |
| 1439. | | | | | Sold | 7/3/12 | J | | |
| 1440. -UNITED TECHNOLOGIES CORP | | | | | Buy | 1/11/12 | J | | |
| 1441. | | | | | Sold | 7/3/12 | J | | |
| 1442. -ACCENTURE PLC US$ | | | | | Buy | 1/12/12 | J | | |
| 1443. | | | | | Buy (add'l) | 1/17/12 | J | | |
| 1444. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 1445. | | | | | Buy (add'l) | 1/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. | | | | | Sold | 7/3/12 | J | A | |
| 1447. -TARGET CORP | | | | | Buy | 1/13/12 | J | | |
| 1448. | | | | | Sold (part) | 2/14/12 | J | | |
| 1449. | | | | | Sold | 7/3/12 | J | A | |
| 1450. -HALLIBURTON CO | | | | | Buy | 1/17/12 | J | | |
| 1451. | | | | | Sold | 7/3/12 | J | A | |
| 1452. -IRON MOUNTAIN INC | | | | | Buy | 1/17/12 | J | | |
| 1453. | | | | | Buy (add'l) | 1/18/12 | J | | |
| 1454. | | | | | Buy (add'l) | 1/29/12 | J | | |
| 1455. | | | | | Buy (add'l) | 2/24/12 | J | | |
| 1456. | | | | | Sold | 7/3/12 | J | A | |
| 1457. -ICICI BANK LTD SPON ADR | | | | | Buy | 1/18/12 | J | | |
| 1458. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 1459. | | | | | Sold | 7/3/12 | J | | |
| 1460. -GILEAD SCIENCES INC | | | | | Buy | 1/19/12 | J | | |
| 1461. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 1462. | | | | | Buy (add'l) | 1/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 1464. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 1465. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 1466. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 1467. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 1468. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 1469. | | | | | Buy (add'l) | 2/2/12 | J | | |
| 1470. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 1471. | | | | | Buy (add'l) | 6/15/12 | J | | |
| 1472. | | | | | Buy (add'l) | 6/20/12 | J | | |
| 1473. | | | | | Sold | 7/3/12 | K | B | |
| 1474. -GOLDMAN SACHS GROUP INC | | | | | Buy | 1/20/12 | J | | |
| 1475. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 1476. | | | | | Sold (part) | 5/24/12 | K | | |
| 1477. | | | | | Sold | 7/3/12 | J | | |
| 1478. -STANLEY BLACK & DECKER INC | | | | | Buy | 1/20/12 | J | | |
| 1479. | | | | | Buy (add'l) | 1/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. | | | | | Sold | 7/3/12 | J | A | |
| 1481. -TIFFANY & CO NEW | | | | | Buy | 1/20/12 | J | | |
| 1482. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 1483. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 1484. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 1485. | | | | | Sold | 7/3/12 | J | B | |
| 1486. -SEATTLE GENETICS INC | | | | | Buy | 1/23/12 | J | | |
| 1487. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 1488. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 1489. | | | | | Sold | 7/3/12 | K | D | |
| 1490. -FEDEX CORP | | | | | Buy | 1/24/12 | J | | |
| 1491. | | | | | Sold (part) | 6/14/12 | K | D | |
| 1492. | | | | | Sold | 6/14/12 | J | | |
| 1493. -GENPACT LTD | | | | | Buy | 1/24/12 | J | | |
| 1494. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 1495. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 1496. | | | | | Buy (add'l) | 2/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 1498. | | | | | Buy (add'l) | 2/8/12 | J | | |
| 1499. | | | | | Buy (add'l) | 2/9/12 | J | | |
| 1500. | | | | | Sold | 7/3/12 | J | A | |
| 1501. -NORDSTROM INC | | | | | Buy | 1/24/12 | J | | |
| 1502. | | | | | Sold | 7/3/12 | J | A | |
| 1503. -BOEING CO | | | | | Buy | 2/2/12 | J | | |
| 1504. | | | | | Sold | 7/3/12 | J | C | |
| 1505. -NOBLE ENERGY INC | | | | | Buy | 2/3/12 | J | | |
| 1506. | | | | | Sold | 7/3/12 | J | A | |
| 1507. -JABIL CIRCUIT INC | | | | | Buy | 2/9/12 | J | | |
| 1508. | | | | | Buy (add'l) | 2/10/12 | J | | |
| 1509. | | | | | Buy (add'l) | 2/13/12 | J | | |
| 1510. | | | | | Sold | 7/3/12 | J | | |
| 1511. -BLACKROCK INC | | | | | Buy | 2/15/12 | J | | |
| 1512. | | | | | Buy (add'l) | 3/22/12 | J | | |
| 1513. | | | | | Buy (add'l) | 5/23/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. | | | | | Sold | 7/3/12 | J | A | |
| 1515. -ENSCO PLC ADR | | | | | Buy | 2/17/12 | J | | |
| 1516. | | | | | Buy (add'l) | 2/21/12 | J | | |
| 1517. | | | | | Buy (add'l) | 2/24/12 | J | | |
| 1518. | | | | | Buy (add'l) | 2/27/12 | J | | |
| 1519. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 1520. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 1521. | | | | | Buy (add'l) | 3/12/12 | J | | |
| 1522. | | | | | Sold | 7/5/12 | J | | |
| 1523. -COBALT INTERNATIONAL ENERGY | | | | | Buy | 3/2/12 | J | | |
| 1524. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 1525. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 1526. | | | | | Sold | 7/3/12 | J | | |
| 1527. -NORFOLK SOUTHERN CORP | | | | | Buy | 3/27/12 | J | | |
| 1528. | | | | | Sold | 7/3/12 | J | A | |
| 1529. -AGILENT TECHNOLOGIES INC | | | | | Sold (part) | 1/20/12 | J | B | |
| 1530. | | | | | Sold (part) | 1/18/12 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. | | | | | Sold (part) | 1/19/12 | J | B | |
| 1532. | | | | | Sold | 7/3/12 | J | A | |
| 1533. -AMAZON.COM INC | | | | | Sold | 1/6/12 | J | C | |
| 1534. -AMERICAN TOWER CORP | | | | | Sold (part) | 2/1/12 | J | B | |
| 1535. | | | | | Sold | 7/3/12 | J | C | |
| 1536. -CENOVUS ENERGY INC C$ | | | | | Sold (part) | 1/25/12 | J | B | |
| 1537. | | | | | Sold (part) | 4/16/12 | J | B | |
| 1538. | | | | | Sold (part) | 4/17/12 | J | C | |
| 1539. | | | | | Sold (part) | 4/18/12 | J | B | |
| 1540. | | | | | Sold | 7/3/12 | J | B | |
| 1541. -CERNER CORP | | | | | Sold (part) | 1/20/12 | J | B | |
| 1542. | | | | | Sold (part) | 1/24/12 | J | C | |
| 1543. | | | | | Sold | 7/3/12 | J | D | |
| 1544. -COMCAST CORP CL A (NEW) | | | | | Sold (part) | 1/24/12 | J | B | |
| 1545. | | | | | Sold | 7/3/12 | J | D | |
| 1546. -COSTCO WHOLESALE CORP | | | | | Sold (part) | 1/6/12 | J | C | |
| 1547. | | | | | Sold | 1/9/12 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. -CRH PLC | | | | | Sold (part) | 1/11/12 | J | | |
| 1549. | | | | | Sold | 1/12/12 | J | | |
| 1550. -DANONE | | | | | Sold (part) | 2/6/12 | K | C | |
| 1551. | | | | | Sold | 7/3/12 | J | D | |
| 1552. -DAVITA INC | | | | | Sold (part) | 1/23/12 | J | C | |
| 1553. | | | | | Sold | 6/4/12 | J | C | |
| 1554. -EBAY INC | | | | | Sold | 1/6/12 | K | D | |
| 1555. -EDISON INTERNATIONAL | | | | | Sold | 1/6/12 | J | B | |
| 1556. -EMERSON ELECTRIC CO | | | | | Sold (part) | 3/1/12 | J | A | |
| 1557. | | | | | Sold (part) | 3/2/12 | J | A | |
| 1558. | | | | | Sold | 7/3/12 | J | A | |
| 1559. -FIRST SOLAR INC | | | | | Sold (part) | 2/8/12 | J | | |
| 1560. | | | | | Sold | 2/9/12 | J | | |
| 1561. -FLUOR CORP (NEW) | | | | | Sold | 1/18/12 | J | A | |
| 1562. -GENERAL MILLS INC | | | | | Sold | 1/18/12 | J | B | |
| 1563. -HDFC BANK LTD | | | | | Sold (part) | 1/12/12 | J | C | |
| 1564. | | | | | Sold (part) | 1/13/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. | | | | | Sold (part) | 1/17/12 | J | B | |
| 1566. | | | | | Sold | 1/18/12 | J | B | |
| 1567. -HONG KONG/CHINA GAS | | | | | Sold (part) | 2/9/12 | J | C | |
| 1568. | | | | | Sold (part) | 6/27/12 | J | A | |
| 1569. | | | | | Sold | 7/6/12 | J | B | |
| 1570. -HSBC HOLDINGS PLC ADR SPON NEW | | | | | Sold (part) | 1/25/12 | J | | |
| 1571. | | | | | Sold | 7/20/12 | J | A | |
| 1572. -ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 1/23/12 | J | A | |
| 1573. | | | | | Sold (part) | 2/28/12 | J | B | |
| 1574. | | | | | Sold (part) | 2/29/12 | J | B | |
| 1575. | | | | | Sold | 7/3/12 | J | A | |
| 1576. -INTERNATIONAL BUSINESS MACHINES CORP | | | | | Sold (part) | 1/31/12 | J | C | |
| 1577. | | | | | Sold | 7/3/12 | K | D | |
| 1578. -KONINKLIJKE KPN NV | | | | | Sold (part) | 2/17/12 | J | | |
| 1579. | | | | | Sold | 7/6/12 | J | | |
| 1580. -KURITA WATER INDUSTRIES LTD | | | | | Sold (part) | 3/9/12 | J | | |
| 1581. | | | | | Sold (part) | 3/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. | | | | | Sold (part) | 3/27/12 | J | | |
| 1583. | | | | | Sold (part) | 3/28/12 | J | | |
| 1584. | | | | | Sold (part) | 4/19/12 | J | | |
| 1585. | | | | | Sold (part) | 4/24/12 | J | | |
| 1586. | | | | | Sold (part) | 4/27/12 | J | | |
| 1587. | | | | | Sold (part) | 5/2/12 | J | | |
| 1588. | | | | | Sold (part) | 5/10/12 | J | | |
| 1589. | | | | | Sold (part) | 5/24/12 | J | | |
| 1590. | | | | | Sold | 5/25/12 | J | | |
| 1591. -L'AIR LIQUIDE | | | | | Sold (part) | 2/6/12 | J | A | |
| 1592. | | | | | Sold (part) | 7/5/12 | J | A | |
| 1593. | | | | | Sold | 7/9/12 | J | A | |
| 1594. -MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 1/3/12 | J | B | |
| 1595. | | | | | Sold (part) | 1/5/12 | J | B | |
| 1596. | | | | | Sold (part) | 1/6/12 | J | B | |
| 1597. | | | | | Sold (part) | 1/9/12 | J | B | |
| 1598. | | | | | Sold (part) | 1/10/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. | | | | | Sold (part) | 1/12/12 | J | B | |
| 1600. | | | | | Sold | 1/18/12 | J | B | |
| 1601. -MICROCHIP TECHNOLOGY INC | | | | | Sold (part) | 2/8/12 | J | A | |
| 1602. | | | | | Sold (part) | 2/9/12 | J | A | |
| 1603. | | | | | Sold (part) | 5/4/12 | J | A | |
| 1604. | | | | | Sold (part) | 5/7/12 | J | A | |
| 1605. | | | | | Sold (part) | 5/9/12 | J | A | |
| 1606. | | | | | Sold (part) | 5/10/12 | J | A | |
| 1607. | | | | | Sold | 5/11/12 | J | A | |
| 1608. -OMNICOM GROUP INC | | | | | Sold (part) | 1/10/12 | J | A | |
| 1609. | | | | | Sold (part) | 1/11/12 | J | A | |
| 1610. | | | | | Sold | 1/12/12 | J | A | |
| 1611. -PEPSICO INC | | | | | Sold (part) | 1/27/12 | K | C | |
| 1612. | | | | | Sold (part) | 1/30/12 | K | C | |
| 1613. | | | | | Sold | 2/2/12 | J | B | |
| 1614. -POLYCOM INC | | | | | Sold (part) | 1/4/12 | J | A | |
| 1615. | | | | | Sold | 1/5/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. -PROGRESSIVE CORP OHIO | | | | | Sold (part) | 1/23/12 | J | B | |
| 1617. | | | | | Sold | 7/3/12 | J | B | |
| 1618. -SCHWAB CHARLES NEW | | | | | Sold (part) | 2/7/12 | J | | |
| 1619. | | | | | Sold (part) | 2/8/12 | J | | |
| 1620. | | | | | Sold (part) | 2/9/12 | J | | |
| 1621. | | | | | Sold (part) | 2/10/12 | J | | |
| 1622. | | | | | Sold | 7/3/12 | J | A | |
| 1623. -SHANGRI-LA ASIA | | | | | Sold | 1/5/12 | J | C | |
| 1624. -SPECTRA ENERGY CORP | | | | | Sold (part) | 1/10/12 | J | B | |
| 1625. | | | | | Sold | 1/11/12 | J | A | |
| 1626. -SUN HUNG KAI PROP (Y) | | | | | Sold (part) | 3/30/12 | J | B | |
| 1627. -SUNCOR ENERGY INC | | | | | Sold | 1/4/12 | J | B | |
| 1628. -SWIRE PACIFIC LTD CL A | | | | | Sold | 1/5/12 | J | | |
| 1629. -SWIRE PROPERTIES LTD | | | | | Sold | 2/1/12 | J | A | |
| 1630. -TELEVISION BROADCAST | | | | | Sold | 1/6/12 | J | A | |
| 1631. -TELSTRA CORP | | | | | Sold | 3/30/12 | K | D | |
| 1632. -THE WALT DISNEY CO | | | | | Sold (part) | 1/23/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1633. | | | | | Sold | 7/3/12 | J | B | |
| 1634. -TORONTO-DOMINION BANK | | | | | Sold | 1/5/12 | J | C | |
| 1635. -UNITED PARCEL SERVICE INC CL B | | | | | Sold | 1/10/12 | J | A | |
| 1636. -UNITEDHEALTH GROUP INC | | | | | Sold (part) | 1/23/12 | J | C | |
| 1637. | | | | | Sold (part) | 4/16/12 | J | D | |
| 1638. | | | | | Sold | 7/3/12 | J | C | |
| 1639. -URBAN OUTFITTERS INC | | | | | Sold (part) | 1/11/12 | K | D | |
| 1640. | | | | | Sold | 1/12/12 | J | A | |
| 1641. -VERIZON COMMUNICATIONS | | | | | Sold | 1/10/12 | J | C | |
| 1642. -VISA INC CL A (Y) | | | | | Sold (part) | 1/13/12 | J | C | |
| 1643. | | | | | Sold (part) | 1/17/12 | K | D | |
| 1644. | | | | | Sold (part) | 1/18/12 | J | C | |
| 1645. -WAL MART DE MEXICO, SAB DE C.V. | | | | | Sold (part) | 1/12/12 | J | A | |
| 1646. | | | | | Sold | 1/13/12 | J | C | |
| 1647. -3M COMPANY (Y) | | | | | | | | | |
| 1648. -AON PLC (Y) | | | | | Sold (part) | 4/2/12 | J | B | |
| 1649. -CHEVRON CORP (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1650. -COACH (Y) | | | | | | | | | |
| 1651. -COLGATE-PALMOLIVE CO (Y) | | | | | | | | | |
| 1652. -DISCOVERY COMMUNICATIONS INC CL A (Y) | | | | | | | | | |
| 1653. -FANUC CO (Y) | | | | | | | | | |
| 1654. -GOOGLE INC CL A (Y) | | | | | | | | | |
| 1655. -JGC CORP (Y) | | | | | | | | | |
| 1656. -KLA-TENCOR CORP (Y) | | | | | | | | | |
| 1657. -LINDE AG (Y) | | | | | | | | | |
| 1658. -NUCOR CORP (Y) | | | | | | | | | |
| 1659. -PHILIP MORRIS INTERNATIONAL INC (Y) | | | | | | | | | |
| 1660. -RECKITT BENCKISER GROUP PLC (Y) | | | | | | | | | |
| 1661. -SAP AG SPON ADR (Y) | | | | | | | | | |
| 1662. -SWISSCOM AG REG (Y) | | | | | | | | | |
| 1663. -SYNGENTA AG (Y) | | | | | | | | | |
| 1664. -TELUS CORPORATION NON VOTE (Y) | | | | | | | | | |
| 1665. -UNION PACIFIC CORP (Y) | | | | | | | | | |
| 1666. -GEMALTO NV | | | | | Buy | 4/16/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1667. | | | | | Buy (add'l) | 4/17/12 | J | | |
| 1668. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 1669. | | | | | Buy (add'l) | 4/27/12 | J | | |
| 1670. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 1671. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 1672. | | | | | Sold | 7/3/12 | J | A | |
| 1673. -HITACHI | | | | | Buy | 3/30/12 | K | | |
| 1674. | | | | | Sold | 7/3/12 | J | A | |
| 1675. -SOFTBANK CORP | | | | | Buy | 3/30/12 | J | | |
| 1676. | | | | | Buy (add'l) | 5/30/12 | J | | |
| 1677. | | | | | Buy (add'l) | 6/15/12 | J | | |
| 1678. | | | | | Sold | 7/3/12 | J | C | |
| 1679. -GENTING SINGAPORE PLC | | | | | Buy | 4/13/12 | K | | |
| 1680. | | | | | Sold | 7/3/12 | J | | |
| 1681. -OI SA PN ADR | | | | | Spinoff (from line 1412) | 04/09/12 | K | | |
| 1682. | | | | | Buy | 4/18/12 | J | | |
| 1683. | | | | | Buy (add'l) | 4/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1684. | | | | | Buy (add'l) | 4/20/12 | J | | |
| 1685. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 1686. | | | | | Buy (add'l) | 5/4/12 | J | | |
| 1687. | | | | | Buy (add'l) | 5/8/12 | J | | |
| 1688. | | | | | Buy (add'l) | 5/10/12 | J | | |
| 1689. | | | | | Sold (part) | 4/9/12 | J | A | |
| 1690. | | | | | Sold | 7/5/12 | J | A | |
| 1691. -OI SA ON ADR | | | | | Spinoff (from line 1412) | 4/9/12 | J | | |
| 1692. | | | | | Sold (part) | 4/9/12 | J | | |
| 1693. | | | | | Sold | 7/5/12 | J | A | |
| 1694. -FACEBOOK INC-A | | | | | Buy | 5/17/12 | K | | |
| 1695. | | | | | Buy (add'l) | 5/21/12 | J | | |
| 1696. | | | | | Buy (add'l) | 5/22/12 | J | | |
| 1697. | | | | | Sold | 6/25/12 | K | | |
| 1698. -ALLEGHENY TECHNOLOGIES INC | | | | | Sold (part) | 5/24/12 | J | | |
| 1699. | | | | | Sold (part) | 5/25/12 | J | | |
| 1700. | | | | | Sold (part) | 5/29/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1701. | | | | | Sold (part) | 5/30/12 | J | A | |
| 1702. | | | | | Sold (part) | 5/31/12 | J | A | |
| 1703. | | | | | Sold | 6/4/12 | J | | |
| 1704. -KRAFT FOODS INC CL A | | | | | Sold | 4/16/12 | J | A | |
| 1705. -MCDONALDS CORP | | | | | Sold | 5/10/12 | J | B | |
| 1706. -NEWCREST MINING NPV | | | | | Sold (part) | 5/25/12 | J | | |
| 1707. | | | | | Sold (part) | 5/28/12 | J | | |
| 1708. | | | | | Sold (part) | 6/21/12 | J | | |
| 1709. | | | | | Sold | 7/3/12 | J | | |
| 1710. -NOVO NORDISK A/S B | | | | | Sold (part) | 5/1/12 | J | B | |
| 1711. | | | | | Sold (part) | 5/2/12 | K | D | |
| 1712. | | | | | Sold | 7/3/12 | J | C | |
| 1713. -TINGYI HOLDING CORP | | | | | Sold (part) | 5/25/12 | J | A | |
| 1714. | | | | | Sold | 5/29/12 | J | A | |
| 1715. -TREND MICRO INC | | | | | Sold (part) | 6/15/12 | J | | |
| 1716. | | | | | Sold | 7/3/12 | J | | |
| 1717. -AIA GROUP LTD | | | | | Sold | 7/3/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1718. -AIR PRODUCTS & CHEMICALS INC | | | | | Sold | 7/3/12 | J | A | |
| 1719. -ALLERGAN INC | | | | | Sold | 7/3/12 | J | D | |
| 1720. -ALLSTATE CORP (THE) | | | | | Sold | 7/3/12 | J | A | |
| 1721. -APPLE INC | | | | | Sold | 7/3/12 | K | E | |
| 1722. -BANK OF EAST ASIA | | | | | Sold | 7/3/12 | J | A | |
| 1723. -BG GROUP PLC | | | | | Sold | 7/3/12 | J | B | |
| 1724. -BHP BILLITON LTD (AUD) | | | | | Sold | 7/3/12 | J | | |
| 1725. -BMW AG | | | | | Sold | 7/3/12 | J | A | |
| 1726. -BROADCOM CORP | | | | | Sold | 7/5/12 | J | A | |
| 1727. -CANON INC | | | | | Sold | 7/3/12 | J | A | |
| 1728. -CENOVUS ENERGY INC US$ | | | | | Sold | 7/3/12 | J | A | |
| 1729. -DANAHER CORP | | | | | Sold | 7/3/12 | J | B | |
| 1730. -DBS GROUP HOLDINGS LTD | | | | | Sold | 7/3/12 | J | A | |
| 1731. -ECOLAB INC | | | | | Sold | 7/3/12 | J | C | |
| 1732. -ESSILOR INTL | | | | | Sold | 7/3/12 | J | C | |
| 1733. -INTERNATIONAL GAME TECHNOLOGY | | | | | Sold | 7/3/12 | J | | |
| 1734. -JACK HENRY & ASSOC INC | | | | | Sold | 7/3/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1735. -JPMORGAN CHASE & CO | | | | | Sold | 7/3/12 | J | A | |
| 1736. -L'OREAL | | | | | Sold | 7/3/12 | J | A | |
| 1737. -LI & FUNG LTD | | | | | Sold | 7/3/12 | J | B | |
| 1738. -LINDE AG | | | | | Sold | 7/3/12 | J | | |
| 1739. -MICROSOFT CORP | | | | | Sold | 7/3/12 | J | A | |
| 1740. -MONSANTO CO NEW COM | | | | | Sold | 7/3/12 | J | C | |
| 1741. -MURATA MANUFACTURING CO LTD | | | | | Sold | 7/3/12 | J | B | |
| 1742. -NATIONAL GRID PLC | | | | | Sold | 7/3/12 | J | C | |
| 1743. -NATIONAL INSTRUMENTS CORP | | | | | Sold | 7/3/12 | J | A | |
| 1744. -NESTLE SA REG | | | | | Sold | 7/3/12 | J | B | |
| 1745. -NIELSEN HOLDINGS NV US$ | | | | | Sold | 7/3/12 | J | A | |
| 1746. -QUALCOMM INC | | | | | Sold | 7/3/12 | J | B | |
| 1747. -RIO TINTO PLC REG | | | | | Sold | 7/3/12 | J | | |
| 1748. -SAMSUNG ELEC GDS N/V PF | | | | | Sold | 7/3/12 | J | C | |
| 1749. -SAP AG | | | | | Sold | 7/3/12 | J | A | |
| 1750. -SCHLUMBERGER LTD | | | | | Sold | 7/3/12 | J | C | |
| 1751. -SCRIPPS NETWORKS INTERACTIVE CL A | | | | | Sold | 7/3/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1752. -SEADRILL LTD | | | | | Sold | 7/3/12 | J | A | |
| 1753. -SES FDR CL A (PARIS) | | | | | Sold | 7/3/12 | J | A | |
| 1754. -SHIRE PLC | | | | | Sold | 7/3/12 | J | C | |
| 1755. -SONOVA HOLDING AG | | | | | Sold | 7/3/12 | J | A | |
| 1756. -SYSMEX CORP | | | | | Sold | 7/3/12 | J | A | |
| 1757. -TE CONNECTIVITY LTD US$ | | | | | Sold | 7/3/12 | J | B | |
| 1758. -TIME WARNER CABLE INC | | | | | Sold | 7/3/12 | J | B | |
| 1759.  Trust #28 - List of Assets | A | Int./Div. | J | T | | | | | |
| 1760. -NY CITY TFA 03 3.48% 11/1/22 (Y) | | | | | | | | | |
| 1761. - NY ST THRUWAY (2ND BRDGE & HWY) 5% 4/1/13 | | | | | Sold | 3/19/12 | M | B | |
| 1762. - NY DORM MEMORIAL SLOAN-KETTERING 12-1 (Y) | | | | | Buy | 1/26/12 | M | | |
| 1763. - NY ST THRUWAY (2ND BRDGE & HWY) 12A 5.0% 4/1/20 (Y) | | | | | Buy | 3/15/12 | M | | |
| 1764. - NEW YORK ST TWY AUTH SECOND GEN SER A 5% 4/1/19 | | | | | Sold | 4/5/12 | M | D | |
| 1765. - NY CITY MUNI WTR AUTH FF 5% 6/15/16 | | | | | Sold | 4/5/12 | M | D | |
| 1766. - NY CITY TFA B SUB 5% 11/1/18 | | | | | Sold | 4/5/12 | M | D | |
| 1767. - ARIZON A HELATH FACS AUTH HOSP SYS TEV VAR 2/1/2042 (Y) | | | | | | | | | |
| 1768. - ATLANTA GA ARPT 10C 5% 1/1/19 (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1769. - LI PWR AUTH NY 2010A (LIPA) 5% 5/1/14 (Y) | | | | | | | | | |
| 1770. - MET TRANS AUTH NY MBIA 5% 11/15/15 (Y) | | | | | | | | | |
| 1771. - NEW YORK CITY GO 5% 8/1/18 (Y) | | | | | | | | | |
| 1772. - NY CITY MUNI WTR AUTH 09EE 5% 6/15/18 (Y) | | | | | | | | | |
| 1773. - NY DORM MEMORIAL SLOAN-KETTERING 12-1 (Y) | | | | | | | | | |
| 1774. - NY LGAC 5% 4/1/13 (Y) | | | | | | | | | |
| 1775. - NY MTA TRIBOROUGH B&T SER A 5% 11/15/16 (Y) | | | | | | | | | |
| 1776. - NY SALES TAX RECEIVABLE MBIA 5% 10-15-21 (Y) | | | | | | | | | |
| 1777. - NY ST DORM AUTH ST UNIV MBIA 5% 07-01-15 (Y) | | | | | | | | | |
| 1778. - NY ST EGY PCR NYSEG B (MPT) 3% 02-01-29/06-03-13 (Y) | | | | | | | | | |
| 1779. - NY ST THRUWAY (2ND BRDGE & HWY) 12A 5% 4/1/20 (Y) | | | | | | | | | |
| 1780. - NY ST TWY AU AMBAC 5% 4/1/19 (Y) | | | | | | | | | |
| 1781. - NY TOBACCO SETTLE CORP 11A 5% 6/1/17 (Y) | | | | | | | | | |
| 1782. - NYC HLTH AND HOSP 5% 2/15/20 (Y) | | | | | | | | | |
| 1783. ☐ Trust #29 - List of Assets | F | Int./Div. | P1 | T | | | | | |
| 1784. -SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 1785. - 3M COMPANY | | | | | Sold (part) | 4/4/12 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1786. | | | | | Sold | 11/13/12 | K | B | |
| 1787. - ACCENTURE PLC US $ | | | | | Buy (add'l) | 1/13/12 | J | | |
| 1788. | | | | | Buy (add'l) | 1/17/12 | J | | |
| 1789. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 1790. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 1791. | | | | | Sold (part) | 8/17/12 | J | A | |
| 1792. | | | | | Sold (part) | 8/20/12 | J | A | |
| 1793. - ACE LTD | | | | | Buy (add'l) | 9/25/12 | J | | |
| 1794. - AIR PRODUCTS & CHEMICALS | | | | | Sold (part) | 4/4/12 | K | D | |
| 1795. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 1796. - ALLEGHENY TECHNOLOGIES INC | | | | | Sold (part) | 4/4/12 | K | B | |
| 1797. | | | | | Sold (part) | 5/24/12 | J | | |
| 1798. | | | | | Sold (part) | 5/25/12 | J | | |
| 1799. | | | | | Sold (part) | 5/29/12 | J | | |
| 1800. | | | | | Sold (part) | 5/30/12 | J | | |
| 1801. | | | | | Sold (part) | 5/31/12 | J | | |
| 1802. | | | | | Sold (part) | 6/4/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1803. - ALLERGEN INC | | | | | Sold (part) | 4/4/12 | K | E | |
| 1804. | | | | | Sold (part) | 7/11/12 | J | D | |
| 1805. - ALLSTATE CORP (THE) | | | | | Sold (part) | 4/4/12 | J | A | |
| 1806. | | | | | Sold (part) | 9/25/12 | J | B | |
| 1807. | | | | | Sold (part) | 9/26/12 | J | B | |
| 1808. | | | | | Sold | 9/27/12 | J | B | |
| 1809. - AMERICAN TOWER CORP CL A | | | | | Buy (add'l) | 1/10/12 | J | | |
| 1810. | | | | | Sold (part) | 4/4/12 | K | D | |
| 1811. - AON CORP | | | | | Sold (part) | 4/2/12 | J | C | |
| 1812. - APPLE INC | | | | | Sold (part) | 4/4/12 | K | E | |
| 1813. - BARRICK GOLD CORP US $ | | | | | Sold (part) | 4/4/12 | J | | |
| 1814. | | | | | Sold (part) | 5/24/12 | J | | |
| 1815. - BOEING CO | | | | | Sold (part) | 4/4/12 | J | B | |
| 1816. - BRISTOL-MYERS SQUIBB CO | | | | | Buy (add'l) | 1/10/12 | K | | |
| 1817. | | | | | Sold (part) | 4/4/12 | J | | |
| 1818. - BROADCOM CORP | | | | | Sold (part) | 4/4/12 | J | D | |
| 1819. - CENOVUS ENERGY INC US $ | | | | | Sold (part) | 4/4/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1820. - CERNER CORP | | | | | Sold (part) | 1/23/12 | J | B | |
| 1821. | | | | | Sold (part) | 1/24/12 | J | C | |
| 1822. | | | | | Sold (part) | 4/4/12 | K | D | |
| 1823. - CHEVRON CORP | | | | | Buy (add'l) | 1/10/12 | J | | |
| 1824. | | | | | Sold (part) | 4/4/12 | J | | |
| 1825. - COACH INC | | | | | Sold (part) | 4/4/12 | J | B | |
| 1826. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 1827. - COLGATE-PALMOLIVE CO | | | | | Sold (part) | 7/27/12 | K | C | |
| 1828. | | | | | Sold | 7/27/12 | K | D | |
| 1829. - COMCAST CORP CL A (NEW) | | | | | Sold (part) | 4/4/12 | K | D | |
| 1830. - COSTCO WHOLESALE CORP | | | | | Sold (part) | 1/6/12 | J | C | |
| 1831. | | | | | Sold | 1/9/12 | J | C | |
| 1832. - DANAHER CORP | | | | | Sold (part) | 4/4/12 | J | D | |
| 1833. - DAVITA INC | | | | | Sold (part) | 1/20/12 | J | C | |
| 1834. | | | | | Sold (part) | 1/23/12 | J | C | |
| 1835. | | | | | Sold (part) | 4/4/12 | J | D | |
| 1836. | | | | | Sold | 6/4/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1837. - DISCOVERY COMMUNICATIONS INC CL A | | | | | Sold (part) | 4/4/12 | J | A | |
| 1838. | | | | | Sold | 12/19/12 | J | C | |
| 1839. - EBAY INC | | | | | Sold (part) | 1/24/12 | J | D | |
| 1840. | | | | | Sold (part) | 4/4/12 | J | B | |
| 1841. - ECOLAB INC | | | | | Sold (part) | 4/4/12 | K | D | |
| 1842. | | | | | Sold (part) | 7/27/12 | J | D | |
| 1843. - EDISON INTERNATIONAL | | | | | Sold (part) | 1/24/12 | K | C | |
| 1844. | | | | | Sold (part) | 4/4/12 | J | A | |
| 1845. | | | | | Sold | 5/15/12 | J | C | |
| 1846. - EMERSON ELECTRIC CO | | | | | Buy (add'l) | 1/18/12 | K | | |
| 1847. | | | | | Sold (part) | 3/1/12 | J | | |
| 1848. | | | | | Sold (part) | 3/2/12 | J | B | |
| 1849. | | | | | Sold (part) | 4/4/12 | J | | |
| 1850. | | | | | Sold (part) | 5/24/12 | J | C | |
| 1851. | | | | | Sold (part) | 10/12/12 | J | | |
| 1852. - ENCANA CORP COM US $ | | | | | Buy (add'l) | 2/1/12 | J | | |
| 1853. | | | | | Buy (add'l) | 2/2/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1854. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 1855. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 1856. | | | | | Sold (part) | 4/4/12 | J | | |
| 1857. | | | | | Buy (add'l) | 8/15/12 | J | | |
| 1858. - EOG RESOURCES INC | | | | | | | | | |
| 1859. - FEDEX CORP | | | | | Sold (part) | 4/4/12 | J | C | |
| 1860. | | | | | Sold | 6/14/12 | J | C | |
| 1861. - FIRST SOLAR INC | | | | | Sold (part) | 4/9/12 | J | | |
| 1862. | | | | | Sold | 4/10/12 | J | | |
| 1863. - GENERAL MILLS INC | | | | | Sold (part) | 1/24/12 | J | A | |
| 1864. | | | | | Sold | 2/3/12 | J | B | |
| 1865. - GENPACT LTD | | | | | Buy (add'l) | 2/13/12 | J | | |
| 1866. | | | | | Buy (add'l) | 2/14/12 | J | | |
| 1867. | | | | | Buy (add'l) | 2/15/12 | J | | |
| 1868. | | | | | Sold (part) | 1/11/12 | J | | |
| 1869. | | | | | Sold (part) | 1/12/12 | J | | |
| 1870. - GOLDMAN SACHS GROUP INC | | | | | Sold (part) | 5/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1871. - GOOGLE INC CL A | | | | | Sold (part) | 4/4/12 | J | A | |
| 1872. - HALLIBURTON CO | | | | | Buy (add'l) | 1/17/12 | J | | |
| 1873. | | | | | Sold (part) | 4/4/12 | J | A | |
| 1874. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 1875. - ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 1/23/12 | J | A | |
| 1876. | | | | | Sold (part) | 2/28/12 | J | B | |
| 1877. | | | | | Sold | 2/29/12 | J | A | |
| 1878. - INTERNATIONAL BUSINESS MACHINES | | | | | Sold (part) | 4/4/12 | L | E | |
| 1879. | | | | | Sold (part) | 10/19/12 | J | C | |
| 1880. - IRON MOUNTAIN INC | | | | | Buy (add'l) | 1/17/12 | J | | |
| 1881. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 1882. | | | | | Buy (add'l) | 2/24/12 | J | | |
| 1883. | | | | | Sold (part) | 4/4/12 | J | | |
| 1884. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 1885. | | | | | Sold (part) | 11/30/12 | J | | |
| 1886. - JACK HENRY & ASSOC INC | | | | | Buy (add'l) | 2/2/12 | J | | |
| 1887. | | | | | Sold (part) | 4/4/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1888. - JPMORGAN CHASE & CO | | | | | Sold (part) | 4/4/12 | J | A | |
| 1889. | | | | | Sold (part) | 5/24/12 | J | | |
| 1890. - KLA-TENCOR CORP | | | | | Sold (part) | 4/4/12 | K | D | |
| 1891. - MARSH & MCLENNAN COS INC | | | | | Sold (part) | 4/4/12 | J | A | |
| 1892. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 1893. - MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 1/12/12 | J | | |
| 1894. | | | | | Sold (part) | 1/18/12 | J | B | |
| 1895. | | | | | Sold (part) | 4/4/12 | J | D | |
| 1896. | | | | | Sold (part) | 4/10/12 | J | A | |
| 1897. | | | | | Sold (part) | 4/11/12 | J | A | |
| 1898. | | | | | Sold | 4/11/12 | J | A | |
| 1899. - MICROCHIP TECHNOLOGIES | | | | | Sold (part) | 4/4/12 | J | B | |
| 1900. | | | | | Sold (part) | 5/4/12 | J | A | |
| 1901. | | | | | Sold (part) | 5/7/12 | J | A | |
| 1902. | | | | | Sold (part) | 5/9/12 | J | A | |
| 1903. | | | | | Sold (part) | 5/10/12 | J | A | |
| 1904. | | | | | Sold | 5/10/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1905. - MICROSOFT CORP | | | | | Sold (part) | 4/4/12 | K | B | |
| 1906. | | | | | Sold (part) | 4/18/12 | J | A | |
| 1907. - MONSANTO CO NEW COM | | | | | Sold (part) | 4/4/12 | K | B | |
| 1908. | | | | | Buy (add'l) | 8/17/12 | J | | |
| 1909. | | | | | Buy (add'l) | 9/21/12 | J | | |
| 1910. - NATIONAL GRID PLC - SP ADR | | | | | | | | | |
| 1911. - NESTLE NAM SPON ADR | | | | | Buy (add'l) | 6/4/12 | J | | |
| 1912. - NIELSEN HOLDINGS NV US $ | | | | | Sold (part) | 4/4/12 | K | C | |
| 1913. - NIKE INC CL B | | | | | Buy (add'l) | 1/12/12 | J | | |
| 1914. - NOBLE ENERGY INC | | | | | Sold (part) | 4/4/12 | L | E | |
| 1915. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 1916. - NORDSTROM INC | | | | | Sold | 1/11/12 | J | A | |
| 1917. - NORFOLK SOUTHERN CORP | | | | | Buy (add'l) | 3/27/12 | J | | |
| 1918. | | | | | Buy (add'l) | 9/20/12 | J | | |
| 1919. | | | | | Buy (add'l) | 10/24/12 | J | | |
| 1920. - NOVO NORDISK A/S CL B ADR | | | | | | | | | |
| 1921. - NUCOR CORP | | | | | Sold (part) | 4/4/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1922. - OMNICOM GROUP INC | | | | | Sold (part) | 1/10/12 | J | A | |
| 1923. | | | | | Sold (part) | 1/11/12 | J | A | |
| 1924. | | | | | Sold | 1/12/12 | J | B | |
| 1925. - ORACLE CORP | | | | | Sold (part) | 4/4/12 | J | | |
| 1926. - PEPSICO INC | | | | | Sold (part) | 1/30/12 | K | C | |
| 1927. | | | | | Sold (part) | 1/30/12 | J | | |
| 1928. | | | | | Sold (part) | 4/4/12 | J | A | |
| 1929. - PHILIP MORRIS INTERNATIONAL INC | | | | | Buy (add'l) | 2/3/12 | J | | |
| 1930. - PFIZER INC | | | | | Sold (part) | 4/4/12 | J | A | |
| 1931. - PG&E CORP | | | | | Buy (add'l) | 1/13/12 | J | | |
| 1932. | | | | | Sold (part) | 4/4/12 | J | A | |
| 1933. | | | | | Sold (part) | 4/5/12 | J | | |
| 1934. | | | | | Sold | 4/9/12 | J | A | |
| 1935. - PROGRESSIVE CORP OHIO | | | | | Sold (part) | 4/4/12 | K | A | |
| 1936. - QUALCOMM INC | | | | | Sold (part) | 4/4/12 | J | C | |
| 1937. - REPUBLIC SERVICES | | | | | Sold (part) | 4/4/12 | K | A | |
| 1938. | | | | | Sold (part) | 11/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1939. | | | | | Sold (part) | 11/16/12 | J | | |
| 1940. - RIO TINTO PLC ADR SPON | | | | | Sold (part) | 8/28/12 | J | | |
| 1941. - ROYAL DUTCH SHELL CL A ADR | | | | | Buy (add'l) | 1/10/12 | J | | |
| 1942. | | | | | Sold (part) | 4/4/12 | K | D | |
| 1943. | | | | | Sold (part) | 11/6/12 | J | | |
| 1944. | | | | | Sold (part) | 11/12/12 | J | | |
| 1945. | | | | | Sold (part) | 11/29/12 | J | | |
| 1946. - SAP AG SPON ADR | | | | | Sold (part) | 4/4/12 | K | D | |
| 1947. | | | | | Sold (part) | 4/18/12 | J | C | |
| 1948. | | | | | Sold | 4/19/12 | J | C | |
| 1949. - SCHLUMBERGER | | | | | Sold (part) | 4/4/12 | K | B | |
| 1950. | | | | | Buy (add'l) | 7/16/12 | J | | |
| 1951. - SCHWAB CHARLES NEW | | | | | Sold (part) | 2/7/12 | J | | |
| 1952. | | | | | Sold (part) | 2/8/12 | J | | |
| 1953. | | | | | Sold (part) | 2/10/12 | J | | |
| 1954. | | | | | Sold (part) | 4/4/12 | J | A | |
| 1955. | | | | | Sold (part) | 11/9/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1956. | | | | | Sold (part) | 11/12/12 | J | A | |
| 1957. | | | | | Sold (part) | 11/13/12 | J | A | |
| 1958. - SCRIPPS NETWORKS INTERACTIVE | | | | | Sold (part) | 4/4/12 | J | A | |
| 1959. - SEATTLE GENETICS INC | | | | | Sold (part) | 4/4/12 | J | | |
| 1960. - SHIRE PLC ADR | | | | | Sold (part) | 9/28/12 | J | | |
| 1961. | | | | | Sold (part) | 10/2/12 | J | | |
| 1962. | | | | | Sold (part) | 10/3/12 | J | | |
| 1963. | | | | | Sold (part) | 10/4/12 | J | | |
| 1964. | | | | | Sold (part) | 10/5/12 | J | | |
| 1965. | | | | | Sold (part) | 10/10/12 | J | | |
| 1966. | | | | | Sold (part) | 10/11/12 | J | | |
| 1967. | | | | | Sold | 10/22/12 | J | | |
| 1968. - STANLEY BLACK & DECKER INC | | | | | Buy (add'l) | 1/20/12 | J | | |
| 1969. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 1970. | | | | | Sold (part) | 4/4/12 | K | C | |
| 1971. - TARGET CORP | | | | | Buy (add'l) | 1/13/12 | J | | |
| 1972. | | | | | Sold (part) | 2/14/12 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1973. | | | | | Sold (part) | 4/4/12 | K | A | |
| 1974. - TE CONNECTIVITY LTD US $ | | | | | Sold (part) | 1/24/12 | J | B | |
| 1975. | | | | | Sold (part) | 1/25/12 | J | C | |
| 1976. | | | | | Sold (part) | 4/4/12 | J | C | |
| 1977. - THE WALT DISNEY | | | | | Sold (part) | 1/23/12 | J | C | |
| 1978. | | | | | Sold (part) | 4/4/12 | K | D | |
| 1979. - TIFFANY & CO NEW | | | | | Sold (part) | 4/4/12 | K | E | |
| 1980. | | | | | Buy (add'l) | 7/18/12 | J | | |
| 1981. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 1982. - TIME WARNER CABLE INC | | | | | Sold (part) | 4/4/12 | J | B | |
| 1983. - UNION PACIFIC CORP | | | | | Sold (part) | 1/23/12 | J | C | |
| 1984. | | | | | Sold (part) | 4/4/12 | J | C | |
| 1985. - UNITED PARCEL SERVICE INC | | | | | Sold (part) | 11/12/12 | J | A | |
| 1986. - UNITED TECHNOLOGIES CORP | | | | | Buy (add'l) | 1/11/12 | J | | |
| 1987. | | | | | Sold (part) | 4/4/12 | K | D | |
| 1988. - UNITEDHEALTH GROUP INC | | | | | Sold (part) | 1/23/12 | K | D | |
| 1989. | | | | | Sold (part) | 4/4/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1990. | | | | | Sold (part) | 5/25/12 | J | C | |
| 1991. - URBAN OUTFITTERS INC | | | | | Sold (part) | 1/11/12 | K | | |
| 1992. | | | | | Sold | 1/12/12 | J | | |
| 1993. - VERIZON COMMUNICATIONS | | | | | Sold | 1/10/12 | K | C | |
| 1994. - VISA INC CL A | | | | | Sold (part) | 2/13/12 | J | C | |
| 1995. | | | | | Sold (part) | 2/14/12 | K | D | |
| 1996. - CATERPILLAR INC | | | | | Buy (add'l) | 7/26/12 | J | | |
| 1997. | | | | | Buy (add'l) | 7/30/12 | J | | |
| 1998. - CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy (add'l) | 1/18/12 | K | | |
| 1999. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2000. - DRIL-QUIP INC | | | | | | | | | |
| 2001. - SIGNET JEWELERS LTD | | | | | Sold (part) | 4/4/12 | J | A | |
| 2002. - HOME DEPOT | | | | | | | | | |
| 2003. - PHARMASSET INC | | | | | Sold | 1/13/12 | K | D | |
| 2004. - AFLAC INC | | | | | | | | | |
| 2005. - EXPRESS SCRIPTS INC | | | | | Buy (add'l) | 1/12/12 | J | | |
| 2006. | | | | | Buy (add'l) | 12/26/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2007. -DOW CHEMICAL CO | | | | | Buy | 1/3/12 | J | | |
| 2008. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 2009. -EATON CORP | | | | | Buy | 1/11/12 | J | | |
| 2010. | | | | | Buy (add'l) | 1/17/12 | J | | |
| 2011. | | | | | Buy (add'l) | 1/18/12 | K | | |
| 2012. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 2013. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2014. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 2015. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 2016. | | | | | Sold | 4/4/12 | J | | |
| 2017. | | | | | Buy | 10/19/12 | J | | |
| 2018. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 2019. | | | | | Sold (part) | 12/3/12 | L | C | |
| 2020. -DIAGEO PLC SPONSORED ADR | | | | | Buy | 1/12/12 | J | | |
| 2021. -INTERNATIONAL GAME TECHNOLOGY | | | | | Buy | 1/12/12 | J | | |
| 2022. | | | | | Sold (part) | 10/19/12 | J | | |
| 2023. | | | | | Sold (part) | 10/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2024. | | | | | Sold (part) | 10/23/12 | J | | |
| 2025. | | | | | Sold | 10/26/12 | J | | |
| 2026. -BB&T CORP | | | | | Buy | 1/13/12 | J | | |
| 2027. -CAE INC | | | | | Buy | 1/19/12 | J | | |
| 2028. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2029. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 2030. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 2031. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 2032. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 2033. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 2034. | | | | | Buy (add'l) | 2/2/12 | J | | |
| 2035. | | | | | Sold (part) | 4/4/12 | J | | |
| 2036. -GILEAD SCIENCES INC | | | | | Buy | 1/19/12 | J | | |
| 2037. | | | | | Buy (add'l) | 1/23/12 | J | | |
| 2038. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 2039. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 2040. | | | | | Buy (add'l) | 1/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2041. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 2042. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 2043. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 2044. | | | | | Buy (add'l) | 2/2/12 | J | | |
| 2045. | | | | | Buy (add'l) | 3/13/12 | J | | |
| 2046. -BLACKROCK INC | | | | | Buy | 2/2/12 | K | | |
| 2047. | | | | | Buy (add'l) | 3/22/12 | J | | |
| 2048. -AGILENT TECHNOLOGIES INC | | | | | Buy | 2/7/12 | J | | |
| 2049. -JABIL CIRCUIT INC | | | | | Buy | 2/9/12 | J | | |
| 2050. | | | | | Buy (add'l) | 2/10/12 | J | | |
| 2051. | | | | | Buy (add'l) | 2/13/12 | J | | |
| 2052. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 2053. | | | | | Sold (part) | 4/4/12 | J | | |
| 2054. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 2055. | | | | | Buy (add'l) | 10/24/12 | J | | |
| 2056. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 2057. | | | | | Buy (add'l) | 11/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2058. | | | | | Buy (add'l) | 11/6/12 | J | | |
| 2059. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 2060. | | | | | Buy (add'l) | 11/8/12 | J | | |
| 2061. -ENSCO PLC ADR | | | | | Buy | 2/17/12 | J | | |
| 2062. | | | | | Buy (add'l) | 2/21/12 | J | | |
| 2063. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 2064. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 2065. | | | | | Buy (add'l) | 3/14/12 | J | | |
| 2066. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 2067. -COBALT INTERNATIONAL ENERGY | | | | | Buy | 3/2/12 | J | | |
| 2068. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 2069. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 2070. | | | | | Buy (add'l) | 4/3/12 | J | | |
| 2071. | | | | | Buy (add'l) | 4/4/12 | J | | |
| 2072. -PULTE GROUP INC | | | | | Sold | 1/4/12 | J | C | |
| 2073. -DARDEN RASTAURANTS INC | | | | | Buy | 4/17/12 | J | | |
| 2074. | | | | | Buy (add'l) | 4/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2075. | | | | | Buy (add'l) | 4/19/12 | J | | |
| 2076. | | | | | Buy (add'l) | 4/20/12 | J | | |
| 2077. | | | | | Buy (add'l) | 4/23/12 | J | | |
| 2078. | | | | | Buy (add'l) | 4/27/12 | J | | |
| 2079. -CENTENE CORP | | | | | Buy | 5/1/12 | J | | |
| 2080. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 2081. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 2082. -FACEBOOK INC-A | | | | | Buy | 5/17/12 | K | | |
| 2083. | | | | | Buy (add'l) | 5/21/12 | J | | |
| 2084. | | | | | Buy (add'l) | 5/22/12 | J | | |
| 2085. | | | | | Sold | 6/25/12 | K | | |
| 2086. -ISHARES S&P US PREFERRED STOCK INDEX FND ETF | | | | | Buy | 7/2/12 | J | | |
| 2087. | | | | | Buy (add'l) | 7/3/12 | J | | |
| 2088. | | | | | Buy (add'l) | 7/5/12 | L | | |
| 2089. | | | | | Buy (add'l) | 7/6/12 | K | | |
| 2090. | | | | | Buy (add'l) | 7/9/12 | K | | |
| 2091. -CME GROUP INC | | | | | Buy | 8/31/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2092. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 2093. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 2094. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 2095. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 2096. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 2097. | | | | | Buy (add'l) | 10/8/12 | J | | |
| 2098. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 2099. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 2100. -KINDER MORGAN INC | | | | | Buy | 10/12/12 | K | | |
| 2101. -MOSAIC CO/THE | | | | | Buy | 10/18/12 | J | | |
| 2102. | | | | | Buy (add'l) | 10/19/12 | K | | |
| 2103. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 2104. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 2105. -BEAM INC | | | | | Buy | 11/9/12 | J | | |
| 2106. | | | | | Buy (add'l) | 11/12/12 | J | | |
| 2107. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 2108. | | | | | Buy (add'l) | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2109. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 2110. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 2111. -CONOCOPHILLIPS | | | | | Buy | 11/12/12 | K | | |
| 2112. -NEWELL RUBBERMAID INC | | | | | Buy | 11/12/12 | J | | |
| 2113. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 2114. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 2115. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 2116. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 2117. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 2118. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 2119. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 2120. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 2121. | | | | | Buy (add'l) | 11/27/12 | J | | |
| 2122. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 2123. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 2124. | | | | | Buy (add'l) | 12/6/12 | J | | |
| 2125. | | | | | Buy (add'l) | 12/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2126. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 2127. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 2128. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 2129. -STARBUCKS CORP (X) | | | | | | | | | |
| 2130. Trust #30 - List of Assets | G | Int./Div. | P2 | T | | | | | |
| 2131. - 3M COMPANY | | | | | Sold (part) | 11/13/12 | K | C | |
| 2132. -AGILENT TECHNOLOGIES INC | | | | | Sold (part) | 1/20/12 | J | A | |
| 2133. -AIR PRODUCTS & CHEMICALS INC | | | | | | | | | |
| 2134. - ALLEGHENY TECHNOLOGIES INC | | | | | Sold (part) | 1/18/12 | L | E | |
| 2135. | | | | | Sold (part) | 1/19/12 | K | D | |
| 2136. | | | | | Sold (part) | 5/24/12 | K | | |
| 2137. | | | | | Sold (part) | 5/25/12 | J | | |
| 2138. | | | | | Sold (part) | 5/29/12 | K | | |
| 2139. | | | | | Sold (part) | 5/30/12 | J | | |
| 2140. | | | | | Sold (part) | 5/31/12 | K | A | |
| 2141. | | | | | Sold (part) | 6/1/12 | J | | |
| 2142. | | | | | Sold (part) | 6/4/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2143. | | | | | Sold (part) | 6/5/12 | J | | |
| 2144. - ALLERGAN INC | | | | | Sold (part) | 7/9/12 | J | C | |
| 2145. | | | | | Sold (part) | 7/10/12 | J | C | |
| 2146. | | | | | Sold (part) | 7/11/12 | J | C | |
| 2147. - ALLSTATE CORP | | | | | Sold (part) | 9/25/12 | J | C | |
| 2148. | | | | | Sold (part) | 9/26/12 | J | C | |
| 2149. | | | | | Sold | 9/27/12 | K | D | |
| 2150. - AMAZON. COM INC | | | | | Sold | 1/6/12 | K | C | |
| 2151. - AMERICAN TOWER CORP | | | | | Sold (part) | 2/1/12 | K | D | |
| 2152. - AON CORP | | | | | Sold (part) | 4/2/12 | K | D | |
| 2153. - APPLE INC | | | | | | | | | |
| 2154. - ASML HOLDING NV | | | | | Buy (add'l) | 1/20/12 | K | | |
| 2155. | | | | | Sold (part) | 11/26/12 | K | D | |
| 2156. | | | | | Sold (part) | 12/12/12 | J | A | |
| 2157. - BANK OF CHINA LTD | | | | | Buy (add'l) | 1/19/12 | K | | |
| 2158. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 2159. - BANK OF EAST ASIA | | | | | Sold (part) | 9/6/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2160. | | | | | Sold (part) | 9/7/12 | J | B | |
| 2161. | | | | | Sold (part) | 9/10/12 | J | B | |
| 2162. | | | | | Sold (part) | 9/11/12 | J | B | |
| 2163. | | | | | Sold | 9/12/12 | J | A | |
| 2164. - BARRICK GOLD CORP | | | | | Buy (add'l) | 1/31/12 | K | | |
| 2165. | | | | | Buy (add'l) | 2/2/12 | K | | |
| 2166. | | | | | Sold (part) | 3/30/12 | K | | |
| 2167. | | | | | Sold (part) | 5/24/12 | K | | |
| 2168. - BAYER | | | | | Buy (add'l) | 1/12/12 | K | | |
| 2169. - BG GROUP PLC | | | | | Sold (part) | 8/3/12 | K | A | |
| 2170. | | | | | Sold (part) | 8/6/12 | K | A | |
| 2171. | | | | | Sold (part) | 8/7/12 | J | A | |
| 2172. | | | | | Sold (part) | 11/12/12 | K | | |
| 2173. | | | | | Sold (part) | 11/14/12 | J | A | |
| 2174. | | | | | Sold (part) | 11/16/12 | J | | |
| 2175. | | | | | Sold (part) | 11/20/12 | J | A | |
| 2176. - BHP BILLITON LTD | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2177. - BOC HONG KONG HOLDINGS LTD | | | | | Buy (add'l) | 1/16/12 | K | | |
| 2178. - BOEING CO | | | | | Buy (add'l) | 2/2/12 | K | | |
| 2179. - BRISTOL MYERS SQUIBB CO | | | | | Buy (add'l) | 1/10/12 | L | | |
| 2180. | | | | | Buy (add'l) | 4/13/12 | L | | |
| 2181. | | | | | Buy (add'l) | 4/16/12 | K | | |
| 2182. | | | | | Buy (add'l) | 4/17/12 | K | | |
| 2183. | | | | | Buy (add'l) | 4/18/12 | K | | |
| 2184. | | | | | Buy (add'l) | 6/20/12 | K | | |
| 2185. | | | | | Buy (add'l) | 9/18/12 | K | | |
| 2186. | | | | | Sold (part) | 11/23/12 | K | | |
| 2187. | | | | | Sold (part) | 11/26/12 | K | | |
| 2188. - BROADCOM CORP | | | | | | | | | |
| 2189. - CANON INC | | | | | Sold (part) | 1/24/12 | K | C | |
| 2190. | | | | | Sold (part) | 11/12/12 | K | | |
| 2191. | | | | | Sold (part) | 11/29/12 | J | A | |
| 2192. | | | | | Sold | 11/30/12 | J | A | |
| 2193. - CENOVUS ENERGY C$ | | | | | Sold (part) | 1/25/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2194. | | | | | Sold (part) | 4/16/12 | K | C | |
| 2195. | | | | | Sold (part) | 4/17/12 | K | D | |
| 2196. | | | | | Sold (part) | 4/18/12 | J | B | |
| 2197. - CENOVUS ENERGY US$ | | | | | | | | | |
| 2198. - CERNER CORP | | | | | Sold (part) | 1/20/12 | J | C | |
| 2199. | | | | | Sold (part) | 1/23/12 | J | B | |
| 2200. | | | | | Sold (part) | 1/24/12 | J | C | |
| 2201. - CHEVRON CORP | | | | | | | | | |
| 2202. - COACH INC | | | | | Buy (add'l) | 9/5/12 | K | | |
| 2203. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 2204. | | | | | Buy (add'l) | 9/10/12 | K | | |
| 2205. - COCA-COLA AMATIL LTD | | | | | Buy (add'l) | 12/7/12 | K | | |
| 2206. - COMCAST CORP | | | | | Sold (part) | 1/24/12 | K | C | |
| 2207. - COSTCO | | | | | Sold (part) | 1/6/12 | K | D | |
| 2208. | | | | | Sold | 1/9/12 | K | D | |
| 2209. - CRH PLC | | | | | Sold (part) | 1/11/12 | K | B | |
| 2210. | | | | | Sold | 1/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2211. - DANAHER CORP | | | | | Sold (part) | 1/24/12 | K | C | |
| 2212. - DANONE | | | | | Sold (part) | 2/6/12 | J | | |
| 2213. | | | | | Sold (part) | 11/22/12 | L | A | |
| 2214. | | | | | Sold (part) | 12/13/12 | K | | |
| 2215. - DAVITA INC | | | | | Sold (part) | 1/23/12 | J | C | |
| 2216. | | | | | Sold (part) | 6/4/12 | K | D | |
| 2217. - DBS GROUP HOLDINGS | | | | | Buy (add'l) | 1/25/12 | K | | |
| 2218. | | | | | Buy (add'l) | 9/6/12 | K | | |
| 2219. | | | | | Buy (add'l) | 9/28/12 | K | | |
| 2220. | | | | | Buy (add'l) | 10/1/12 | K | | |
| 2221. - DIAGEO PLC | | | | | Buy (add'l) | 3/7/12 | K | | |
| 2222. | | | | | Buy (add'l) | 7/13/12 | L | | |
| 2223. | | | | | Buy (add'l) | 9/28/12 | K | | |
| 2224. - EBAY INC | | | | | Sold | 1/6/12 | L | E | |
| 2225. - ECOLAB INC | | | | | Sold (part) | 7/27/12 | K | E | |
| 2226. - EDISON INTERNATIONAL | | | | | Sold | 1/6/12 | K | D | |
| 2227. - EMERSON ELECTRIC CO | | | | | Sold (part) | 3/1/12 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2228. | | | | | Sold (part) | 3/2/12 | J | B | |
| 2229. - ESSILOR INTL | | | | | | | | | |
| 2230. - FANUC CO | | | | | | | | | |
| 2231. - FEDEX CORP | | | | | Buy (add'l) | 1/24/12 | K | | |
| 2232. | | | | | Sold (part) | 6/14/12 | L | D | |
| 2233. | | | | | Sold (part) | 6/15/12 | J | B | |
| 2234. - FIRST SOLAR INC | | | | | Sold (part) | 2/8/12 | J | | |
| 2235. | | | | | Sold | 2/9/12 | J | | |
| 2236. - FLUOR CORP | | | | | Sold | 1/18/12 | K | D | |
| 2237. - GENERAL MILLS INC | | | | | Sold | 1/18/12 | K | D | |
| 2238. - GENPACT LTD | | | | | Buy (add'l) | 1/24/12 | J | | |
| 2239. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 2240. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 2241. | | | | | Buy (add'l) | 2/2/12 | J | | |
| 2242. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 2243. | | | | | Buy (add'l) | 2/6/12 | K | | |
| 2244. | | | | | Buy (add'l) | 2/7/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2245. | | | | | Buy (add'l) | 2/8/12 | J | | |
| 2246. | | | | | Buy (add'l) | 2/9/12 | J | | |
| 2247. - GOLDMAN SACHS GROUP | | | | | Buy (add'l) | 1/20/12 | K | | |
| 2248. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 2249. | | | | | Sold (part) | 5/24/12 | L | | |
| 2250. - GOOGLE INC | | | | | Sold (part) | 9/6/12 | L | D | |
| 2251. - HALLIBUTRON CO | | | | | Buy (add'l) | 1/17/12 | K | | |
| 2252. | | | | | Buy | 7/18/12 | J | | |
| 2253. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 2254. - HDFC BANK LTD | | | | | Sold (part) | 1/12/12 | J | A | |
| 2255. | | | | | Sold (part) | 1/13/12 | J | C | |
| 2256. | | | | | Sold (part) | 1/17/12 | J | C | |
| 2257. | | | | | Sold | 1/18/12 | J | C | |
| 2258. - HENNES & MAURITZ | | | | | Buy (add'l) | 1/23/12 | J | | |
| 2259. - HONG KONG/CHINA GAS | | | | | Sold (part) | 2/9/12 | K | B | |
| 2260. - HSBC HOLDINGS PLC ADR SPON | | | | | Buy (add'l) | 1/27/12 | L | | |
| 2261. | | | | | Sold (part) | 1/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2262. - HSBC HOLDINGS PLC | | | | | Sold (part) | 1/26/12 | J | | |
| 2263. - ICICI BANK LTD SPON | | | | | Buy (add'l) | 1/18/12 | K | | |
| 2264. | | | | | Buy (add'l) | 1/19/12 | K | | |
| 2265. - ILLINOIS TOOL WORKS | | | | | Sold (part) | 1/23/12 | K | B | |
| 2266. | | | | | Sold (part) | 2/28/12 | K | D | |
| 2267. | | | | | Sold (part) | 2/29/12 | K | D | |
| 2268. -IMPERIAL OIL LTD US$ | | | | | Sold | 1/4/12 | J | B | |
| 2269. - IMPERIAL TOBACCO | | | | | Buy (add'l) | 2/2/12 | J | | |
| 2270. - INMET MINING CORP | | | | | Buy (add'l) | 2/2/12 | J | | |
| 2271. | | | | | Buy (add'l) | 2/3/12 | K | | |
| 2272. - INTERNATIONAL BUSINESS MACHINES CORP | | | | | Sold (part) | 1/31/12 | L | E | |
| 2273. | | | | | Sold (part) | 10/19/12 | L | E | |
| 2274. | | | | | Sold (part) | 10/22/12 | K | D | |
| 2275. - INTERNATIONAL GAME TECHNOLOGY | | | | | Sold (part) | 10/19/12 | J | | |
| 2276. | | | | | Sold (part) | 10/22/12 | J | | |
| 2277. | | | | | Sold (part) | 10/23/12 | J | | |
| 2278. | | | | | Sold (part) | 10/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2279. | | | | | Sold (part) | 10/25/12 | J | | |
| 2280. | | | | | Sold | 10/26/12 | J | | |
| 2281. - IRON MOUNTAIN INC | | | | | Buy (add'l) | 1/17/12 | J | | |
| 2282. | | | | | Buy (add'l) | 1/18/12 | J | | |
| 2283. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2284. | | | | | Buy (add'l) | 1/23/12 | J | | |
| 2285. | | | | | Buy (add'l) | 2/24/12 | J | | |
| 2286. | | | | | Sold (part) | 11/30/12 | J | | |
| 2287. - JGC CORP | | | | | | | | | |
| 2288. - JP MORGAN CHASE & CO | | | | | Sold (part) | 5/24/12 | J | | |
| 2289. - KEYENCE CORP | | | | | Buy (add'l) | 1/10/12 | K | | |
| 2290. - KLA-TENCOR CORP | | | | | Sold (part) | 9/6/12 | L | E | |
| 2291. - KONINKLIJKE DSM (FORMERLY KPN) | | | | | Buy | 10/19/12 | K | | |
| 2292. | | | | | Buy (add'l) | 10/22/12 | K | | |
| 2293. | | | | | Sold (part) | 2/17/12 | K | | |
| 2294. | | | | | Sold (part) | 7/24/12 | K | A | |
| 2295. | | | | | Sold (part) | 12/17/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2296. - KRAFT FOODS INC | | | | | Sold | 4/16/12 | K | C | |
| 2297. - KURITA WATER INDUSTRIES | | | | | Sold (part) | 3/7/12 | J | | |
| 2298. | | | | | Sold (part) | 3/8/12 | J | | |
| 2299. | | | | | Sold (part) | 3/9/12 | J | | |
| 2300. | | | | | Sold (part) | 3/12/12 | J | | |
| 2301. | | | | | Sold (part) | 3/13/12 | J | | |
| 2302. | | | | | Sold (part) | 3/14/12 | J | | |
| 2303. | | | | | Sold (part) | 3/15/12 | J | | |
| 2304. | | | | | Sold (part) | 3/27/12 | J | | |
| 2305. | | | | | Sold (part) | 3/28/12 | J | | |
| 2306. | | | | | Sold (part) | 4/18/12 | J | | |
| 2307. | | | | | Sold (part) | 4/18/12 | J | | |
| 2308. | | | | | Sold (part) | 4/19/12 | J | | |
| 2309. | | | | | Sold (part) | 4/20/12 | J | | |
| 2310. | | | | | Sold (part) | 4/24/12 | J | | |
| 2311. | | | | | Sold (part) | 4/25/12 | J | | |
| 2312. | | | | | Sold (part) | 4/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2313. | | | | | Sold (part) | 4/27/12 | J | | |
| 2314. | | | | | Sold (part) | 5/1/12 | J | | |
| 2315. | | | | | Sold (part) | 5/8/12 | J | | |
| 2316. | | | | | Sold (part) | 5/24/12 | J | | |
| 2317. | | | | | Sold | 5/25/12 | J | | |
| 2318. - L'AIR LIQUIDE | | | | | Sold (part) | 2/6/12 | J | B | |
| 2319. | | | | | Sold (part) | 7/5/12 | J | A | |
| 2320. - L'OREAL | | | | | | | | | |
| 2321. - LI & FUNG LTD | | | | | Sold | 9/26/12 | M | | |
| 2322. - MAXIM INTEGRATED PRODS INC | | | | | Sold (part) | 1/3/12 | J | B | |
| 2323. | | | | | Sold (part) | 1/4/12 | J | B | |
| 2324. | | | | | Sold (part) | 1/5/12 | J | B | |
| 2325. | | | | | Sold (part) | 1/6/12 | J | C | |
| 2326. | | | | | Sold (part) | 1/9/12 | J | C | |
| 2327. | | | | | Sold (part) | 1/10/12 | J | C | |
| 2328. | | | | | Sold (part) | 1/11/12 | J | B | |
| 2329. | | | | | Sold (part) | 1/12/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2330. | | | | | Sold (part) | 1/17/12 | J | B | |
| 2331. | | | | | Sold | 1/18/12 | J | D | |
| 2332. - MCDONALDS CORP | | | | | Sold | 5/10/12 | K | D | |
| 2333. - MICROCHIP TECHNOLOGY INC | | | | | Sold (part) | 2/7/12 | J | A | |
| 2334. | | | | | Sold (part) | 2/8/12 | K | C | |
| 2335. | | | | | Sold (part) | 2/9/12 | J | B | |
| 2336. | | | | | Sold (part) | 5/4/12 | J | B | |
| 2337. | | | | | Sold (part) | 5/7/12 | J | A | |
| 2338. | | | | | Sold (part) | 5/8/12 | J | A | |
| 2339. | | | | | Sold (part) | 5/9/12 | J | A | |
| 2340. | | | | | Sold (part) | 5/10/12 | K | D | |
| 2341. | | | | | Sold | 5/11/12 | J | B | |
| 2342. - MICROSOFT CORP | | | | | | | | | |
| 2343. - MONSANTO CO NEW COM | | | | | Buy (add'l) | 8/17/12 | K | | |
| 2344. - MURATA MANUFACTURING | | | | | Buy (add'l) | 7/17/12 | K | | |
| 2345. - NATIONAL GRID PLC | | | | | Buy (add'l) | 7/16/12 | K | | |
| 2346. - NATIONAL INSTRUMENTS CORP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2347. - NESTLE SA REG | | | | | | | | | |
| 2348. - NEWCREST MINING NPV (Y) | | | | | Sold (part) | 5/25/12 | K | | |
| 2349. | | | | | Sold (part) | 5/28/12 | K | | |
| 2350. | | | | | Sold (part) | 6/21/12 | K | D | |
| 2351. - NOBLE ENERGY INC | | | | | Buy (add'l) | 2/3/12 | K | | |
| 2352. - NORDSTROM INC | | | | | Buy (add'l) | 1/24/12 | K | | |
| 2353. - NORFOLK SOUTHERN CORP | | | | | Buy (add'l) | 3/27/12 | K | | |
| 2354. | | | | | Buy (add'l) | 9/26/12 | K | | |
| 2355. - NOVARTIS AG NAMEN | | | | | Buy (add'l) | 1/19/12 | K | | |
| 2356. - NOVO NORDISK | | | | | Sold (part) | 5/1/12 | J | D | |
| 2357. | | | | | Sold (part) | 5/2/12 | K | E | |
| 2358. -NUCOR CORP | | | | | | | | | |
| 2359. - OMNICOM GROUP INC | | | | | Sold (part) | 1/10/12 | J | B | |
| 2360. | | | | | Sold (part) | 1/11/12 | J | B | |
| 2361. | | | | | Sold | 1/12/12 | K | C | |
| 2362. - ORACLE CORP | | | | | Buy (add'l) | 1/11/12 | K | | |
| 2363. | | | | | Buy (add'l) | 4/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2364. | | | | | Sold (part) | 5/21/12 | J | | |
| 2365. - PEPSICO INC | | | | | Sold (part) | 1/27/12 | L | D | |
| 2366. | | | | | Sold (part) | 1/30/12 | L | D | |
| 2367. | | | | | Sold | 2/2/12 | K | C | |
| 2368. - PERNOD RICARD | | | | | Buy (add'l) | 1/10/12 | J | | |
| 2369. - PHILIP MORRIS INTERNATIONAL | | | | | | | | | |
| 2370. - POLYCOM INC | | | | | Sold (part) | 1/4/12 | J | B | |
| 2371. | | | | | Sold | 1/5/12 | K | C | |
| 2372. - PROGRESSIVE CORP OHIO | | | | | | | | | |
| 2373. - QUALCOMM INC | | | | | | | | | |
| 2374. - RECKITT BENCKISER GROUP | | | | | | | | | |
| 2375. - REPUBLIC SERVICES INC | | | | | Buy (add'l) | 1/11/12 | K | | |
| 2376. | | | | | Sold (part) | 11/16/12 | K | | |
| 2377. | | | | | Sold (part) | 12/12/12 | J | | |
| 2378. - RICHEMONT CIE FIN | | | | | Buy (add'l) | 1/13/12 | J | | |
| 2379. | | | | | Sold (part) | 10/19/12 | K | D | |
| 2380. - RIO TINTO PLC | | | | | Buy (add'l) | 1/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2381. | | | | | Sold (part) | 8/28/12 | L | | |
| 2382. - ROYAL DUTCH SHELL | | | | | Buy (add'l) | 1/9/12 | J | | |
| 2383. | | | | | Buy (add'l) | 1/10/12 | K | | |
| 2384. | | | | | Buy (add'l) | 1/11/12 | J | | |
| 2385. | | | | | Sold (part) | 9/24/12 | K | | |
| 2386. | | | | | Sold (part) | 11/6/12 | K | C | |
| 2387. | | | | | Sold (part) | 11/12/12 | K | B | |
| 2388. | | | | | Sold (part) | 11/14/12 | L | D | |
| 2389. | | | | | Sold (part) | 11/29/12 | K | C | |
| 2390. - SAMSUNG ELEC | | | | | | | | | |
| 2391. - SAP | | | | | | | | | |
| 2392. - SCHLUMBERGER LTD | | | | | | | | | |
| 2393. - SCHWAB CHARLES NEW | | | | | Sold (part) | 2/7/12 | K | | |
| 2394. | | | | | Sold (part) | 2/8/12 | J | | |
| 2395. | | | | | Sold (part) | 2/9/12 | J | | |
| 2396. | | | | | Sold (part) | 2/10/12 | J | | |
| 2397. | | | | | Sold (part) | 11/9/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2398. | | | | | Sold (part) | 11/12/12 | J | A | |
| 2399. | | | | | Sold (part) | 11/13/12 | K | A | |
| 2400. - SCRIPPS NETWORKS INTERACTIVE | | | | | | | | | |
| 2401. - SEADRILL LTD | | | | | | | | | |
| 2402. - SES FDR CL A | | | | | Buy (add'l) | 9/20/12 | K | | |
| 2403. | | | | | Buy (add'l) | 9/21/12 | J | | |
| 2404. | | | | | Buy (add'l) | 9/24/12 | J | | |
| 2405. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 2406. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 2407. | | | | | Buy (add'l) | 9/27/12 | K | | |
| 2408. - SHANGRI-LA ASIA | | | | | Sold | 1/5/12 | K | D | |
| 2409. - SHIRE PLC | | | | | Sold (part) | 9/26/12 | K | D | |
| 2410. | | | | | Sold (part) | 9/27/12 | K | D | |
| 2411. | | | | | Sold (part) | 9/28/12 | K | D | |
| 2412. | | | | | Sold (part) | 10/1/12 | L | E | |
| 2413. | | | | | Sold (part) | 10/2/12 | K | E | |
| 2414. | | | | | Sold (part) | 10/3/12 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2415. | | | | | Sold (part) | 10/4/12 | K | D | |
| 2416. | | | | | Sold (part) | 10/19/12 | K | E | |
| 2417. | | | | | Sold (part) | 10/22/12 | J | C | |
| 2418. | | | | | Sold | 10/23/12 | J | C | |
| 2419. - SMC CORP | | | | | Buy (add'l) | 1/13/12 | K | | |
| 2420. - SOFTBANK CORP | | | | | Buy (add'l) | 3/30/12 | K | | |
| 2421. | | | | | Buy (add'l) | 5/30/12 | K | | |
| 2422. | | | | | Buy (add'l) | 6/15/12 | K | | |
| 2423. - SONOVA HOLDING | | | | | | | | | |
| 2424. - SPECTRA ENERGY CORP | | | | | Sold (part) | 1/10/12 | J | B | |
| 2425. | | | | | Sold | 1/11/12 | J | B | |
| 2426. - STANDARD CHARTERED | | | | | Buy (add'l) | 1/23/12 | K | | |
| 2427. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 2428. | | | | | Sold (part) | 10/29/12 | J | A | |
| 2429. -STANLEY BLACK & DECKER INC | | | | | | | | | |
| 2430. - SUN HUNG KAI PROP | | | | | Sold (part) | 3/30/12 | K | D | |
| 2431. -SUNCOR ENERGY INC | | | | | Sold | 1/4/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2432. - SWIRE PACIFIC LTD CL A | | | | | Sold | 1/5/12 | K | | |
| 2433. - SWIRE PROPERTIES LTD (X) | | | | | Sold | 2/1/12 | J | B | |
| 2434. | | | | | Buy | 11/22/12 | J | | |
| 2435. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 2436. | | | | | Buy (add'l) | 11/26/12 | K | | |
| 2437. | | | | | Buy (add'l) | 11/29/12 | K | | |
| 2438. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 2439. - SWISSCOM AG REG | | | | | | | | | |
| 2440. - SYNGENTA AG | | | | | | | | | |
| 2441. - TARGET CORP | | | | | Buy (add'l) | 1/13/12 | J | | |
| 2442. | | | | | Sold (part) | 2/14/12 | K | | |
| 2443. - TELEVISION BROADCAST | | | | | Sold (part) | 1/5/12 | J | A | |
| 2444. | | | | | Sold | 1/6/12 | K | C | |
| 2445. - TELSTRA CORP | | | | | Sold | 3/30/12 | L | E | |
| 2446. - TELUS CORPORATION | | | | | | | | | |
| 2447. - TESCO PLC | | | | | Buy (add'l) | 1/12/12 | K | | |
| 2448. | | | | | Sold (part) | 2/17/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2449. | | | | | Sold | 5/24/12 | K | | |
| 2450. - THE WALT DISNEY CO | | | | | Sold (part) | 1/23/12 | J | C | |
| 2451. - TIFFANY & CO NEW | | | | | Buy (add'l) | 1/20/12 | K | | |
| 2452. | | | | | Buy (add'l) | 1/23/12 | J | | |
| 2453. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 2454. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 2455. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 2456. | | | | | Buy (add'l) | 7/18/12 | K | | |
| 2457. | | | | | Buy (add'l) | 12/17/12 | K | | |
| 2458. - TIME WARNER CABLE INC | | | | | | | | | |
| 2459. - TINGYI HOLDING CORP | | | | | Sold (part) | 5/25/12 | K | C | |
| 2460. | | | | | Sold (part) | 5/28/12 | J | A | |
| 2461. | | | | | Sold | 5/29/12 | K | B | |
| 2462. - TORONTO-DOMINION BANK | | | | | Sold | 1/5/12 | K | D | |
| 2463. - TREND MICRO | | | | | Sold (part) | 6/15/12 | J | | |
| 2464. - TE CONNECTIVITY LTD (X) | | | | | | | | | |
| 2465. - UNION PACIFIC CORP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2466. - UNITED PARCEL SERVICE INC | | | | | Sold | 1/10/12 | K | B | |
| 2467. - UNITED TECHNOLOGIES CORP | | | | | Buy (add'l) | 1/11/12 | J | | |
| 2468. -UNITEDHEALTH GROUP INC | | | | | | | | | |
| 2469. - URBAN OUTFITTERS INC | | | | | Sold (part) | 1/11/12 | L | C | |
| 2470. | | | | | Sold | 1/12/12 | J | C | |
| 2471. - VERIZON COMMUNICATIONS | | | | | Sold (part) | 1/10/12 | K | D | |
| 2472. | | | | | Sold | 1/11/12 | J | A | |
| 2473. - VISA INC | | | | | Sold (part) | 1/13/12 | K | D | |
| 2474. | | | | | Sold (part) | 1/17/12 | K | D | |
| 2475. | | | | | Sold (part) | 1/18/12 | K | D | |
| 2476. - WAL MART DE MEXICO | | | | | Sold (part) | 1/4/12 | J | C | |
| 2477. | | | | | Sold (part) | 1/5/12 | J | D | |
| 2478. | | | | | Sold (part) | 1/11/12 | J | D | |
| 2479. | | | | | Sold (part) | 1/12/12 | J | A | |
| 2480. | | | | | Sold | 1/13/12 | J | C | |
| 2481. -SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 2482. CAPITAL INTL PV EQUITY FUND V, LP (Z) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2483. - ENCANA CORP | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2484. | | | | | Buy (add'l) | 1/25/12 | K | | |
| 2485. | | | | | Buy (add'l) | 1/26/12 | K | | |
| 2486. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 2487. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 2488. | | | | | Buy (add'l) | 2/28/12 | K | | |
| 2489. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 2490. | | | | | Buy (add'l) | 8/15/12 | K | | |
| 2491. - LINDE AG | | | | | | | | | |
| 2492. - SCHNEIDER ELECTRIC SA | | | | | Buy (add'l) | 1/12/12 | K | | |
| 2493. | | | | | Buy (add'l) | 1/20/12 | K | | |
| 2494. - BNP PARIBAS | | | | | Buy (add'l) | 1/23/12 | K | | |
| 2495. - PREMIER FARNELL PLC | | | | | Buy (add'l) | 2/8/12 | J | | |
| 2496. | | | | | Buy (add'l) | 2/9/12 | J | | |
| 2497. | | | | | Buy (add'l) | 2/15/12 | J | | |
| 2498. | | | | | Buy (add'l) | 2/16/12 | J | | |
| 2499. | | | | | Buy (add'l) | 2/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2500. - AIA GROUP LTD | | | | | | | | | |
| 2501. - SYSMEX CORP | | | | | | | | | |
| 2502. - AJINOMOTO CO INC | | | | | Buy (add'l) | 3/14/12 | K | | |
| 2503. - HITACHI | | | | | Buy (add'l) | 3/30/12 | L | | |
| 2504. | | | | | Buy (add'l) | 9/6/12 | K | | |
| 2505. | | | | | Buy (add'l) | 11/29/12 | K | | |
| 2506. - NIELSEN HOLDINGS NV | | | | | Buy (add'l) | 2/2/12 | J | | |
| 2507. | | | | | Buy (add'l) | 2/3/12 | K | | |
| 2508. | | | | | Buy (add'l) | 2/6/12 | J | | |
| 2509. | | | | | Buy (add'l) | 12/19/12 | K | | |
| 2510. - DISCOVERY COMMUNICATIONS INC CL A | | | | | Sold | 12/19/12 | K | D | |
| 2511. - COLGATE-PALMOLIVE CO | | | | | Sold (part) | 7/27/12 | K | D | |
| 2512. | | | | | Sold | 7/27/12 | K | D | |
| 2513. - CAE INC | | | | | Buy (add'l) | 1/26/12 | J | | |
| 2514. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 2515. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 2516. | | | | | Buy (add'l) | 2/1/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2517. | | | | | Sold (part) | 11/15/12 | J | | |
| 2518. | | | | | Sold (part) | 11/16/12 | J | | |
| 2519. | | | | | Sold (part) | 11/20/12 | K | | |
| 2520. - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy (add'l) | 1/18/12 | J | | |
| 2521. - BMW AG | | | | | | | | | |
| 2522. - SAMPO OYJ CL A | | | | | Buy (add'l) | 1/23/12 | K | | |
| 2523. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 2524. | | | | | Buy (add'l) | 4/23/12 | K | | |
| 2525. - FIRSTGROUP PLC | | | | | Sold (part) | 11/23/12 | J | | |
| 2526. | | | | | Sold (part) | 11/30/12 | J | | |
| 2527. | | | | | Sold (part) | 12/5/12 | J | | |
| 2528. | | | | | Sold (part) | 12/7/12 | J | | |
| 2529. | | | | | Sold | 12/17/12 | J | | |
| 2530. - JACK HENRY & ASSOC INC | | | | | | | | | |
| 2531. - SEATTLE GENETICS INC | | | | | Buy (add'l) | 1/23/12 | J | | |
| 2532. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 2533. | | | | | Buy (add'l) | 1/25/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2534. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 2535. - TELE NORTE LESTE PART ADR (Y) | | | | | Buy (add'l) | 1/1/12 | J | | |
| 2536. | | | | | Buy (add'l) | 1/1/12 | J | | |
| 2537. | | | | | Buy (add'l) | 1/1/12 | J | | |
| 2538. | | | | | Buy (add'l) | 1/3/12 | J | | |
| 2539. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 2540. | | | | | Buy (add'l) | 1/5/12 | J | | |
| 2541. | | | | | Buy (add'l) | 1/6/12 | J | | |
| 2542. | | | | | Buy (add'l) | 1/9/12 | J | | |
| 2543. - FUGRO NV | | | | | | | | | |
| 2544. - ANDRITZ AG | | | | | | | | | |
| 2545. - NIKE INC CL B | | | | | | | | | |
| 2546. - CATERPILLAR INC | | | | | Buy (add'l) | 7/13/12 | K | | |
| 2547. | | | | | Buy (add'l) | 7/26/12 | K | | |
| 2548. | | | | | Buy (add'l) | 7/27/12 | J | | |
| 2549. | | | | | Buy (add'l) | 7/30/12 | K | | |
| 2550. - CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy (add'l) | 1/19/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2551. | | | | | Buy (add'l) | 1/20/12 | K | | |
| 2552. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 2553. - DRIL-QUIP INC | | | | | | | | | |
| 2554. - MARSH & MCLENNAN COS INC | | | | | Buy (add'l) | 10/19/12 | K | | |
| 2555. | | | | | Buy (add'l) | 11/6/12 | J | | |
| 2556. - PG&E CORP | | | | | Sold (part) | 4/4/12 | J | A | |
| 2557. | | | | | Sold (part) | 4/5/12 | K | A | |
| 2558. | | | | | Sold | 4/9/12 | J | A | |
| 2559. - HOME DEPOT | | | | | | | | | |
| 2560. - LMVH MOET HENNESSY LOUIS VUITTON SA | | | | | | | | | |
| 2561. - WHITBREAD PLC | | | | | | | | | |
| 2562. - ASSA ABLOY AB B | | | | | Buy (add'l) | 1/30/12 | K | | |
| 2563. | | | | | Buy (add'l) | 1/31/12 | K | | |
| 2564. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 2565. | | | | | Buy (add'l) | 9/7/12 | K | | |
| 2566. - PHARMASSET INC | | | | | Sold | 1/13/12 | M | F | |
| 2567. - SIGNET JEWELERS LTD | | | | | Buy (add'l) | 2/3/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2568. - ACE LTD | | | | | Buy (add'l) | 9/25/12 | J | | |
| 2569. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 2570. - AFLAC INC | | | | | | | | | |
| 2571. - EXPRESS SCRIPTS INC | | | | | Buy (add'l) | 12/26/12 | L | | |
| 2572. -PENGROWTH ENERGY CORP C$ | | | | | Buy | 1/23/12 | J | | |
| 2573. | | | | | Buy (add'l) | 1/24/12 | K | | |
| 2574. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 2575. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 2576. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 2577. -BOUYGUES | | | | | Buy | 2/3/12 | K | | |
| 2578. | | | | | Buy (add'l) | 2/6/12 | K | | |
| 2579. | | | | | Buy (add'l) | 2/7/12 | K | | |
| 2580. | | | | | Sold (part) | 4/13/12 | J | | |
| 2581. | | | | | Sold (part) | 8/30/12 | K | | |
| 2582. | | | | | Sold | 8/31/12 | J | | |
| 2583. -BARCLAYS PLC. | | | | | Buy | 3/12/12 | K | | |
| 2584. -MITSUBISHI CORP | | | | | Buy | 2/3/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2585. -DENSO CORP | | | | | Buy | 2/9/12 | L | | |
| 2586. -HAMAMATSU PHOTONIC KK | | | | | Buy | 3/9/12 | J | | |
| 2587. | | | | | Buy (add'l) | 3/12/12 | J | | |
| 2588. | | | | | Buy (add'l) | 3/13/12 | J | | |
| 2589. | | | | | Buy (add'l) | 3/14/12 | J | | |
| 2590. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 2591. | | | | | Buy (add'l) | 3/21/12 | J | | |
| 2592. | | | | | Buy (add'l) | 3/22/12 | J | | |
| 2593. | | | | | Buy (add'l) | 3/23/12 | J | | |
| 2594. | | | | | Buy (add'l) | 3/30/12 | J | | |
| 2595. | | | | | Buy (add'l) | 4/4/12 | J | | |
| 2596. | | | | | Buy (add'l) | 4/5/12 | J | | |
| 2597. | | | | | Buy (add'l) | 4/6/12 | J | | |
| 2598. | | | | | Buy (add'l) | 4/12/12 | J | | |
| 2599. | | | | | Buy (add'l) | 4/13/12 | J | | |
| 2600. | | | | | Buy (add'l) | 4/27/12 | J | | |
| 2601. | | | | | Buy (add'l) | 5/1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2602. | | | | | Buy (add'l) | 5/7/12 | J | | |
| 2603. | | | | | Buy (add'l) | 5/8/12 | J | | |
| 2604. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 2605. | | | | | Buy (add'l) | 5/17/12 | J | | |
| 2606. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 2607. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 2608. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 2609. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 2610. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 2611. -DOW CHEMICAL CO | | | | | Buy | 1/3/12 | K | | |
| 2612. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 2613. -EATON CORP | | | | | Buy | 1/10/12 | J | | |
| 2614. | | | | | Buy (add'l) | 1/12/12 | J | | |
| 2615. | | | | | Buy (add'l) | 1/13/12 | J | | |
| 2616. | | | | | Buy (add'l) | 1/17/12 | K | | |
| 2617. | | | | | Buy (add'l) | 1/18/12 | J | | |
| 2618. | | | | | Buy (add'l) | 1/18/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2619. | | | | | Buy (add'l) | 1/19/12 | K | | |
| 2620. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2621. | | | | | Buy (add'l) | 2/27/12 | J | | |
| 2622. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 2623. | | | | | Buy (add'l) | 2/29/12 | K | | |
| 2624. | | | | | Buy (add'l) | 3/1/12 | J | | |
| 2625. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 2626. | | | | | Buy (add'l) | 7/16/12 | K | | |
| 2627. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 2628. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 2629. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 2630. | | | | | Sold (part) | 12/3/12 | M | E | |
| 2631. -ACCENTURE PLC US$ | | | | | Buy | 1/12/12 | K | | |
| 2632. | | | | | Buy (add'l) | 1/13/12 | J | | |
| 2633. | | | | | Buy (add'l) | 1/18/12 | J | | |
| 2634. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 2635. | | | | | Buy (add'l) | 1/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2636. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 2637. | | | | | Sold (part) | 8/17/12 | J | B | |
| 2638. | | | | | Sold (part) | 8/20/12 | K | B | |
| 2639. -NEW YORK TIMES CO CL A | | | | | Buy | 1/12/12 | J | | |
| 2640. | | | | | Buy (add'l) | 1/13/12 | J | | |
| 2641. -GILEAD SCIENCES INC | | | | | Buy | 1/19/12 | J | | |
| 2642. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2643. | | | | | Buy (add'l) | 1/23/12 | K | | |
| 2644. | | | | | Buy (add'l) | 1/23/12 | J | | |
| 2645. | | | | | Buy (add'l) | 1/24/12 | K | | |
| 2646. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 2647. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 2648. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 2649. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 2650. | | | | | Buy (add'l) | 1/31/12 | K | | |
| 2651. | | | | | Buy (add'l) | 2/1/12 | K | | |
| 2652. | | | | | Buy (add'l) | 2/2/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2653. | | | | | Buy (add'l) | 2/2/12 | K | | |
| 2654. | | | | | Buy (add'l) | 2/29/12 | K | | |
| 2655. | | | | | Buy (add'l) | 6/15/12 | K | | |
| 2656. | | | | | Buy (add'l) | 7/9/12 | J | | |
| 2657. | | | | | Buy (add'l) | 7/10/12 | J | | |
| 2658. | | | | | Buy (add'l) | 9/21/12 | L | | |
| 2659. -BLACKROCK INC | | | | | Buy | 2/2/12 | K | | |
| 2660. | | | | | Buy (add'l) | 2/3/12 | K | | |
| 2661. | | | | | Buy (add'l) | 2/14/12 | K | | |
| 2662. | | | | | Buy (add'l) | 3/6/12 | K | | |
| 2663. | | | | | Buy (add'l) | 5/23/12 | L | | |
| 2664. -JABIL CIRCUIT INC | | | | | Buy | 2/9/12 | J | | |
| 2665. | | | | | Buy (add'l) | 2/10/12 | K | | |
| 2666. | | | | | Buy (add'l) | 2/13/12 | K | | |
| 2667. | | | | | Buy (add'l) | 10/19/12 | K | | |
| 2668. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 2669. | | | | | Buy (add'l) | 11/6/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2670. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 2671. | | | | | Buy (add'l) | 11/8/12 | J | | |
| 2672. -ENSCO PLC | | | | | Buy | 2/16/12 | J | | |
| 2673. | | | | | Buy (add'l) | 2/17/12 | K | | |
| 2674. | | | | | Buy (add'l) | 2/21/12 | J | | |
| 2675. | | | | | Buy (add'l) | 2/22/12 | J | | |
| 2676. | | | | | Buy (add'l) | 2/23/12 | J | | |
| 2677. | | | | | Buy (add'l) | 2/24/12 | J | | |
| 2678. | | | | | Buy (add'l) | 2/27/12 | K | | |
| 2679. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 2680. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 2681. | | | | | Buy (add'l) | 3/1/12 | J | | |
| 2682. | | | | | Buy (add'l) | 3/2/12 | J | | |
| 2683. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 2684. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 2685. | | | | | Buy (add'l) | 3/7/12 | J | | |
| 2686. | | | | | Buy (add'l) | 3/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2687. | | | | | Buy (add'l) | 10/19/12 | K | | |
| 2688. -COBALT INTERNATIONAL ENERGY | | | | | Buy | 3/2/12 | K | | |
| 2689. | | | | | Buy (add'l) | 3/5/12 | K | | |
| 2690. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 2691. | | | | | Buy (add'l) | 3/7/12 | J | | |
| 2692. -GEMALTO NV | | | | | Buy | 4/16/12 | J | | |
| 2693. | | | | | Buy (add'l) | 4/17/12 | K | | |
| 2694. | | | | | Buy (add'l) | 4/18/12 | K | | |
| 2695. | | | | | Buy (add'l) | 4/20/12 | J | | |
| 2696. | | | | | Buy (add'l) | 4/27/12 | J | | |
| 2697. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 2698. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 2699. -GENTING SINGAPORE PLC | | | | | Buy | 4/13/12 | K | | |
| 2700. | | | | | Sold (part) | 12/12/12 | J | | |
| 2701. -OI SA PN ADR | | | | | Spinoff (from line 2535) | 4/9/12 | L | | |
| 2702. | | | | | Buy | 4/18/12 | J | | |
| 2703. | | | | | Buy (add'l) | 4/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2704. | | | | | Buy (add'l) | 4/20/12 | J | | |
| 2705. | | | | | Buy (add'l) | 4/23/12 | J | | |
| 2706. | | | | | Buy (add'l) | 4/24/12 | J | | |
| 2707. | | | | | Buy (add'l) | 4/25/12 | J | | |
| 2708. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 2709. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 2710. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 2711. | | | | | Buy (add'l) | 5/4/12 | J | | |
| 2712. | | | | | Buy (add'l) | 5/8/12 | J | | |
| 2713. | | | | | Buy (add'l) | 5/9/12 | J | | |
| 2714. | | | | | Buy (add'l) | 5/10/12 | J | | |
| 2715. | | | | | Sold (part) | 4/9/12 | J | | |
| 2716. -OI SA ON ADR | | | | | Spinoff (from line 2535) | 4/9/12 | J | | |
| 2717. | | | | | Sold (part) | 4/9/12 | J | | |
| 2718. -FACEBOOK INC-A | | | | | Buy | 5/17/12 | L | | |
| 2719. | | | | | Buy (add'l) | 5/21/12 | J | | |
| 2720. | | | | | Buy (add'l) | 5/22/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2721. | | | | | Sold | 6/25/12 | L | | |
| 2722. -CHINA SHENHUA ENERGY | | | | | Buy | 9/6/12 | K | | |
| 2723. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 2724. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 2725. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 2726. -CME GROUP INC | | | | | Buy | 8/29/12 | J | | |
| 2727. | | | | | Buy (add'l) | 8/30/12 | J | | |
| 2728. | | | | | Buy (add'l) | 8/31/12 | J | | |
| 2729. | | | | | Buy (add'l) | 9/4/12 | J | | |
| 2730. | | | | | Buy (add'l) | 9/5/12 | J | | |
| 2731. | | | | | Buy (add'l) | 9/6/12 | J | | |
| 2732. | | | | | Buy (add'l) | 9/7/12 | K | | |
| 2733. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 2734. | | | | | Buy (add'l) | 9/11/12 | K | | |
| 2735. | | | | | Buy (add'l) | 9/12/12 | J | | |
| 2736. | | | | | Buy (add'l) | 9/13/12 | J | | |
| 2737. | | | | | Buy (add'l) | 9/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2738. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 2739. | | | | | Buy (add'l) | 9/18/12 | K | | |
| 2740. | | | | | Buy (add'l) | 9/18/12 | J | | |
| 2741. | | | | | Buy (add'l) | 9/19/12 | J | | |
| 2742. | | | | | Buy (add'l) | 9/24/12 | J | | |
| 2743. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 2744. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 2745. | | | | | Buy (add'l) | 9/27/12 | J | | |
| 2746. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 2747. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 2748. | | | | | Buy (add'l) | 10/9/12 | J | | |
| 2749. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 2750. -SINGAPORE TELECOMM | | | | | Buy | 11/14/12 | L | | |
| 2751. | | | | | Buy (add'l) | 12/3/12 | J | | |
| 2752. -MOSAIC CO/THE | | | | | Buy | 10/18/12 | J | | |
| 2753. | | | | | Buy (add'l) | 10/19/12 | K | | |
| 2754. | | | | | Buy (add'l) | 10/22/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2755. | | | | | Buy (add'l) | 11/1/12 | J | | |
| 2756. | | | | | Buy (add'l) | 11/2/12 | J | | |
| 2757. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 2758. -BEAM INC | | | | | Buy | 11/9/12 | J | | |
| 2759. | | | | | Buy (add'l) | 11/12/12 | K | | |
| 2760. | | | | | Buy (add'l) | 11/13/12 | K | | |
| 2761. | | | | | Buy (add'l) | 11/14/12 | K | | |
| 2762. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 2763. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 2764. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 2765. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 2766. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 2767. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 2768. | | | | | Buy (add'l) | 11/27/12 | J | | |
| 2769. -NEWELL RUBBERMAID INC | | | | | Buy | 11/12/12 | J | | |
| 2770. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 2771. | | | | | Buy (add'l) | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2772. | | | | | Buy (add'l) | 11/15/12 | K | | |
| 2773. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 2774. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 2775. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 2776. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 2777. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 2778. | | | | | Buy (add'l) | 11/27/12 | J | | |
| 2779. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 2780. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 2781. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 2782. | | | | | Buy (add'l) | 12/3/12 | J | | |
| 2783. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 2784. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 2785. | | | | | Buy (add'l) | 12/6/12 | J | | |
| 2786. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 2787. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 2788. | | | | | Buy (add'l) | 12/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2789. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 2790. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 2791. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 2792. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 2793. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 2794. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 2795. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 2796. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 2797. -IDEX CORP | | | | | Buy | 11/16/12 | J | | |
| 2798. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 2799. | | | | | Buy (add'l) | 12/3/12 | J | | |
| 2800. | | | | | Buy (add'l) | 12/6/12 | J | | |
| 2801. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 2802. -STARBUCKS CORP | | | | | Buy | 11/28/12 | K | | |
| 2803. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 2804. -KINDER MORGAN INC | | | | | Buy | 11/30/12 | K | | |
| 2805. | | | | | Buy (add'l) | 12/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2806. ▮▮▮ Trust #31 | G | Int./Div. | P2 | T | | | | | |
| 2807. -CAPITAL SHORT-TERM MUNICIPAL FUND | | | | | | | | | |
| 2808. -CAPITAL CORE BOND FUND | | | | | Buy | 4/23/12 | P1 | | |
| 2809. -SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 2810. - MONROE CO NY UNITY HOSP ROCHESTER FHA SF 5.0% 2/15/17 (X) | | | | | Sold | 4/18/12 | M | D | |
| 2811. - NEW YORK ST TWY AUTH SECOND GEN SER A 5% 4/1/19 (X) | | | | | Sold | 4/17/12 | M | D | |
| 2812. - NY CITY MUNI WTR AUTH FF 5.0% 6/15/16 | | | | | Sold | 4/17/12 | M | D | |
| 2813. - NY ST DORM AUTH 11A 5.0% 10/1/18 | | | | | Sold | 4/17/12 | N | E | |
| 2814. - NY ST THRUWAY (2ND BRGE &HWY) 5.0% 4/1/13 | | | | | Sold | 4/17/12 | M | A | |
| 2815. - AGILENT TECHNOLOGIES | | | | | Sold (part) | 1/20/12 | J | B | |
| 2816. - AIA GROUP | | | | | | | | | |
| 2817. - AIR PRODUCTS & CHEMICALS | | | | | | | | | |
| 2818. - AJINOMOTO | | | | | | | | | |
| 2819. - ALLEGHENY TECHNOLOGIES | | | | | Sold (part) | 1/18/12 | J | B | |
| 2820. | | | | | Sold (part) | 1/19/12 | J | B | |
| 2821. | | | | | Sold (part) | 5/24/12 | J | | |
| 2822. | | | | | Sold (part) | 5/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2823. | | | | | Sold (part) | 5/29/12 | J | | |
| 2824. | | | | | Sold (part) | 5/30/12 | J | A | |
| 2825. | | | | | Sold (part) | 5/31/12 | J | A | |
| 2826. | | | | | Sold (part) | 6/4/12 | J | | |
| 2827. - ALLERGAN | | | | | Sold (part) | 7/11/12 | J | A | |
| 2828. - ALLSTATE CORP | | | | | Sold (part) | 9/26/12 | J | B | |
| 2829. | | | | | Sold | 9/27/12 | J | B | |
| 2830. - AMAZON.COM | | | | | Sold | 1/6/12 | K | E | |
| 2831. - AMERICAN TOWER CORP | | | | | Sold (part) | 2/1/12 | J | B | |
| 2832. - ANDRITZ AG | | | | | | | | | |
| 2833. - AON CORP | | | | | Sold (part) | 4/2/12 | J | B | |
| 2834. - APPLE INC | | | | | | | | | |
| 2835. - ASML HOLDING NV | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2836. | | | | | Sold (part) | 11/26/12 | J | B | |
| 2837. | | | | | Sold (part) | 12/12/12 | J | A | |
| 2838. - BANK OF CHINA | | | | | Buy (add'l) | 1/19/12 | J | | |
| 2839. | | | | | Buy (add'l) | 1/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2840. - BANK OF EAST ASIA | | | | | Sold (part) | 9/6/12 | J | A | |
| 2841. | | | | | Sold | 9/12/12 | J | A | |
| 2842. - BARCLAYS | | | | | Buy (add'l) | 3/12/12 | J | | |
| 2843. - BARRICK GOLD CORP | | | | | Buy (add'l) | 1/31/12 | J | | |
| 2844. | | | | | Buy (add'l) | 2/2/12 | J | | |
| 2845. | | | | | Sold (part) | 3/30/12 | J | | |
| 2846. | | | | | Sold (part) | 5/24/12 | J | | |
| 2847. - BAYER AG | | | | | Buy (add'l) | 1/12/12 | K | | |
| 2848. - BG GROUP PLC | | | | | Sold (part) | 8/6/12 | J | A | |
| 2849. | | | | | Sold (part) | 11/12/12 | J | | |
| 2850. | | | | | Sold (part) | 11/14/12 | J | | |
| 2851. | | | | | Sold (part) | 11/20/12 | J | | |
| 2852. - BHP BILLITON LTD | | | | | | | | | |
| 2853. - BMW AG | | | | | | | | | |
| 2854. - BNP PARIBAS | | | | | Buy (add'l) | 1/23/12 | J | | |
| 2855. - BOC HONG KONG HOLDINGS | | | | | Buy (add'l) | 1/16/12 | J | | |
| 2856. - BOEING CO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2857. - BROADCOM CORP | | | | | | | | | |
| 2858. - BRISTOL-MYERS SQUIBB | | | | | Buy (add'l) | 1/10/12 | K | | |
| 2859. | | | | | Buy (add'l) | 4/13/12 | J | | |
| 2860. | | | | | Buy (add'l) | 4/16/12 | J | | |
| 2861. | | | | | Buy (add'l) | 4/17/12 | J | | |
| 2862. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 2863. | | | | | Buy (add'l) | 6/20/12 | J | | |
| 2864. | | | | | Buy (add'l) | 9/18/12 | J | | |
| 2865. | | | | | Sold (part) | 11/23/12 | J | | |
| 2866. | | | | | Sold (part) | 11/26/12 | J | | |
| 2867. - CAE INC | | | | | Buy (add'l) | 2/1/12 | J | | |
| 2868. | | | | | Sold (part) | 11/20/12 | J | | |
| 2869. - CANON INC | | | | | Sold (part) | 11/12/12 | J | | |
| 2870. | | | | | Sold (part) | 11/29/12 | J | | |
| 2871. | | | | | Sold | 11/30/12 | J | | |
| 2872. - CARNIVAL CORP COMMON STOCK | | | | | Buy (add'l) | 1/19/12 | J | | |
| 2873. | | | | | Buy (add'l) | 1/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2874. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 2875. - CATERPILLAR INC | | | | | Buy (add'l) | 7/13/12 | J | | |
| 2876. | | | | | Buy (add'l) | 7/26/12 | J | | |
| 2877. | | | | | Buy (add'l) | 7/30/12 | J | | |
| 2878. - CENOVUS ENERGY INC C$ | | | | | Sold (part) | 1/25/12 | J | A | |
| 2879. | | | | | Sold (part) | 4/16/12 | J | A | |
| 2880. | | | | | Sold (part) | 4/17/12 | J | B | |
| 2881. | | | | | Sold (part) | 4/18/12 | J | A | |
| 2882. - CENOVUS ENERGY INC US$ | | | | | | | | | |
| 2883. - CERNER CORP | | | | | Sold (part) | 1/24/12 | J | | |
| 2884. - CHEVRON CORP | | | | | | | | | |
| 2885. - COACH | | | | | Buy (add'l) | 9/5/12 | J | | |
| 2886. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 2887. - COLGATE-PALMOLIVE CO | | | | | Sold | 7/27/12 | K | C | |
| 2888. - COMCAST CORP | | | | | Sold (part) | 1/24/12 | J | A | |
| 2889. - COSTCO | | | | | Sold (part) | 1/6/12 | J | C | |
| 2890. | | | | | Sold | 1/9/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2891. - CRH | | | | | Sold (part) | 1/11/12 | J | A | |
| 2892. | | | | | Sold | 1/12/12 | J | | |
| 2893. - DANAHER CORP | | | | | Sold (part) | 1/24/12 | J | B | |
| 2894. - DANONE | | | | | Sold (part) | 2/6/12 | J | | |
| 2895. | | | | | Sold (part) | 11/22/12 | J | A | |
| 2896. | | | | | Sold (part) | 12/13/12 | J | A | |
| 2897. - DAVITA | | | | | Sold (part) | 1/23/12 | J | A | |
| 2898. | | | | | Sold (part) | 6/4/12 | J | C | |
| 2899. - DBS GROUP HOLDINGS | | | | | Buy (add'l) | 9/6/12 | J | | |
| 2900. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 2901. - DIAGEO PLC | | | | | Buy (add'l) | 3/7/12 | J | | |
| 2902. | | | | | Buy (add'l) | 7/13/12 | J | | |
| 2903. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 2904. - DISCOVERY COMMUNICATIONS | | | | | Sold | 12/19/12 | K | D | |
| 2905. - DRIL-QUIP INC | | | | | | | | | |
| 2906. - EBAY | | | | | Sold | 1/6/12 | J | D | |
| 2907. - ECOLAB | | | | | Sold (part) | 7/27/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2908. - EDISON INTERNATIONAL | | | | | Sold | 1/6/12 | J | B | |
| 2909. - EMERSON ELECTRIC | | | | | Sold (part) | 3/1/12 | J | A | |
| 2910. - ENCANA CORP | | | | | Buy (add'l) | 1/25/12 | J | | |
| 2911. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 2912. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 2913. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 2914. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 2915. | | | | | Buy (add'l) | 8/15/12 | J | | |
| 2916. - ESSILOR INTL | | | | | | | | | |
| 2917. - FANUC CO | | | | | | | | | |
| 2918. - FEDEX CORP | | | | | Buy (add'l) | 1/24/12 | J | | |
| 2919. | | | | | Sold (part) | 6/14/12 | J | B | |
| 2920. | | | | | Sold (part) | 6/15/12 | J | B | |
| 2921. - FIRSTGROUP | | | | | Sold (part) | 11/30/12 | J | | |
| 2922. | | | | | Sold (part) | 12/7/12 | J | | |
| 2923. | | | | | Sold | 12/17/12 | J | | |
| 2924. - FIRST SOLAR INC | | | | | Sold | 2/9/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2925. - FLUOR CORP | | | | | Sold (part) | 1/18/12 | J | B | |
| 2926. | | | | | Sold | 1/18/12 | J | A | |
| 2927. - FUGRO NV | | | | | | | | | |
| 2928. - GENERAL MILLS | | | | | Sold | 1/18/12 | J | B | |
| 2929. - GENPACT | | | | | Buy (add'l) | 1/24/12 | J | | |
| 2930. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 2931. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 2932. | | | | | Buy (add'l) | 2/6/12 | J | | |
| 2933. | | | | | Buy (add'l) | 2/6/12 | J | | |
| 2934. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 2935. | | | | | Buy (add'l) | 2/9/12 | J | | |
| 2936. - GOLDMAN SACHS GROUP | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2937. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 2938. | | | | | Sold (part) | 5/24/12 | K | | |
| 2939. - GOOGLE INC | | | | | Sold (part) | 9/6/12 | K | C | |
| 2940. - HALLIBURTON | | | | | Buy (add'l) | 1/17/12 | J | | |
| 2941. | | | | | Buy (add'l) | 7/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2942. - HDFC BANK | | | | | Sold (part) | 1/12/12 | J | C | |
| 2943. | | | | | Sold (part) | 1/13/12 | J | D | |
| 2944. | | | | | Sold (part) | 1/17/12 | J | D | |
| 2945. | | | | | Sold | 1/18/12 | J | C | |
| 2946. - HENNES & MAURITZ AB | | | | | Buy (add'l) | 1/23/12 | J | | |
| 2947. - HITACHI | | | | | Buy (add'l) | 3/30/12 | K | | |
| 2948. | | | | | Buy (add'l) | 9/6/12 | J | | |
| 2949. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 2950. - HOME DEPOT | | | | | | | | | |
| 2951. - HONG KONG/CHINA GAS | | | | | Sold (part) | 2/9/12 | J | A | |
| 2952. - HSBC HOLDING PLC UKP | | | | | Buy (add'l) | 1/10/12 | J | | |
| 2953. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 2954. | | | | | Sold (part) | 1/26/12 | J | | |
| 2955. - ICICI BANK LTD | | | | | Buy (add'l) | 1/18/12 | J | | |
| 2956. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 2957. - ILLINOIS TOOL WORKS | | | | | Sold (part) | 1/23/12 | J | A | |
| 2958. | | | | | Sold (part) | 2/28/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2959. | | | | | Sold (part) | 2/29/12 | J | B | |
| 2960. - IMPERIAL TOBACCO | | | | | Buy (add'l) | 2/2/12 | J | | |
| 2961. - INMET MINING CORP C$ | | | | | Buy (add'l) | 2/3/12 | J | | |
| 2962. - INTERNATIONAL BUSINESS MACHINES | | | | | Sold (part) | 1/31/12 | J | C | |
| 2963. | | | | | Sold (part) | 10/19/12 | J | C | |
| 2964. - INTERNATIONAL GAME TECHNOLOGY | | | | | Sold (part) | 10/19/12 | J | | |
| 2965. | | | | | Sold (part) | 10/22/12 | J | | |
| 2966. | | | | | Sold (part) | 10/23/12 | J | | |
| 2967. | | | | | Sold (part) | 10/25/12 | J | | |
| 2968. | | | | | Sold | 10/26/12 | J | | |
| 2969. - IRON MOUNTAIN | | | | | Buy (add'l) | 1/17/12 | J | | |
| 2970. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 2971. | | | | | Buy (add'l) | 2/24/12 | J | | |
| 2972. | | | | | Sold (part) | 11/30/12 | J | | |
| 2973. - JACK HENRY & ASSOCIATES | | | | | | | | | |
| 2974. - JGC CORP | | | | | | | | | |
| 2975. - JPMORGAN CHASE & CO | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2976. - KEYENCE CORP | | | | | | | | | |
| 2977. - KLA-TENCOR CORP | | | | | | | | | |
| 2978. - KONINKLIJKE KPN | | | | | Sold (part) | 2/17/12 | J | | |
| 2979. | | | | | Sold (part) | 7/24/12 | J | | |
| 2980. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 2981. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 2982. | | | | | Sold (part) | 12/17/12 | J | | |
| 2983. - KRAFT FOODS INC | | | | | Sold | 4/16/12 | J | A | |
| 2984. - KURITA WATER INDUSTRIES | | | | | Sold (part) | 3/9/12 | J | | |
| 2985. | | | | | Sold (part) | 4/19/12 | J | | |
| 2986. | | | | | Sold (part) | 4/24/12 | J | | |
| 2987. | | | | | Sold (part) | 4/27/12 | J | | |
| 2988. | | | | | Sold (part) | 5/2/12 | J | | |
| 2989. | | | | | Sold (part) | 5/9/12 | J | | |
| 2990. | | | | | Sold (part) | 5/24/12 | J | | |
| 2991. | | | | | Sold | 5/25/12 | J | | |
| 2992. -L'AIR LIQUIDE | | | | | Sold (part) | 2/6/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2993. | | | | | Sold (part) | 7/5/12 | J | A | |
| 2994. - L'OREAL | | | | | | | | | |
| 2995. - LI & FUNG | | | | | Sold | 9/26/12 | K | | |
| 2996. - LINDE | | | | | | | | | |
| 2997. - MARSH & MCLENNAN COS | | | | | Buy (add'l) | 10/19/12 | J | | |
| 2998. | | | | | Buy (add'l) | 11/6/12 | J | | |
| 2999. - MAXIM INTEGRATED PRODS | | | | | Sold (part) | 1/5/12 | J | B | |
| 3000. | | | | | Sold (part) | 1/6/12 | J | B | |
| 3001. | | | | | Sold (part) | 1/9/12 | J | B | |
| 3002. | | | | | Sold (part) | 1/12/12 | J | B | |
| 3003. | | | | | Sold | 1/18/12 | J | B | |
| 3004. - MCDONALDS CORP | | | | | Sold | 5/10/12 | J | A | |
| 3005. - MICROCHIP TECHNOLOGY | | | | | Sold (part) | 2/8/12 | J | B | |
| 3006. | | | | | Sold (part) | 5/4/12 | J | A | |
| 3007. | | | | | Sold (part) | 5/9/12 | J | A | |
| 3008. | | | | | Sold | 5/10/12 | J | B | |
| 3009. - MICROSOFT CORP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3010. - MONSANTO | | | | | Buy (add'l) | 8/17/12 | J | | |
| 3011. - MURATA MANUFACTURING | | | | | Buy (add'l) | 7/17/12 | J | | |
| 3012. - NATIONAL GRID | | | | | Buy (add'l) | 7/16/12 | J | | |
| 3013. - NATIONAL INSTRUMENTS CORP | | | | | | | | | |
| 3014. - NESTLE | | | | | | | | | |
| 3015. - NEWCREST MINING | | | | | Sold (part) | 5/28/12 | J | | |
| 3016. | | | | | Sold (part) | 6/21/12 | J | | |
| 3017. - NIELSEN HOLDINGS | | | | | Buy (add'l) | 2/3/12 | J | | |
| 3018. | | | | | Buy (add'l) | 2/6/12 | J | | |
| 3019. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 3020. - NIKE INC | | | | | | | | | |
| 3021. - NOBLE ENERGY | | | | | Buy (add'l) | 2/3/12 | J | | |
| 3022. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 3023. - NORDSTROM | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3024. - NORFOLK SOUTHERN CORP | | | | | Buy (add'l) | 3/27/12 | J | | |
| 3025. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 3026. - NOVARTIS AG | | | | | Buy (add'l) | 1/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3027. - NOVO NORDISK | | | | | Sold (part) | 5/2/12 | J | D | |
| 3028. - NUCOR | | | | | | | | | |
| 3029. - OMNICOM GROUP | | | | | Sold (part) | 1/11/12 | J | A | |
| 3030. | | | | | Sold | 1/12/12 | J | A | |
| 3031. - ORACLE CORP | | | | | Buy (add'l) | 1/11/12 | J | | |
| 3032. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 3033. | | | | | Sold (part) | 5/21/12 | J | | |
| 3034. - PEPSICO INC | | | | | Sold (part) | 1/27/12 | J | C | |
| 3035. | | | | | Sold (part) | 1/30/12 | J | C | |
| 3036. | | | | | Sold | 2/2/12 | J | B | |
| 3037. - PERNOD RICARD SA | | | | | Buy (add'l) | 1/10/12 | J | | |
| 3038. - PG&E CORP | | | | | Sold (part) | 4/4/12 | J | A | |
| 3039. | | | | | Sold | 4/5/12 | J | A | |
| 3040. - PHILIP MORRIS INTERNATIONAL | | | | | | | | | |
| 3041. - POLYCOM | | | | | Sold (part) | 1/4/12 | J | A | |
| 3042. | | | | | Sold | 1/5/12 | J | A | |
| 3043. - PREMIER FARNELL | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3044. - PROGRESSIVE CORP | | | | | Sold (part) | 1/23/12 | J | A | |
| 3045. - QUALCOMM | | | | | | | | | |
| 3046. - RECKITT BENSKISER GROUP | | | | | | | | | |
| 3047. - REPUBLIC SERVICES | | | | | Buy (add'l) | 1/11/12 | J | | |
| 3048. | | | | | Sold (part) | 11/16/12 | J | | |
| 3049. - RICHEMONT CIE | | | | | Buy (add'l) | 1/13/12 | J | | |
| 3050. | | | | | Sold (part) | 10/19/12 | J | B | |
| 3051. - RIO TINTO | | | | | Sold (part) | 8/28/12 | J | | |
| 3052. - ROCHE HOLDING | | | | | | | | | |
| 3053. - ROYAL DUTCH SHELL | | | | | Buy (add'l) | 1/10/12 | J | | |
| 3054. | | | | | Sold (part) | 9/24/12 | J | A | |
| 3055. | | | | | Sold (part) | 11/6/12 | J | A | |
| 3056. | | | | | Sold (part) | 11/12/12 | J | A | |
| 3057. | | | | | Sold (part) | 11/14/12 | K | A | |
| 3058. | | | | | Sold (part) | 11/29/12 | J | A | |
| 3059. - SAMSUNG ELEC | | | | | | | | | |
| 3060. - SAP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3061. - SAP AG SPON | | | | | | | | | |
| 3062. - SCHLUMBERGER | | | | | | | | | |
| 3063. - SCHNEIDER ELECTRIC | | | | | Buy (add'l) | 1/12/12 | J | | |
| 3064. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 3065. - SCHWAB CHARLES | | | | | Sold (part) | 2/7/12 | J | | |
| 3066. | | | | | Sold (part) | 2/8/12 | J | | |
| 3067. | | | | | Sold (part) | 2/10/12 | J | | |
| 3068. | | | | | Sold (part) | 11/9/12 | J | A | |
| 3069. | | | | | Sold (part) | 11/12/12 | J | A | |
| 3070. | | | | | Sold (part) | 11/13/12 | J | A | |
| 3071. - SCRIPPS NETWORK INTERACTIVE | | | | | | | | | |
| 3072. - SEADRILL LTD | | | | | | | | | |
| 3073. - SEATTLE GENETICS | | | | | Buy (add'l) | 1/23/12 | J | | |
| 3074. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3075. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 3076. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 3077. - SES FDR CL A | | | | | Buy (add'l) | 9/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3078. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 3079. | | | | | Buy (add'l) | 9/27/12 | J | | |
| 3080. - SHANGRI -LA ASIA | | | | | Sold | 1/5/12 | J | C | |
| 3081. - SHIRE PLC | | | | | Sold (part) | 9/26/12 | J | A | |
| 3082. | | | | | Sold (part) | 9/27/12 | J | A | |
| 3083. | | | | | Sold (part) | 9/28/12 | J | B | |
| 3084. | | | | | Sold (part) | 10/1/12 | J | C | |
| 3085. | | | | | Sold (part) | 10/2/12 | J | B | |
| 3086. | | | | | Sold (part) | 10/3/12 | J | B | |
| 3087. | | | | | Sold (part) | 10/4/12 | J | A | |
| 3088. | | | | | Sold (part) | 10/19/12 | J | B | |
| 3089. | | | | | Sold (part) | 10/22/12 | J | A | |
| 3090. | | | | | Sold | 10/23/12 | J | A | |
| 3091. - SMC CORP | | | | | | | | | |
| 3092. - SOFTBANK CORP | | | | | Buy (add'l) | 3/30/12 | J | | |
| 3093. | | | | | Buy (add'l) | 5/30/12 | J | | |
| 3094. | | | | | Buy (add'l) | 6/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B.  Income during reporting period | | C.  Gross value at end of reporting period | | D.  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3095. | | | | | Sold (part) | 10/24/12 | J | | |
| 3096. - SONOVA HOLDING AG | | | | | | | | | |
| 3097. - SPECTRA ENERGY | | | | | Sold (part) | 1/10/12 | J | B | |
| 3098. | | | | | Sold | 1/11/12 | J | B | |
| 3099. - STANDARD CHARTERED | | | | | Buy (add'l) | 1/23/12 | J | | |
| 3100. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 3101. | | | | | Sold (part) | 10/29/12 | J | A | |
| 3102. - STANLEY BLACK & DECKER INC | | | | | Buy (add'l) | 1/27/12 | J | | |
| 3103. - SUN HUNG KAI | | | | | | | | | |
| 3104. - SUNCOR ENERGY INC | | | | | Sold | 1/4/12 | J | C | |
| 3105. - SWIRE PACIFIC LTD | | | | | Sold | 1/5/12 | J | | |
| 3106. - SWIRE PROPERTIES LTD (X) | | | | | Sold | 2/1/12 | J | A | |
| 3107. | | | | | Buy | 11/22/12 | J | | |
| 3108. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 3109. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 3110. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 3111. - SWISSCOM AG REG | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3112. - SYNGENTA | | | | | | | | | |
| 3113. - SYSMEX | | | | | | | | | |
| 3114. - TARGET | | | | | Buy (add'l) | 1/13/12 | J | | |
| 3115. | | | | | Sold (part) | 2/14/12 | J | | |
| 3116. - TE CONNECTIVITY US $ | | | | | | | | | |
| 3117. - TELE NORTE LESTE PART (Y) | | | | | Buy (add'l) | 1/1/12 | J | | |
| 3118. | | | | | Buy (add'l) | 1/1/12 | J | | |
| 3119. | | | | | Buy (add'l) | 1/3/12 | J | | |
| 3120. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 3121. | | | | | Buy (add'l) | 1/5/12 | J | | |
| 3122. | | | | | Buy (add'l) | 1/6/12 | J | | |
| 3123. | | | | | Buy (add'l) | 1/9/12 | J | | |
| 3124. - TELEVISION BROADCAST | | | | | Sold | 3/21/12 | J | B | |
| 3125. - TELSTRA | | | | | Sold | 3/30/12 | K | C | |
| 3126. - TELUS CORPORATION NON VOTE | | | | | | | | | |
| 3127. - TESCO | | | | | Buy (add'l) | 1/12/12 | J | | |
| 3128. | | | | | Sold (part) | 2/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3129. | | | | | Sold | 5/24/12 | J | | |
| 3130. - THE WALT DISNEY CO | | | | | Sold (part) | 1/23/12 | J | A | |
| 3131. - TIFFANY & CO | | | | | Buy (add'l) | 1/20/12 | J | | |
| 3132. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 3133. | | | | | Buy (add'l) | 7/18/12 | J | | |
| 3134. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 3135. - TIME WARNER CABLE | | | | | | | | | |
| 3136. - TINGYI HOLDING CORP | | | | | Sold (part) | 5/25/12 | J | A | |
| 3137. | | | | | Sold | 5/29/12 | J | A | |
| 3138. - TORONTO-DOMINION BANK | | | | | Sold | 1/5/12 | J | B | |
| 3139. - TREND MICRO | | | | | Sold (part) | 6/15/12 | J | | |
| 3140. - UNION PACIFIC CORP | | | | | | | | | |
| 3141. - UNITED PARCEL SERVICE | | | | | Sold | 1/10/12 | J | A | |
| 3142. - UNITED TECHNOLOGIES | | | | | Buy (add'l) | 1/11/12 | J | | |
| 3143. - UNITEDHEALTH GROUP | | | | | Sold (part) | 4/16/12 | J | C | |
| 3144. - URBAN OUTFITTERS INC | | | | | Sold (part) | 1/11/12 | J | C | |
| 3145. | | | | | Sold | 1/12/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3146. - VERIZON COMMUNICATIONS | | | | | Sold | 1/10/12 | J | B | |
| 3147. - VISA | | | | | Sold (part) | 1/13/12 | J | C | |
| 3148. | | | | | Sold (part) | 1/17/12 | J | C | |
| 3149. | | | | | Sold (part) | 1/18/12 | J | B | |
| 3150. - WALMART DE MEXICO | | | | | Sold (part) | 1/12/12 | J | A | |
| 3151. | | | | | Sold | 1/13/12 | J | C | |
| 3152. - LVMH MOET HENNESSY LOUIS VUITTON SA | | | | | | | | | |
| 3153. - SAMPO OYJ CL A | | | | | Buy (add'l) | 1/23/12 | J | | |
| 3154. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 3155. | | | | | Buy (add'l) | 4/23/12 | J | | |
| 3156. - WHITBREAD PLC | | | | | | | | | |
| 3157. - ASSA ABLOY | | | | | Buy (add'l) | 1/30/12 | J | | |
| 3158. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 3159. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 3160. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 3161. - PHARMASSET INC | | | | | Sold | 1/13/12 | K | D | |
| 3162. - SIGNET JEWELERS LTD | | | | | Buy (add'l) | 2/3/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3163. - ACE LTD | | | | | | | | | |
| 3164. - AFLAC INC | | | | | | | | | |
| 3165. - EXPRESS SCRIPTS INC | | | | | Buy (add'l) | 12/26/12 | J | | |
| 3166. -PENGROWTH ENERGY CORP C$ | | | | | Buy | 1/23/12 | J | | |
| 3167. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3168. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 3169. -BOUYGUES | | | | | Buy | 2/3/12 | J | | |
| 3170. | | | | | Buy (add'l) | 2/6/12 | J | | |
| 3171. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 3172. | | | | | Sold (part) | 4/13/12 | J | | |
| 3173. | | | | | Sold | 8/31/12 | J | | |
| 3174. -MITSUBISHI CORP | | | | | Buy | 2/3/12 | J | | |
| 3175. -DENSO CORP | | | | | Buy | 2/9/12 | J | | |
| 3176. -DOW CHEMICAL CO | | | | | Buy | 1/3/12 | J | | |
| 3177. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 3178. -ACCENTURE PLC US$ | | | | | Buy | 1/12/12 | J | | |
| 3179. | | | | | Buy (add'l) | 1/13/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3180. | | | | | Buy (add'l) | 1/17/12 | J | | |
| 3181. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3182. | | | | | Sold (part) | 8/17/12 | J | A | |
| 3183. -EATON CORP | | | | | Buy | 1/17/12 | J | | |
| 3184. | | | | | Buy (add'l) | 1/17/12 | J | | |
| 3185. | | | | | Buy (add'l) | 1/18/12 | J | | |
| 3186. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 3187. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 3188. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 3189. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 3190. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 3191. | | | | | Buy (add'l) | 7/16/12 | J | | |
| 3192. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 3193. | | | | | Sold (part) | 12/3/12 | K | C | |
| 3194. -GILEAD SCIENCES INC | | | | | Buy | 1/19/12 | J | | |
| 3195. | | | | | Buy (add'l) | 1/23/12 | J | | |
| 3196. | | | | | Buy (add'l) | 1/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3197. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 3198. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 3199. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 3200. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 3201. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 3202. | | | | | Buy (add'l) | 2/2/12 | J | | |
| 3203. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 3204. | | | | | Buy (add'l) | 6/15/12 | J | | |
| 3205. | | | | | Buy (add'l) | 6/20/12 | J | | |
| 3206. | | | | | Buy (add'l) | 7/9/12 | J | | |
| 3207. | | | | | Buy (add'l) | 9/21/12 | J | | |
| 3208. -JABIL CIRCUIT INC | | | | | Buy | 2/9/12 | J | | |
| 3209. | | | | | Buy (add'l) | 2/10/12 | J | | |
| 3210. | | | | | Buy (add'l) | 2/13/12 | J | | |
| 3211. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 3212. | | | | | Buy (add'l) | 10/24/12 | J | | |
| 3213. | | | | | Buy (add'l) | 10/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3214. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 3215. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 3216. | | | | | Buy (add'l) | 11/8/12 | J | | |
| 3217. -ENSCO PLC ADR | | | | | Buy | 2/17/12 | J | | |
| 3218. | | | | | Buy (add'l) | 2/21/12 | J | | |
| 3219. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 3220. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 3221. | | | | | Buy (add'l) | 3/13/12 | J | | |
| 3222. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 3223. -BLACKROCK INC | | | | | Buy | 3/1/12 | K | | |
| 3224. | | | | | Buy (add'l) | 5/23/12 | J | | |
| 3225. -COBALT INTERNATIONAL ENERGY | | | | | Buy | 3/2/12 | J | | |
| 3226. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 3227. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 3228. -3M COMPANY | | | | | Buy | 1/24/12 | J | | |
| 3229. | | | | | Sold (part) | 11/13/12 | J | B | |
| 3230. -GEMALTO NV | | | | | Buy | 4/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3231. | | | | | Buy (add'l) | 4/17/12 | J | | |
| 3232. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 3233. | | | | | Buy (add'l) | 4/27/12 | J | | |
| 3234. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 3235. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 3236. -HAMAMATSU PHOTONIC KK | | | | | Buy | 5/1/12 | J | | |
| 3237. | | | | | Buy (add'l) | 5/9/12 | J | | |
| 3238. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 3239. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 3240. | | | | | Buy (add'l) | 5/18/12 | J | | |
| 3241. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 3242. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 3243. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 3244. -GENTING SINGAPORE PLC | | | | | Buy | 4/13/12 | J | | |
| 3245. | | | | | Sold (part) | 12/12/12 | J | | |
| 3246. -OI SA PN ADR | | | | | Spinoff (from line 3117) | 4/9/12 | K | | |
| 3247. | | | | | Buy (add'l) | 4/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3248. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 3249. | | | | | Buy (add'l) | 5/4/12 | J | | |
| 3250. | | | | | Buy (add'l) | 5/9/12 | J | | |
| 3251. | | | | | Buy (add'l) | 5/10/12 | J | | |
| 3252. | | | | | Sold (part) | 4/9/12 | J | | |
| 3253. -OI SA ON ADR | | | | | Spinoff (from line 3117) | 4/9/12 | K | | |
| 3254. | | | | | Sold (part) | 4/9/12 | J | | |
| 3255. -FACEBOOK INC-A | | | | | Buy | 5/17/12 | K | | |
| 3256. | | | | | Buy (add'l) | 5/21/12 | J | | |
| 3257. | | | | | Buy (add'l) | 5/22/12 | J | | |
| 3258. | | | | | Sold | 6/25/12 | K | | |
| 3259. -CHINA SHENHUA ENERGY | | | | | Buy | 9/6/12 | J | | |
| 3260. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 3261. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 3262. -CME GROUP INC | | | | | Buy | 9/7/12 | J | | |
| 3263. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 3264. | | | | | Buy (add'l) | 9/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3265. | | | | | Buy (add'l) | 9/18/12 | J | | |
| 3266. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 3267. | | | | | Buy (add'l) | 10/9/12 | J | | |
| 3268. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 3269. -COCA-COLA AMATIL LTD | | | | | Buy | 12/7/12 | J | | |
| 3270. -SINGAPORE TELECOMM | | | | | Buy | 11/14/12 | K | | |
| 3271. | | | | | Buy (add'l) | 12/3/12 | J | | |
| 3272. -MOSAIC CO/THE | | | | | Buy | 10/19/12 | J | | |
| 3273. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 3274. | | | | | Buy (add'l) | 11/2/12 | J | | |
| 3275. -BEAM INC | | | | | Buy | 11/12/12 | J | | |
| 3276. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 3277. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 3278. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 3279. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 3280. -NEWELL RUBBERMAID INC | | | | | Buy | 11/12/12 | J | | |
| 3281. | | | | | Buy (add'l) | 11/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3282. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 3283. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 3284. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 3285. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 3286. | | | | | Buy (add'l) | 12/4/12 | J | | |
| 3287. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 3288. | | | | | Buy (add'l) | 12/6/12 | J | | |
| 3289. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 3290. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 3291. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 3292. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 3293. -STARBUCKS CORP | | | | | Buy | 11/28/12 | J | | |
| 3294. -KINDER MORGAN INC | | | | | Buy | 11/30/12 | J | | |
| 3295. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 3296.     Trust #32 | G | Int./Div. | P2 | T | | | | | |
| 3297. - 3M COMPANY | | | | | Sold (part) | 1/24/12 | K | A | |
| 3298. | | | | | Sold (part) | 11/13/12 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3299. - ACCENTURE PLC US$ | | | | | Buy | 1/12/12 | J | | |
| 3300. | | | | | Buy (add'l) | 1/13/12 | J | | |
| 3301. | | | | | Buy (add'l) | 1/17/12 | J | | |
| 3302. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 3303. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3304. | | | | | Sold (part) | 8/17/12 | J | A | |
| 3305. | | | | | Sold (part) | 8/20/12 | J | A | |
| 3306. - ACE LTD | | | | | Buy (add'l) | 9/25/12 | J | | |
| 3307. - AGILENT TECHNOLOGIES INC | | | | | Sold (part) | 1/20/12 | J | A | |
| 3308. - AFLAC INC | | | | | | | | | |
| 3309. - AIA GROUP LTD | | | | | | | | | |
| 3310. - AIR PRODUCTS & CHEMICALS | | | | | | | | | |
| 3311. - AJINOMOTO CO INC | | | | | Buy (add'l) | 3/14/12 | J | | |
| 3312. - ALLEGHENY TECHNOLOGIES | | | | | Buy (add'l) | 5/24/12 | J | | |
| 3313. | | | | | Buy (add'l) | 5/25/12 | J | | |
| 3314. | | | | | Buy (add'l) | 5/29/12 | J | | |
| 3315. | | | | | Buy (add'l) | 5/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3316. | | | | | Buy (add'l) | 6/5/12 | J | | |
| 3317. - ALLERGAN INC | | | | | Sold (part) | 7/11/12 | J | B | |
| 3318. - ANDRITZ AG | | | | | | | | | |
| 3319. - ALLSTATE CORP | | | | | Sold (part) | 9/26/12 | J | B | |
| 3320. | | | | | Sold | 9/27/12 | J | B | |
| 3321. - AMERICAN TOWER CORP CL A | | | | | Sold (part) | 2/1/12 | J | B | |
| 3322. - AON CORP | | | | | Sold (part) | 4/2/12 | J | A | |
| 3323. - APPLE INC | | | | | | | | | |
| 3324. - ASML HOLDINGS NV | | | | | Buy (add'l) | 1/20/12 | J | | |
| 3325. | | | | | Sold (part) | 11/26/12 | J | B | |
| 3326. | | | | | Sold (part) | 12/12/12 | J | A | |
| 3327. - ASSA ABLOY AB | | | | | Buy (add'l) | 1/30/12 | J | | |
| 3328. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 3329. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 3330. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 3331. - BARCLAYS PLC | | | | | Buy | 3/12/12 | J | | |
| 3332. - BARRICK GOLD CORP C$ | | | | | Buy (add'l) | 1/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3333. | | | | | Buy (add'l) | 2/2/12 | J | | |
| 3334. | | | | | Sold (part) | 3/30/12 | J | | |
| 3335. | | | | | Sold (part) | 5/24/12 | J | | |
| 3336. - BAYER AG | | | | | Buy (add'l) | 1/12/12 | J | | |
| 3337. - BANK OF CHINA LTD H | | | | | Buy | 1/19/12 | K | | |
| 3338. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 3339. - BANK OF EAST ASIA | | | | | Sold (part) | 9/6/12 | J | A | |
| 3340. | | | | | Sold (part) | 9/10/12 | J | A | |
| 3341. | | | | | Sold | 9/12/12 | J | A | |
| 3342. - BEAM INC | | | | | Buy | 11/12/12 | J | | |
| 3343. | | | | | Buy (add'l) | 11/9/12 | J | | |
| 3344. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 3345. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 3346. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 3347. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 3348. | | | | | Buy (add'l) | 11/27/12 | J | | |
| 3349. - BG GROUP PLC | | | | | Sold (part) | 8/6/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3350. | | | | | Sold (part) | 11/12/12 | J | | |
| 3351. | | | | | Sold (part) | 11/14/12 | J | | |
| 3352. | | | | | Sold (part) | 11/20/12 | J | | |
| 3353. - BHP BILLITON LTD | | | | | | | | | |
| 3354. - BLACKROCK INC | | | | | Buy | 3/6/12 | J | | |
| 3355. | | | | | Buy (add'l) | 5/23/12 | K | | |
| 3356. - BNP PARIBAS | | | | | Buy (add'l) | 3/12/12 | J | | |
| 3357. - BOEING CO | | | | | Buy (add'l) | 2/2/12 | J | | |
| 3358. - BOC HONG KONG HOLDINGS | | | | | Buy (add'l) | 1/16/12 | J | | |
| 3359. - BOUYGUES | | | | | Buy (add'l) | 2/3/12 | J | | |
| 3360. | | | | | Buy (add'l) | 2/6/12 | J | | |
| 3361. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 3362. | | | | | Sold (part) | 4/13/12 | J | | |
| 3363. | | | | | Sold (part) | 8/30/12 | J | | |
| 3364. | | | | | Sold | 8/31/12 | J | | |
| 3365. - BMW | | | | | | | | | |
| 3366. - BRISTOL-MYERS SQUIBB | | | | | Buy (add'l) | 1/10/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3367. | | | | | Buy (add'l) | 4/13/12 | J | | |
| 3368. | | | | | Buy (add'l) | 4/16/12 | J | | |
| 3369. | | | | | Buy (add'l) | 4/17/12 | J | | |
| 3370. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 3371. | | | | | Buy (add'l) | 6/20/12 | J | | |
| 3372. | | | | | Buy (add'l) | 9/18/12 | J | | |
| 3373. | | | | | Sold (part) | 11/23/12 | J | | |
| 3374. | | | | | Sold (part) | 11/26/12 | J | | |
| 3375. - BROADCOM | | | | | | | | | |
| 3376. - CAE INC | | | | | Buy (add'l) | 1/30/12 | J | | |
| 3377. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 3378. | | | | | Sold (part) | 11/20/12 | J | | |
| 3379. - CANON INC | | | | | Sold (part) | 11/12/12 | J | | |
| 3380. | | | | | Sold (part) | 11/29/12 | J | | |
| 3381. | | | | | Sold | 11/30/12 | J | | |
| 3382. - CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy (add'l) | 1/19/12 | J | | |
| 3383. | | | | | Buy (add'l) | 1/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3384. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 3385. - CATERPILLAR INC | | | | | Buy (add'l) | 7/13/12 | J | | |
| 3386. | | | | | Buy (add'l) | 7/26/12 | J | | |
| 3387. | | | | | Buy (add'l) | 7/30/12 | J | | |
| 3388. - CENOVUS ENERGY INC C$ | | | | | Sold (part) | 4/17/12 | J | | |
| 3389. - CERNER CORP | | | | | Sold (part) | 1/24/12 | J | C | |
| 3390. - CHEVRON CORP | | | | | | | | | |
| 3391. - CHINA SHENHUA ENERGY | | | | | Buy | 9/6/12 | J | | |
| 3392. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 3393. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 3394. - CME GROUP INC | | | | | Buy | 8/31/12 | J | | |
| 3395. | | | | | Buy (add'l) | 9/5/12 | J | | |
| 3396. | | | | | Buy (add'l) | 9/7/12 | J | | |
| 3397. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 3398. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 3399. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 3400. | | | | | Buy (add'l) | 9/25/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3401. | | | | | Buy (add'l) | 10/2/12 | J | | |
| 3402. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 3403. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 3404. - COACH INC | | | | | Buy (add'l) | 9/5/12 | J | | |
| 3405. | | | | | Buy (add'l) | 9/10/12 | J | | |
| 3406. - COBALT INTERNATIONAL ENERGY | | | | | Buy | 3/2/12 | J | | |
| 3407. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 3408. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 3409. - COCA-COLA AMATIL LTD | | | | | Buy | 12/7/12 | J | | |
| 3410. - COLGATE-PALMOLIVE CO | | | | | Sold | 7/27/12 | K | D | |
| 3411. - COMCAST CORP CL A | | | | | Sold (part) | 1/24/12 | J | | |
| 3412. - COSTCO | | | | | Sold | 1/9/12 | J | | |
| 3413. - DANAHER CORP | | | | | Sold (part) | 1/24/12 | J | | |
| 3414. - DANONE | | | | | Sold (part) | 2/6/12 | J | | |
| 3415. | | | | | Sold (part) | 11/22/12 | K | | |
| 3416. | | | | | Sold (part) | 12/13/12 | J | | |
| 3417. - DAVITA INC | | | | | Sold (part) | 6/4/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3418. - DENSO CORP | | | | | Buy (add'l) | 2/9/12 | K | | |
| 3419. - DBS GROUP HOLDINGS LTD | | | | | Buy (add'l) | 1/25/12 | J | | |
| 3420. | | | | | Buy (add'l) | 9/6/12 | J | | |
| 3421. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 3422. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 3423. - DIAGEO PLC | | | | | Buy (add'l) | 3/7/12 | J | | |
| 3424. | | | | | Buy (add'l) | 7/13/12 | K | | |
| 3425. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 3426. - DISCOVERY COMMUNICATIONS | | | | | Sold | 12/19/12 | J | B | |
| 3427. - DOW CHEMICAL CO | | | | | Buy | 1/3/12 | J | | |
| 3428. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 3429. - DRIL-QUIP INC | | | | | | | | | |
| 3430. - EATON CORP | | | | | Buy | 1/11/12 | J | | |
| 3431. | | | | | Buy (add'l) | 1/17/12 | J | | |
| 3432. | | | | | Buy (add'l) | 1/18/12 | J | | |
| 3433. | | | | | Buy (add'l) | 1/18/12 | J | | |
| 3434. | | | | | Buy (add'l) | 1/19/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3435. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 3436. | | | | | Buy (add'l) | 2/27/12 | J | | |
| 3437. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 3438. | | | | | Buy (add'l) | 3/2/12 | J | | |
| 3439. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 3440. | | | | | Buy (add'l) | 7/16/12 | J | | |
| 3441. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 3442. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 3443. | | | | | Sold (part) | 12/3/12 | L | C | |
| 3444. - ECOLAB | | | | | Sold (part) | 7/27/12 | J | D | |
| 3445. - EMERSON ELECTRIC | | | | | Sold (part) | 3/1/12 | J | B | |
| 3446. | | | | | Sold (part) | 3/2/12 | J | A | |
| 3447. - ENCANA CORP | | | | | Buy (add'l) | 1/25/12 | J | | |
| 3448. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 3449. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 3450. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 3451. | | | | | Buy (add'l) | 2/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3452. | | | | | Buy (add'l) | 8/15/12 | J | | |
| 3453. - ENSCO PLC ADR | | | | | Buy | 2/17/12 | J | | |
| 3454. | | | | | Buy (add'l) | 2/21/12 | J | | |
| 3455. | | | | | Buy (add'l) | 2/24/12 | J | | |
| 3456. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 3457. | | | | | Buy (add'l) | 3/6/12 | J | | |
| 3458. | | | | | Buy (add'l) | 3/14/12 | J | | |
| 3459. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 3460. - ESSILOR INTL | | | | | | | | | |
| 3461. - EXPRESS SCRIPTS INC | | | | | | | | | |
| 3462. - FACEBOOK INC-A | | | | | Buy | 5/17/12 | K | | |
| 3463. | | | | | Buy (add'l) | 5/22/12 | J | | |
| 3464. | | | | | Sold | 6/25/12 | K | | |
| 3465. - FANUC CO | | | | | | | | | |
| 3466. - FEDEX CORP | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3467. | | | | | Sold (part) | 6/14/12 | K | A | |
| 3468. | | | | | Sold (part) | 6/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3469. - FIRST SOLAR INC | | | | | Sold (part) | 2/8/12 | J | | |
| 3470. | | | | | Sold | 2/9/12 | J | | |
| 3471. - FIRST GROUP PLC | | | | | Sold (part) | 11/30/12 | J | | |
| 3472. | | | | | Sold (part) | 12/7/12 | J | | |
| 3473. | | | | | Sold (part) | 12/17/12 | J | | |
| 3474. | | | | | Sold | 12/18/12 | J | | |
| 3475. - FUGRO NV | | | | | | | | | |
| 3476. - GEMALTO NV | | | | | Buy | 4/16/12 | J | | |
| 3477. | | | | | Buy (add'l) | 4/17/12 | J | | |
| 3478. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 3479. | | | | | Buy (add'l) | 4/27/12 | J | | |
| 3480. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 3481. | | | | | Buy (add'l) | 5/3/12 | J | | |
| 3482. - GENPACT LTD | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3483. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 3484. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 3485. | | | | | Buy (add'l) | 2/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3486. | | | | | Buy (add'l) | 2/6/12 | J | | |
| 3487. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 3488. | | | | | Buy (add'l) | 2/8/12 | J | | |
| 3489. | | | | | Buy (add'l) | 2/9/12 | J | | |
| 3490. - GENTING SINGAPORE PLC | | | | | Buy | 4/13/12 | J | | |
| 3491. | | | | | Sold (part) | 12/12/12 | J | | |
| 3492. - GILEAD SCIENCES INC | | | | | Buy | 1/19/12 | J | | |
| 3493. | | | | | Buy (add'l) | 1/23/12 | J | | |
| 3494. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3495. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 3496. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 3497. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 3498. | | | | | Buy (add'l) | 1/31/12 | J | | |
| 3499. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 3500. | | | | | Buy (add'l) | 2/2/12 | J | | |
| 3501. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 3502. | | | | | Buy (add'l) | 6/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3503. | | | | | Buy (add'l) | 6/20/12 | J | | |
| 3504. | | | | | Buy (add'l) | 7/9/12 | J | | |
| 3505. | | | | | Buy (add'l) | 9/21/12 | J | | |
| 3506. - GOOGLE INC | | | | | | | | | |
| 3507. - GOLDMAN SACHS GROUP INC | | | | | Buy (add'l) | 1/20/12 | J | | |
| 3508. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 3509. | | | | | Sold (part) | 5/24/12 | K | | |
| 3510. - HALLIBURTON CO | | | | | Buy (add'l) | 1/17/12 | J | | |
| 3511. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 3512. - HAMAMATSU PHOTONIC KK | | | | | Buy | 3/15/12 | J | | |
| 3513. | | | | | Buy (add'l) | 5/7/12 | J | | |
| 3514. | | | | | Buy (add'l) | 5/9/12 | J | | |
| 3515. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 3516. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 3517. | | | | | Buy (add'l) | 5/23/12 | J | | |
| 3518. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 3519. | | | | | Buy (add'l) | 12/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3520. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 3521. - HDFC BANK LTD | | | | | Sold (part) | 1/12/12 | J | A | |
| 3522. | | | | | Sold (part) | 1/13/12 | J | A | |
| 3523. | | | | | Sold (part) | 1/17/12 | J | A | |
| 3524. | | | | | Sold | 1/18/12 | J | A | |
| 3525. - HENNES & MAURITZ AB | | | | | Buy (add'l) | 1/23/12 | J | | |
| 3526. - HITACHI | | | | | Buy (add'l) | 3/30/12 | K | | |
| 3527. | | | | | Buy (add'l) | 9/6/12 | J | | |
| 3528. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 3529. - HOME DEPOT INC | | | | | | | | | |
| 3530. - HONG KONG/CHINA GAS | | | | | Sold (part) | 2/9/12 | K | C | |
| 3531. - HSBC HOLDINGS PLC | | | | | Buy (add'l) | 1/10/12 | J | | |
| 3532. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 3533. | | | | | Sold (part) | 1/26/12 | J | A | |
| 3534. - ICICI BANK LTD SPON ADR | | | | | Buy (add'l) | 1/18/12 | J | | |
| 3535. | | | | | Buy (add'l) | 1/19/12 | J | | |
| 3536. - ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 2/28/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3537. | | | | | Sold (part) | 2/29/12 | J | B | |
| 3538. - IMPERIAL OIL LTD | | | | | Sold | 1/4/12 | K | B | |
| 3539. - IMPERIAL TOBACCO PLC (FORMERLY IMPERIAL TABACCO PLC) | | | | | Buy (add'l) | 2/2/12 | J | | |
| 3540. - INMET MINING CORP | | | | | | | | | |
| 3541. - INTERNATIONAL GAME TECHNOLOGY | | | | | Sold (part) | 10/19/12 | J | | |
| 3542. | | | | | Sold (part) | 10/22/12 | J | | |
| 3543. | | | | | Sold (part) | 10/23/12 | J | | |
| 3544. | | | | | Sold (part) | 10/24/12 | J | | |
| 3545. | | | | | Sold (part) | 10/25/12 | J | | |
| 3546. | | | | | Sold | 10/26/12 | J | | |
| 3547. - INTERNATIONAL BUSINESS MACHINES CORP | | | | | | | | | |
| 3548. - IRON MOUNTAIN INC | | | | | Buy (add'l) | 1/17/12 | J | | |
| 3549. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 3550. | | | | | Buy (add'l) | 2/24/12 | J | | |
| 3551. | | | | | Sold (part) | 11/30/12 | J | | |
| 3552. | | | | | Sold (part) | 12/18/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3553. - JABIL CIRCUIT INC | | | | | Buy | 2/9/12 | J | | |
| 3554. | | | | | Buy (add'l) | 2/10/12 | J | | |
| 3555. | | | | | Buy (add'l) | 2/13/12 | J | | |
| 3556. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 3557. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 3558. | | | | | Buy (add'l) | 11/6/12 | J | | |
| 3559. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 3560. | | | | | Buy (add'l) | 11/8/12 | J | | |
| 3561. - JACK HENRY & ASSOC INC | | | | | | | | | |
| 3562. - JGC CORP | | | | | Buy | 3/21/12 | K | | |
| 3563. - JUNIPER NETWORKS INC | | | | | Sold | 7/16/12 | J | | |
| 3564. - JPMORGAN CHASE & CO | | | | | | | | | |
| 3565. - KEYENCE CORP | | | | | Buy (add'l) | 1/10/12 | K | | |
| 3566. - KINDER MORGAN INC | | | | | Buy | 11/30/12 | J | | |
| 3567. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 3568. - KLA-TENCOR CORP | | | | | Sold (part) | 1/24/12 | J | C | |
| 3569. | | | | | Sold (part) | 9/6/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3570. - KONINKLIJKE | | | | | Sold (part) | 2/17/12 | J | | |
| 3571. | | | | | Sold (part) | 7/24/12 | J | | |
| 3572. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 3573. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 3574. | | | | | Sold (part) | 12/17/12 | J | | |
| 3575. - KURITA WATER INDUSTRIES | | | | | Sold (part) | 3/9/12 | J | | |
| 3576. | | | | | Sold (part) | 3/27/12 | J | | |
| 3577. | | | | | Sold (part) | 4/19/12 | J | | |
| 3578. | | | | | Sold (part) | 4/20/12 | J | | |
| 3579. | | | | | Sold (part) | 4/24/12 | J | | |
| 3580. | | | | | Sold (part) | 4/27/12 | J | | |
| 3581. | | | | | Sold (part) | 5/9/12 | J | | |
| 3582. | | | | | Sold (part) | 5/24/12 | J | | |
| 3583. | | | | | Sold | 5/25/12 | J | | |
| 3584. - L'AIR LIQUIDE | | | | | Sold (part) | 2/6/12 | J | | |
| 3585. | | | | | Sold (part) | 7/5/12 | J | | |
| 3586. - L'OREAL | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3587. - LI & FUNG LTD | | | | | Sold | 9/26/12 | K | | |
| 3588. - LINDE AG | | | | | | | | | |
| 3589. - LVMH MOET HENNESSY LOUIS VUITTON | | | | | | | | | |
| 3590. - MARSH & MCLENNAN COS | | | | | Buy (add'l) | 11/6/12 | J | | |
| 3591. - MAXIM INTEGRATED PROD | | | | | Sold (part) | 1/3/12 | J | B | |
| 3592. | | | | | Sold (part) | 1/5/12 | J | B | |
| 3593. | | | | | Sold (part) | 1/6/12 | J | B | |
| 3594. | | | | | Sold (part) | 1/9/12 | J | B | |
| 3595. | | | | | Sold (part) | 1/10/12 | J | B | |
| 3596. | | | | | Sold (part) | 1/12/12 | J | B | |
| 3597. | | | | | Sold | 1/18/12 | J | B | |
| 3598. - MCDONALDS CORP | | | | | Buy | 3/21/12 | J | | |
| 3599. | | | | | Sold | 5/10/12 | J | | |
| 3600. - MICROCHIP TECHNOLOGIES | | | | | Sold (part) | 2/8/12 | J | B | |
| 3601. | | | | | Sold (part) | 2/9/12 | J | A | |
| 3602. | | | | | Sold (part) | 5/4/12 | J | | |
| 3603. | | | | | Sold (part) | 5/9/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3604. | | | | | Sold (part) | 5/10/12 | J | A | |
| 3605. | | | | | Sold | 5/11/12 | J | A | |
| 3606. - MICROSOFT CORP | | | | | | | | | |
| 3607. - MITSUBISHI CORP | | | | | Buy (add'l) | 2/3/12 | J | | |
| 3608. - MONSANTO CO NEW | | | | | Buy (add'l) | 8/17/12 | J | | |
| 3609. - MOSAIC CO/THE | | | | | Buy | 10/18/12 | J | | |
| 3610. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 3611. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 3612. | | | | | Buy (add'l) | 11/2/12 | J | | |
| 3613. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 3614. - MURATA MANUFACTURING CO | | | | | | | | | |
| 3615. - NATIONAL GRID PLC | | | | | Buy (add'l) | 7/16/12 | J | | |
| 3616. - NATIONAL INSTRUMENTS CORP | | | | | | | | | |
| 3617. - NESTLE SA REG | | | | | | | | | |
| 3618. - NEWCREST MINING NPV | | | | | Sold (part) | 5/25/12 | J | | |
| 3619. | | | | | Sold (part) | 5/28/12 | J | | |
| 3620. | | | | | Sold (part) | 6/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3621. - NEWELL RUBBERMAID INC | | | | | Buy | 11/12/12 | J | | |
| 3622. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 3623. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 3624. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 3625. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 3626. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 3627. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 3628. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 3629. | | | | | Buy (add'l) | 12/5/12 | J | | |
| 3630. | | | | | Buy (add'l) | 12/6/12 | J | | |
| 3631. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 3632. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 3633. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 3634. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 3635. - NIELSEN HOLDINGS NV US$ | | | | | Buy (add'l) | 2/6/12 | J | | |
| 3636. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 3637. - NIKE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3638. - NOBLE ENERGY INC | | | | | Buy (add'l) | 2/3/12 | J | | |
| 3639. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 3640. - NORDSTROM INC | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3641. - NORFOLK SOUTHERN CORP | | | | | Buy (add'l) | 3/27/12 | J | | |
| 3642. - NOVARTIS AG NAMEM | | | | | Buy (add'l) | 1/19/12 | K | | |
| 3643. - NOVO NORDISK | | | | | Sold (part) | 1/23/12 | J | B | |
| 3644. | | | | | Sold (part) | 5/2/12 | J | D | |
| 3645. - NUCOR CORP | | | | | Buy | 3/21/12 | J | | |
| 3646. - OI SA ON ADR | | | | | Spinoff (from line 3748) | 4/9/12 | K | | |
| 3647. | | | | | Sold (part) | 4/9/12 | J | | |
| 3648. - OI SA PN ADR | | | | | Spinoff (from line 3748) | 4/9/12 | K | | |
| 3649. | | | | | Buy | 4/18/12 | J | | |
| 3650. | | | | | Buy (add'l) | 4/19/12 | J | | |
| 3651. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 3652. | | | | | Buy (add'l) | 5/4/12 | J | | |
| 3653. | | | | | Buy (add'l) | 5/10/12 | J | | |
| 3654. | | | | | Sold (part) | 4/9/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3655. - OMNICOM GROUP | | | | | Sold (part) | 1/11/12 | J | A | |
| 3656. | | | | | Sold | 1/12/12 | J | A | |
| 3657. - ORACLE CORP | | | | | Buy (add'l) | 1/11/12 | J | | |
| 3658. | | | | | Sold (part) | 5/21/12 | J | | |
| 3659. - PEPSICO INC | | | | | Sold (part) | 1/27/12 | K | A | |
| 3660. | | | | | Sold (part) | 1/30/12 | J | A | |
| 3661. | | | | | Sold | 2/2/12 | J | A | |
| 3662. - PENGROWTH ENERGY CORP C$ | | | | | Buy (add'l) | 1/23/12 | J | | |
| 3663. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3664. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 3665. - PERNOD RICARD SA | | | | | Buy (add'l) | 1/10/12 | J | | |
| 3666. - PG&E CORP | | | | | Sold | 4/5/12 | J | | |
| 3667. - PHARMASSET INC | | | | | Sold | 1/13/12 | K | D | |
| 3668. - PHILIP MORRIS INTL | | | | | | | | | |
| 3669. - POLYCOM INC | | | | | Sold (part) | 1/4/12 | J | A | |
| 3670. | | | | | Sold | 1/5/12 | J | B | |
| 3671. - PREMIER FARNELL PLC | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3672. - PROGRESSIVE CORP OHIO | | | | | | | | | |
| 3673. - QUALCOMM INC | | | | | | | | | |
| 3674. - REPUBLIC SERVICES INC | | | | | Buy (add'l) | 1/11/12 | J | | |
| 3675. | | | | | Sold (part) | 11/16/12 | J | | |
| 3676. - RECKITT BENCKISER GROUP | | | | | | | | | |
| 3677. - RICHEMONT CIE FIN | | | | | Buy (add'l) | 1/13/12 | J | | |
| 3678. | | | | | Sold (part) | 10/19/12 | J | C | |
| 3679. - RIO TINTO PLC REG | | | | | Sold (part) | 8/28/12 | K | | |
| 3680. - ROCHE HOLDING AG GENUSSCHEIN | | | | | | | | | |
| 3681. - ROYAL DUTCH SHELL CL A ADR | | | | | Buy (add'l) | 1/10/12 | J | | |
| 3682. | | | | | Sold (part) | 9/24/12 | J | A | |
| 3683. | | | | | Sold (part) | 11/6/12 | J | A | |
| 3684. | | | | | Sold (part) | 11/12/12 | J | | |
| 3685. | | | | | Sold (part) | 11/14/12 | K | | |
| 3686. | | | | | Sold (part) | 11/29/12 | J | | |
| 3687. - SAMSUNG ELEC GDS | | | | | | | | | |
| 3688. - SAMPO OYJ | | | | | Buy (add'l) | 1/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3689. | | | | | Buy (add'l) | 1/27/12 | J | | |
| 3690. | | | | | Buy (add'l) | 4/23/12 | J | | |
| 3691. - SAP AG SPON ADR | | | | | | | | | |
| 3692. - SCHLUMBERGER LTD | | | | | | | | | |
| 3693. - SCHNEIDER ELECTRIC SA | | | | | Buy (add'l) | 1/12/12 | J | | |
| 3694. | | | | | Buy (add'l) | 1/20/12 | J | | |
| 3695. - SCHWAB CHARLES NEW | | | | | Sold (part) | 2/7/12 | J | | |
| 3696. | | | | | Sold (part) | 2/8/12 | J | | |
| 3697. | | | | | Sold (part) | 2/10/12 | J | | |
| 3698. | | | | | Sold (part) | 11/9/12 | J | A | |
| 3699. | | | | | Sold (part) | 11/12/12 | J | A | |
| 3700. | | | | | Sold (part) | 11/13/12 | J | A | |
| 3701. - SCRIPPS NETWORKS INTERACTIVE | | | | | | | | | |
| 3702. - SES FDR CL | | | | | Buy (add'l) | 9/20/12 | J | | |
| 3703. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 3704. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 3705. | | | | | Buy (add'l) | 9/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3706. - SEADRILL LTD | | | | | | | | | |
| 3707. - SEATTLE GENETICS INC | | | | | Buy (add'l) | 1/23/12 | J | | |
| 3708. | | | | | Buy (add'l) | 1/24/12 | J | | |
| 3709. | | | | | Buy (add'l) | 1/25/12 | J | | |
| 3710. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 3711. - SHANGRI-LA ASIA | | | | | Sold | 1/5/12 | J | | |
| 3712. - SHIRE PLC | | | | | Sold (part) | 9/26/12 | J | B | |
| 3713. | | | | | Sold (part) | 9/27/12 | J | B | |
| 3714. | | | | | Sold (part) | 9/28/12 | J | C | |
| 3715. | | | | | Sold (part) | 10/1/12 | K | D | |
| 3716. | | | | | Sold (part) | 10/2/12 | J | C | |
| 3717. | | | | | Sold (part) | 10/3/12 | J | C | |
| 3718. | | | | | Sold (part) | 10/4/12 | J | A | |
| 3719. | | | | | Sold (part) | 10/19/12 | J | B | |
| 3720. | | | | | Sold | 10/23/12 | J | A | |
| 3721. - SIGNET JEWLERS LTD | | | | | Buy (add'l) | 2/3/12 | J | | |
| 3722. - SINGAPORE TELECOMM | | | | | Buy | 11/14/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3723. | | | | | Buy (add'l) | 12/3/12 | J | | |
| 3724. - SMC CORP | | | | | | | | | |
| 3725. - SOFTBANK CORP | | | | | Buy (add'l) | 5/30/12 | J | | |
| 3726. | | | | | Buy (add'l) | 6/15/12 | J | | |
| 3727. - SONOVA HOLDING | | | | | | | | | |
| 3728. - STANDARD CHARTERED | | | | | Buy (add'l) | 12/12/12 | J | | |
| 3729. | | | | | Sold (part) | 10/29/12 | J | A | |
| 3730. - STANLEY BLACK & DECKER INC | | | | | Buy (add'l) | 1/27/12 | J | | |
| 3731. - STARBUCKS CORP | | | | | Buy | 11/28/12 | J | | |
| 3732. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 3733. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 3734. - SUN HUNG KAI PROP | | | | | Sold (part) | 3/30/12 | J | B | |
| 3735. - SWIRE PACIFIC LTD | | | | | Sold | 1/5/12 | J | | |
| 3736. - SWIRE PROPERTIES LTD (X) | | | | | Sold | 2/1/12 | J | A | |
| 3737. | | | | | Buy | 11/22/12 | J | | |
| 3738. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 3739. | | | | | Buy (add'l) | 11/26/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3740. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 3741. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 3742. - SWISSCOM AG REG | | | | | | | | | |
| 3743. - SYNGENTA AG | | | | | | | | | |
| 3744. - SYSMEX CORP | | | | | | | | | |
| 3745. - TARGET CORP | | | | | Buy (add'l) | 1/13/12 | J | | |
| 3746. | | | | | Sold (part) | 2/14/12 | J | | |
| 3747. - TE CONNECTIVITY LTD | | | | | | | | | |
| 3748. - TELE NORTE LESTE PART ADR (Y) | | | | | Buy (add'l) | 1/1/12 | J | | |
| 3749. | | | | | Buy (add'l) | 1/1/12 | J | | |
| 3750. | | | | | Buy (add'l) | 1/3/12 | J | | |
| 3751. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 3752. | | | | | Buy (add'l) | 1/5/12 | J | | |
| 3753. | | | | | Buy (add'l) | 1/6/12 | J | | |
| 3754. | | | | | Buy (add'l) | 1/9/12 | J | | |
| 3755. - TELUS CORP (Y) | | | | | | | | | |
| 3756. - TELSTRA CORP | | | | | Sold | 3/30/12 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3757. - TESCO PLC | | | | | Buy (add'l) | 1/12/12 | J | | |
| 3758. | | | | | Sold (part) | 2/17/12 | J | | |
| 3759. | | | | | Sold | 5/24/12 | J | | |
| 3760. - TELEVISION BROADCAST | | | | | Sold | 1/6/12 | J | | |
| 3761. - THE WALT DISNEY CO | | | | | Sold (part) | 1/23/12 | J | C | |
| 3762. - TIFFANY & CO NEW | | | | | Buy (add'l) | 1/20/12 | J | | |
| 3763. | | | | | Buy (add'l) | 1/30/12 | J | | |
| 3764. | | | | | Buy (add'l) | 7/18/12 | J | | |
| 3765. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 3766. - TINGYI HOLDING CORP | | | | | Sold (part) | 5/25/12 | J | | |
| 3767. | | | | | Sold | 5/29/12 | J | | |
| 3768. - TIME WARNER CABLE INC | | | | | | | | | |
| 3769. - TORONTO-DOMINION BANK | | | | | Sold | 1/5/12 | J | B | |
| 3770. - TREND MICRO INC | | | | | Sold (part) | 6/15/12 | J | | |
| 3771. - UNION PACIFIC CORP | | | | | | | | | |
| 3772. - UNITED TECHNOLOGIES CORP | | | | | Buy (add'l) | 1/11/12 | J | | |
| 3773. - UNITEDHEALTH GROUP INC | | | | | Sold (part) | 1/23/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3774. | | | | | Sold (part) | 4/16/12 | J | D | |
| 3775. - URBAN OUTFITTERS INC | | | | | Sold (part) | 1/11/12 | K | | |
| 3776. | | | | | Sold | 1/12/12 | J | | |
| 3777. - VERIZON COMMUNICATIONS | | | | | Sold | 1/10/12 | K | C | |
| 3778. - VISA INC CL | | | | | Sold (part) | 1/13/12 | J | B | |
| 3779. | | | | | Sold (part) | 1/17/12 | K | D | |
| 3780. | | | | | Sold (part) | 1/18/12 | J | A | |
| 3781. - WAL MART DE MEXICO | | | | | Sold (part) | 1/12/12 | J | A | |
| 3782. | | | | | Sold | 1/13/12 | J | C | |
| 3783. - WHITBREAD PLC | | | | | | | | | |
| 3784. - SSGA US MONEY MARKET FUND | | | | | | | | | |
| 3785.     Trust #33 | D | Interest | N | T | | | | | |
| 3786. -SSGA US GOV MONEY MARKET FUND | | | | | Open | 6/1/12 | J | | |
| 3787. -CAPITAL CORE BOND FUND (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names(ie. Rental Property #1)
These entities will eventually be liquidated as they wind up their affairs:


Rental Property #2
Rental Property # 16
Rental Property #17
Rental Property #21
Rental Property # 22
Rental Property #24

Trust # 25 was closed during 2011 and all assets were either sold or transfered to other ___ Trusts during 2011. There were no reportable transactions for 2012.

(X) Denotes reportable items resulting from current year transfers-in from other accounts.
(Y) Denotes items which are no longer reportable due to transfers-out to other accounts.


(Z) CAPITAL INTL PV EQUITY FUND V, LP was erroneously included in ___ Trust #30 in the 2011 FDR. There were no reportable transactions for CAPITAL INTL PV EQUITY FUND V, LP for 2012.

SSGA US GOV MONEY MARKET FUND was erroneously excluded from ___ Trust #31 in the 2011 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 10/29/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Maryanne T. Barry**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544